S·E·A
3403 N. Sam Houston Parkway West
Suite 350
Houston, Texas 77086
281.442.3473 • 800.880.7324
Fax 281.590.9675
www.SEAlimited.com

# David J. Martyn, P.E., CSP

*dmartyn@SEAlimited.com*

## Education

*United States Coast Guard Academy* — *New London, Connecticut*
Bachelor of Science, Naval Architecture & Marine Engineering

*University of Michigan* — *Ann Arbor, Michigan*
Master of Science in Engineering, Naval Architecture & Marine Engineering
Master of Science in Engineering, Industrial & Operations Engineering

*Washington University* — *St. Louis, Missouri*
Master of Business Administration

## Experience

**Naval Architect/Marine Engineer** — **2016 to Present**
*SEA, Ltd.* — *Houston, Texas*

Responsibilities include analyses of mechanical component and equipment failures, marine accident investigations, and marine safety evaluations.

Conducts engineering and failure analyses in the following areas: cargo loading/unloading systems; crew and passenger safety; fire protection and extinguishing systems; hull strength and structural integrity; human factors engineering; hydrostatics and hydrodynamics; lifesaving systems; navigational aids, lights, signals, and systems; piping systems; propulsion and steering systems; shipboard auxiliary machinery systems; and stability (intact and damaged).

Familiar with commercial and recreational vessels, including, but not limited to, barges, cargo ships, cruise ships, fixed and floating offshore oil and gas production facilities, inland river towing vessels, mobile offshore drilling units, offshore crew boats, offshore supply vessels, roll-on/roll-off ships, small passenger excursion vessels, tank ships, yachts, and recreational boats (power and sailing).

Knowledgeable on maritime laws, regulations, and standards, including: Classification society rules and guidelines for vessels, mobile offshore drilling units, and floating offshore oil and gas production facilities; international standards and treaties, including, but not limited to, SOLAS,

MARPOL, and ILO, plus their related codes; marine-related standards from industry standards-issuing organizations; U.S. federal laws and regulations applicable to marine vessels, navigation safety, and to the commercial maritime and offshore energy industries.

Conducts safety analyses in the following areas: Americans with Disabilities Act (ADA) compliance; human factors; premises liability; and workplace safety. Knowledgeable on U.S. federal laws and regulations applicable to occupational safety (OSHA) and accessibility (ADA). Knowledgeable on mechanical and safety requirements of building codes and international safety codes, including, but not limited, to the Life Safety Code, the International Building Code, the International Mechanical Code, and the International Residential Code.

**Commissioned Officer** **1994 to 2016**
*United States Coast Guard (Commander, Retired)*
Major emphasis in commercial vessel safety, including inspection of cargo ships/barges, tank ships/barges, roll-on/roll-off ships, cruise ships, small passenger excursion vessels, fixed offshore oil and gas platforms, floating production platforms, mobile offshore drilling units, offshore supply vessels, and offshore crew boats, plus investigations of related commercial maritime accidents.

**Program Manager** **2013 to 2016**
*Eighth Coast Guard District* *New Orleans, Louisiana*
*Outer Continental Shelf Division*
Managed Coast Guard regulatory inspections and marine casualty investigations in the Gulf of Mexico Outer Continental Shelf oil and natural gas industry to ensure the safety and security of offshore workers and offshore energy production facilities and mobile offshore drilling units.

**Chief, Prevention Department** **2010 to 2013**
*United States Coast Guard Sector Upper Mississippi River* *St. Louis, Missouri*
Led and managed unit's operational missions, including commercial vessel and waterfront facility regulatory compliance and enforcement, commercial marine accident investigations, and waterways management to maintain safe navigation of federal inland waterways on the upper Mississippi, Missouri, and Illinois Rivers. Major emphasis on the inland towing/barge industry and small passenger excursion vessels on lakes and inland rivers, plus investigations of lock/dam and bridge allisions.

**Senior Maritime Instructor** **2008 to 2010**
*North American Aerospace Defense Command* *Colorado Springs, Colorado*
*& U.S. Northern Command*
Developed and led all maritime-related instruction for a national military command center training program. Provided specialized instruction on command and control of maritime forces to deter, detect, defend, and defeat maritime threats to the United States and Canada, and support other federal agencies for maritime disaster response.

**Chief, Commercial Vessel Inspection & Marine Investigation Division** **2005 to 2008**
*United States Coast Guard Sector Jacksonville* *Jacksonville, Florida*
Led regulatory oversight of foreign and domestic commercial vessels and port facilities in northeast and east central Florida to ensure compliance with federal laws and regulations governing commercial vessel operations. Led federal investigations of commercial maritime

accidents and violations/misconduct by federally licensed or credentialed merchant mariners. Major emphasis on small passenger excursion vessels, foreign-flag cargo vessels, cruise ships, and commercial marine terminals.

**Chief, Domestic Commercial Vessel Inspection Branch** **2002 to 2005**
*United States Coast Guard Sector Mobile* *Mobile, Alabama*
Led inspections of domestic commercial vessels to ensure compliance with federal laws and regulations governing commercial vessel operations in Alabama, Mississippi, and Florida panhandle. Major emphasis on offshore supply vessels, offshore crew boats, tank barges, and deep-draft vessel drydock inspections.

**Naval Architect** **1998 to 2002**
*United States Coast Guard Headquarters* *Washington, District of Columbia*
*Office of Design & Engineering Standards*
Drafted, reviewed, revised, and interpreted Coast Guard technical regulations for commercial vessel hull structures and stability. As Executive Director of the Ship Structure Committee, managed direction and coordination for an international interagency research and development consortium guiding all aspects of Ship Structure Committee research and development to improve the structural safety of ships.

**Assistant Engineer Officer, Damage Control Assistant, Electrical Assistant** **1994 to 1996**
*United States Coast Guard Cutter FORWARD (WMEC 911)* *Portsmouth, Virginia*
Led and managed shipboard engineering operations, maintenance, and repair. Major emphasis on main propulsion systems, electrical power generation and distribution systems, hull integrity, firefighting systems, and auxiliary machinery systems, including HVAC, refrigeration, potable water, sewage, auxiliary steam, and compressed air systems.

## Professional Registration

Professional Engineer, State of Alabama, License No. 36508
Professional Engineer, State of Arkansas, Registration No. 17511
Professional Engineer, State of California, Registration No. 38637
Professional Engineer, State of Florida, License No. 82585
Professional Engineer, State of Illinois, License No. 062069319
Professional Engineer, State of Kentucky, License No. 33825
Professional Engineer, State of Louisiana, License No. 41411
Professional Engineer, State of Maryland, License No. 52522
Professional Engineer, State of Michigan, License No. 6201065485
Professional Engineer, State of Mississippi, License No. 28013
Professional Engineer, State of Missouri, License No. 2017006951
Professional Engineer, State of Nevada, License No. 026727
Professional Engineer, State of New Mexico, License No. 24089
Professional Engineer, State of New York, License No. 99286
Professional Engineer, State of Ohio, Registration No. PE.83274
Professional Engineer, State of Oklahoma, License No. 29435
Professional Engineer, State of South Carolina, License No. 38414
Professional Engineer, State of Tennessee, Registration No. 125121
Professional Engineer, State of Texas, License No. 125903
Professional Engineer, Commonwealth of Virginia, License No. 0402035345

Professional Engineer, State of Washington, Registration No. 54845
Professional Engineer, State of West Virginia, Registration No. 22335
Private Investigator, State of Texas, Company License No. A05245

## Certifications

Certified Safety Professional, Board of Certified Safety Professionals,
Certification No. CSP-32259
Remote Pilot Certificate (Small Unmanned Aircraft Systems), Federal Aviation Administration
Certified XL Tribometrist (CXLT), Certification No. 1703652

## Publications

T. Phillips, D. Martyn, "*Coast Guard Perspective: Evaluation of Continued Service Proposals for Floating Offshore Facilities*," Offshore Technology Conference, May 2016

## Professional Affiliations

Society of Naval Architects & Marine Engineers (SNAME)
Hull Structure Committee
American Society of Civil Engineers (ASCE)
Society of Petroleum Engineers (SPE)
American Boat & Yacht Council (ABYC)
National Safety Council (NSC)
American Society of Testing and Materials (ASTM)
Committee F13 on Pedestrian/Walkway Safety and Footwear
Committee F25 on Ships and Marine Technology
International Association of Marine Investigators (IAMI)

## Additional Training

- 2018 – International Association of Drilling Contractors (IADC) RigPass, Houston, Texas
- 2018 – Tropical Helicopter Underwater Escape Training (T-HUET), Houston, Texas
- 2018 – Forklift Operator and Safety Training, Houston, Texas
- 2018 – HAZWOPER 40-hour Training Course
- 2016 – OSHA 30-hour General Industry Training
- 2014 – ISO Management System Auditor Course, Houma, Louisiana
- 2013 – Coast Guard Mobile Offshore Drilling Unit Inspection Course, Robert, Louisiana
- 2006 – Coast Guard Marine Investigation Course, USCG Training Center, Yorktown, Virginia
- 2004 – Ship Security Officer/Company Security Officer Course, New Orleans, Louisiana
- 2003 – Coast Guard Marine Inspection Course, USCG Training Center, Yorktown, Virginia
- 2002 – Visual Weld Inspector Certification Course, Pascagoula, Mississippi
- 1998 – Ship Structure Committee Fracture and Fatigue Workshop, Troy, Michigan
- 1995 – Surface Warfare Damage Control Assistant Course, USN Surface Warfare Officers School, Newport, Rhode Island
- 1995 – Gas Free Engineer Course, USN Training Center, Newport, Rhode Island
- 1995 – Advanced Shipboard Firefighting Course, USN Training Center, Newport, Rhode Island