50TH ANNIVERSARY
1970 – 2020

S-E-A
SEAlimited.com

3403 N. Sam Houston Parkway West
Suite 350
Houston, TX 77086

281-442-3473
800-880-7324

December 6, 2021

Mr. Christopher B. Smith
Fowler White Burnett P.A.
Brickell Arch
1395 Brickell Avenue, 14th Floor
Miami, Florida 33131

Re: **Investigative Summary** – Supplemental Report
Your Client: Carnival Corporation
Case No. 1:21-cv-20557-BB
Date of Incident: March 1, 2020
**S-E-A Matter No. 05.117037**

Dear Mr. Smith:

You requested that SEA, Ltd. (S-E-A) evaluate the safety of a bathroom shower threshold on the cruise ship *Carnival Valor*. On March 1, 2020, Ms. Barbara Hall, a passenger on *Carnival Valor*, allegedly tripped on the shower threshold inside her cabin bathroom. Ms. Hall reportedly fell and injured her right wrist. This investigation was assigned to S-E-A Naval Architect/Marine Engineer David J. Martyn, P.E., as S-E-A Matter No. 05.117037. Specifically, S-E-A was requested to review and respond to the report of Mr. Mark A. Young, dated November 21, 2021.

This report supplements S-E-A's November 23, 2021, report. The opinions stated in S-E-A's November 23, 2021, report remain unchanged.

The methodology utilized by S-E-A during the investigation of this incident was in accordance with *The Scientific Method* and applicable principles. The investigation and analysis of any incident is a complex and scientific endeavor. The methodology of such an endeavor, therefore, must include the comprehensive, objective, and accurate compilation and analysis of the available data.

## Procedures

**In addition to the documents listed in S-E-A's November 23, 2021, report, S-E-A reviewed the report of Mr. Mark A. Young, PE, dated November 21, 2021, and provided by Fowler White Burnett P.A.**

**In addition to the references listed in S-E-A's November 23, 2021, report, S-E-A reviewed National Fire Protection Association (NFPA) 101: Life Safety Code, 2003 Edition.**

## Rebuttal to Mark A. Young's Report

To support his opinions, Mr. Young relied on NFPA 101: Life Safety Code. The *Carnival Valor* was constructed in 2004. The 2003 Edition of NFPA 101 was in effect at the time of the ship's construction. This Edition does not contain means of egress requirements for shower installations. According to NFPA 101, this Code is not applicable to the *Carnival Valor*:

> *1.3.2 Vehicles and Vessels. The Code shall apply to vehicles, vessels, and or other similar conveyances, as specified in Section 11.6, in which case such vehicles and vessels shall be treated as buildings.*
>
> *11.6.2 Vessels. Any ship, barge, or other vessel permanently fixed to a foundation or mooring, or unable to get underway by means of its own power, and occupied for purposes other than navigation shall be subject to the requirements of this Code that apply to buildings of similar occupancy.*

*Carnival Valor* is not permanently fixed or moored and gets underway under its own power for the purpose of navigation; it is not considered as a "building" under NFPA 101. Emergency standards for buildings are generally incompatible with those for ships. Requisite standards for safe means of egress, or "escape routes" on passenger ships, like *Carnival Valor*, are established under SOLAS Chapter II-2, Regulation 13 - Means of Escape. Standards for escape routes begin at the cabin door to the corridor. There are no regulatory specifications for showers. As stated in S-E-A's November 23, 2021, report, the safe design and construction of showers and bathrooms is left to the discretion of the ship's designer and/or builder.

In his opinion no. 5, Mr. Young stated:

> *From a human factor standpoint, a reasonable expectation is that the architectural elements and characteristics of the subject bathroom closely resemble its landbased counterparts, for example those bathrooms commonly encountered in homes and hotels, despite it being aboard ship.*

Mr. Young did not provide a scientific basis for this opinion. He did not identify the human factors principles that would lead a passenger to the expectation of the subject bathroom to resemble those in land-based buildings. Narrow corridors and doorways, low overheads

(ceilings), and the compressed space within the cabin combined with smaller furnishings and architectural features as compared to land-based hotel rooms can alternatively suggest an environment that does *not* resemble its land-based counterparts.

In addition to the features identified in S-E-A's November 23, 2021, report, the irregular pentagonal shape of the shower pan, with an angle in the open side(s) of the shower, is an additional visual cue of a bathroom that does not resemble its land-based counterparts. Showers in land-based structures are typically rectangular with three walls and one open side with a door or curtain.

In his opinion no. 3, Mr. Young stated:

> *The current design or condition with the shower curbing is a latent or concealed hazard. It is an abrupt change in elevation that is not conspicuous to even a reasonably alert and observant user.*

However, Mr. Young did not provide any objective data or analysis to conclude that the shower threshold "is not conspicuous to even a reasonably alert and observant user." Mr. Young did not conduct an analysis of the contrast between the bathroom floor and the shower threshold. Although they are the same color and material, their orientations relative to the light source (above the vanity mirror) may create varying shades of light and dark that may produce sufficient contrast to be visually recognizable without the other features identified in S-E-A's initial report. S-E-A agrees that a color differentiation between the floor and shower threshold could assist passengers to visually recognize the shower threshold. However, as identified in S-E-A's November 23, 2021, report, other visual cues were present to help passengers recognize the shower threshold.

In his opinion no. 7, Mr. Young stated:

> *Carnival did not provide for in the design, construction or operation of the subject bathroom adequate grab bars, handrails or safety rails for a passenger to prevent or arrest their fall once initiated when in the subject bathroom.*

Mr. Young did not provide or cite any criteria to determine what is "adequate" for grab bars, handrails, or safety rails. Other than for handicap accessible bathrooms in U.S. land-based buildings, there are no requirements for grab bars, handrails, or safety rails for a person to prevent or arrest their fall once initiated. Similarly, there are no regulatory or classification society standards that address grab bars in cruise ship passenger cabin bathrooms. Again, as stated in S-E-A's initial report, the designers and/or builders of *Carnival Valor* considered the potential motions of the ship while passengers are in the bathroom.

## Conclusions

- **To support his opinions, Mr. Young relied on NFPA 101: Life Safety Code. According to NFPA 101, this Code is not applicable to the** *Carnival Valor*.
- **Mr. Young did not provide a scientific basis for his conclusion that the shower threshold was "a latent or concealed hazard" and "not conspicuous."**
- **Mr. Young did not provide or cite any criteria to determine what is "adequate" for grab bars, handrails, or safety rails.**

S-E-A and the undersigned hereby certify the opinions and conclusions expressed herein were formed to a reasonable degree of professional certainty. They are based upon the application of reliable principles and scientific methodologies to all of the facts known by S-E-A and the undersigned when this report was issued, as well as knowledge, skill, experience, training and/or education. Should additional information be discovered, S-E-A and the undersigned reserve the right to appropriately amend or augment these findings.

Prepared By:

D. J. Martyn

David J. Martyn, P.E., CSP
Naval Architect/Marine Engineer
State of Florida
License No. 82585

Technically Reviewed By:

Bryan R. Emond

Bryan R. Emond cd

SEA, Ltd. Co.
7001 Buffalo Parkway
Columbus, Ohio 43229
COA No. 8430

DJM/cd

DAVID J. MARTYN
LICENSE
No 82585
STATE OF
FLORIDA
PROFESSIONAL ENGINEER

D. J. Martyn
12/6/2021