New World
Hand Center, P.A.

Lewis Eastlick, M.D.

Hall, Barbara
Date of Examination 08/16/21

**Hand Surgery Examination**

The examinee is a 57-year-old, right-handed, woman who said she works as an LPN (nurse). She came to the office with a complaint of injury to the right, dominant, wrist which she said occurred on March 1, 2020. She reported she fell from a standing position while at sea onto the right outstretched hand. When she arrived to her home in Kansas City, MO she was evaluated by at a clinic. Radiographs were taken and a fracture of the right distal radius was diagnosed. A CT scan was performed on March 9, 2020. It confirmed the fracture and noted that it was comminuted (three-parts) and extended to the articular surface of the distal radius (intra-articular). She was evaluated the same day by Dr. Kenneth P. Unruh, M.D., an orthopedic surgeon. He recommended surgery and she underwent an open reduction and internal fixation of the right distal radius on March 10, 2020. On March 23, 2020, Dr. Unruh noted that Ms. Hall had no numbness/tingling. He reported her sutured were removed and recommended treatment with a hand therapist. Ms. Hall denied receiving any therapy in the post-surgical period.

Ms. Hall was evaluated by Dr. Unruh again on April 20, 2020. Again he reported Ms. Hall had no tingling/numbness. He recommended discontinuation of the removal wrist support and hand therapy to advance to full strength and activity as-tolerated. She was released to full duty work activities. At the June 15, 2020 examination of Ms. Hall, Dr. Unruh again reports no numbness/tingling. He reports Ms. Hall's right forearm supination is 45-degress. He also reported right ulnar wrist pain with forearm rotation. He recommended continued hand therapy.

Ms. Hall was re-evaluated by Dr. Unruh on July 15, 2020. At that time, he reported Ms. Hall had no numbness/tingling. He reported she had limited wrist motion, but denied general discomfort. He also reported she had been doing pool therapy which was of limited value and that she reported right ulnar wrist pain with loading. Dr. Unruh documented Ms. Hall's wrist motion. He reported she had 50-degrees of pronation in both forearms with 45-degress of supination on the right and 30-degrees on the left. He also

4101 NW 4th Street, Suite 407, Plantation, FL 33317
7100 W 2-TH Avenue, G-179, Hialeah, FL 33016
9980 Central Park Blvd. No., Suite 104, Boca Raton, FL 33428

954-797-6789
305-445-0006
561-369-4545
954-797-1484 Fax

F1102 2

noted pain with passive supination on the right with tenderness over the TFCC. He injected Ms. Hall's ulnocarpal joint.

Ms. Hall reported she did not follow-up with Dr. Unruh again until early 2021 when she returned for an "updated" examination. She reported she has not sought further treatment for the right wrist.

Dr. Unruh provided a letter to Ms. Hall's attorneys in response their letter of August 25, 2020. Dr. Unruh assigned a 10-percent impairment of Ms. Halls right upper extremity (6-percent whole person) using an AMA guideline. He opined that she may/might require future surgery or non-surgical care. In addition, he opined that she would have physical limitations (heavy lifting, grip strength, decreased wrist/forearm rotation and flexion/extension).

Ms. Hall reported four ongoing issues regarding her right hand/wrist. She reported a loss of rotation of the right forearm, pain over the end of the right ulna (head), pain at the base of the right thumb (CMC joint) and numbness in all of the fingers of the right hand while writing.

| | |
|---|---|
| Past Medical Hx | Depression, HTN, NIDDM |
| Past Surgical Hx | Right wrist, C-section, Eyes |
| Medications | Cymbalta, Bystolic, Jardiance, Amaryl, Lipitor, Mobic |
| Allergies | NKDA |

Hall, Barbara
Date of Examination 08/16/21

Records Review

Complaint
Demand
Damon Travis, D.O.
Evicore
Kevin P. Unruh, M.D.

Hall, Barbara
Date of Examination 08/16/21

**Physical Examination**

Examination of both upper extremities reveals no muscle atrophy, paralysis or wasting in the right upper extremity (see photos). There is no swelling in the right hand/wrist (see photos).

There are no trophic changes (see photos). There are normal creases and wrinkles in both forearms, wrists, hands and fingers (see photos). There are normal hair follicles in the fingers, hand, wrist and forearms (see photos). There is no redness or shininess of the skin (see photos). The skin in both upper extremities is soft and of normal consistency. There is no increased sweating, there is no dryness. The fingernails are normal and equal in size, shape and form in both hands (see photos). No temperature difference was noted between the two-upper extremities.

Examination of the right upper extremity reveals a single surgical scar. There are no keloids. The scar is non-adherent. The scar is approximately 8-centimeters in length. Normal sweat patterns are noted in the digits. Grind test is mildly positive. Finkelstein test, and Watson maneuver are normal. No DRUJ instability, crepitus, subluxation or tenderness is present. Phalen's and Compression tests are normal. Tinel's sign is negative. Pulses are normal in the radial and ulnar arteries at the wrist. There is no intrinsic or extrinsic tightness in the fingers. The examinee has excellent passive and active motion in all digits which easily reach the palm. Wrist motion is: flexion and extension-45/60 degrees and pronation and supination-90/55 degrees. Elbow range of motion was full in flexion and extension.

Sensibility is normal in all digits (2.83 SW). Circulation is normal in all digits. Motor nerve function is normal in the median, ulnar and radial nerves.

Imaging of the right wrist and forearm reveals a healed fracture in the distal radius. The hardware is secure and in good position. The radial height and inclination are good. The DRUJ is well-aligned. The radial carpal joint is well-maintained. No patchy osteopenia is present. No sign of arthritis or degeneration is present with the exception of the CMC joint of the thumb (early osteoarthritis).

Hall, Barbara
Date of Examination 08/16/21

**Discussion**

Ms. Hall, reported she sustained a closed fracture of the right distal radius on March 1, 2020.

She underwent evaluation several days later near her home in Kansas City. Surgery was recommended. Surgery was performed on March 10, 2020. The surgery consisted of an open reduction and internal fixation of the right distal radius. Ms. Hall underwent a four-month period of follow-up thereafter.

Ms. Hall has a healed volar/radial scar from her wrist surgery. Ms. Hall has complete healing of the distal radius fracture.

Ms. Hall's sensibility in her fingers is normal and there are no findings of carpal tunnel syndrome.

Ms. Hall reported four ongoing issues regarding her right hand/wrist. She reported a loss of rotation of the right forearm, pain over the end of the right ulna (head), pain at the base of the right thumb (CMC joint) and numbness in all of the fingers of the right hand while writing.

Ms. Hall has normal pronation in the right forearm and reduced supination. Although Dr. Unruh reported Ms. Hall's supination in the left forearm was less than that in the right, this is not correct. Ms. Hall also has normal wrist extension in the right wrist and mildly reduced wrist flexion.

Fluoroscopy and examination revealed early CMC joint osteoarthritis which is a pre-existing condition and is not related to any injury. This is the source of her thumb pain.

As noted before, there are no signs of median nerve dysfunction. Ms. Hall never had any symptoms of nerve dysfunction at any time during her treatment. Her complaints of numbness in all of the fingers of her right hand while writing are not supported by history or by objective physical measures of sensibility and motor function.

Hall, Barbara
Date of Examination 08/16/21

Ms. Hall presented herself for evaluation in Kansas City five-days post-injury and underwent surgery four-days thereafter. The timing of her surgery is fairly typical and does not represent a delay in treatment or a deviation from acceptable medical standards. The timing of the surgery did not in any way contribute to any injury above and beyond the actual fracture. In other words, the timing of her surgery had no effect on the need for surgery, type of surgery performed or ultimate outcome. Her surgery was performed in a routine manner and the radiographic appearance shows a well-performed surgery.

In the Plaintiff's Complaint #34, it is hypothesized that fracture stabilization needs to occur as soon as possible so

1. The mending process can begin
2. The surrounding tissues, including nerve tissue can begin to heal.

It concludes that left untreated, those displaced bones will move in ways they are not supposed to move, damaging the surrounding tissues and continuing to cause great pain.

This is fallacious on several levels. Firstly, short of surgery, no useful mending process was going to occur. There are no medical records or documents that show that any surrounding tissues (including nerve) were in any way damaged and required any medical treatment. Short of a "compound" fracture or a high-energy fracture, there are no reasonable medical concerns regarding the surrounding tissues. Secondly, short of surgery there was always going to be movement at the fracture site. In fact, for patient's who are casted, movement still occurs at the fracture site. This is normal and contributes to healing of the fracture. Since Ms. Hall had surgical treatment of her fracture, none of these hypotheses is germane to her.

In the Plaintiff's Complaint #35, it is hypothesized that since Ms. Hall did not undergo treatment until she was evaluated at her home in Kansas City,

1. She sustained additional damage (not specified as to what it might have been)
2. She suffered additional/unnecessary mental anguish/pain/suffering/distress.

As previously discussed, there is no indication that Ms. Hall suffered any damage to her right wrist other than the fracture itself. Insofar as additional/unnecessary mental anguish/pain/suffering/distress are concerned, a wrist fracture requires six to eight-weeks of time in order to heal. Ms. Hall's records indicate her fracture healed in a normal way and healing was not delayed. Dr. Unruh returned her to work within six-weeks of the surgery. There is no documentation that Ms. Hall's mental anguish/pain/suffering/distress was impacted in anyway as alleged in Plaintiff's Complaint #35

With regards to Dr. Unruh's letter to Ms. Hall's attorneys, it should be noted that the verbiage is couched in mays/mights. To be accurate, we must examine the actual objective findings in Ms. Hall's case. At present there is objective evidence that the orthopedic hardware is well-placed and secure (see imaging of 08/16/21). There is no medical reason the hardware needs or should be removed. TFCC/triangular fibrocartilage perforations are common in persons over 45-years-of-age. They do not require surgical intervention. TFCC/triangular cartilage disruptions lead to instability in the DRUJ/distal radioulnar joint (end of ulna/radius). Neither Dr. Unruh nor I have found objective evidence of DRUJ instability. As a consequence, there would be no medical justification for an arthroscopic TFCC repair.

Referring again to the objective imaging, none of the screws or the plate is prominent. The actual risk of a tendon rupture in this setting is less than 1-percent.

Ms. Hall's wrist injury happened over a year-and-a-half ago. She has not sought treatment for her right wrist (by her own admission) except for the purposes of her legal case. There is no medical reason for ongoing medical follow-up or imaging. Similarly, there would be no role for any kind of therapy at this juncture. This would comport with Dr. Unruh's determination that Ms. Hall could return to duty without restrictions on April 20, 2020 and his determination that she had reached maximum medical improvement in late August of 2020.

It is my expert medical opinion from the records provided and the physical examination that Ms. Hall has reached maximum medical improvement and can return to work without limitations or restrictions.

Hall, Barbara
Date of Examination 08/16/21

**Opinions**

It is my professional opinion within a reasonable medical probability, and or certainty that Ms. Barbara Hall sustained a fracture of the right distal radius which she reported occurred on March 1, 2020. She underwent treatment and subsequent surgery. She has an 8-centimeter surgical scar. A titanium plate and screw remain in the distal radius. The metallic hardware is secure and there is no medical reason that it would need to be removed. Ms. Hall's current complaints relate to pre-existing early osteoarthritis in the base of the right thumb (CMC) which is unrelated to her wrist fracture. She has findings of reduced supination of the right forearm and mild limitation of flexion in the right wrist. The timing of her surgery had no effect on the need for surgery, the type of surgery or the ultimate outcome. Ms. Hall did not sustain additional injury other than the fracture of the distal radius.

It my professional opinion within a reasonable medical probability, and or certainty that Ms. Barbara Hall does not require any remedial surgery for any condition in her right hand/wrist. She is capable of participating in any physical activity and does not require additional medical treatment. Ms. Hall has reached maximum medical improvement.

Lewis Eastlick, M.D.

Le/mo