UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:21-cv-20557-BB

BARBARA HALL,

Plaintiff,

v.

CARNIVAL CORPORATION,
d/b/a CARNIVAL CRUISE LINES,

Defendant.
_______________________________/

Remote Audio-Video Communication

Friday, June 29, 2021

10:03 a.m. - 3:08 p.m.

VIDEOTAPED DEPOSITION OF BARBARA HALL

Taken before Paula Pace, RPR, Notary Public in and for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above case.



APPEARANCES:

ON BEHALF OF THE PLAINTIFF:
SINGER & ASSOCIATES, P.A.
1101 South Federal Highway
Hollywood, Florida 33020
BY: Peter G. Walsh, Esquire

ON BEHALF OF THE DEFENDANT:
FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
BY: Christopher B. Smith, Esquire

ALSO PRESENT: Brandon Mendiola, Videographer
Jeannie Reporting

\- - - - - -

I N D E X

\- - - - - -


| | PAGE |
|---|---|
| Barbara Hall | |
| By Mr. Smith | 003<br>187 |
| By Mr. Walsh | 180<br>190 |


E X H I B I T S

(Appearing on Page 3)



E X H I B I T S


| DEFENDANT'S | PAGE |
|---|---|
| No. 1 - Movement report | 136 |
| No. 2 - Photo pg 1 (Retained) | 144 |
| No. 3 - Photo pg 2 (Retained) | 148 |
| No. 4 - Photo pg 3 (Retained) | 149 |
| No. 5 - Photo pg 4 (Retained) | 149 |
| No. 6 - Photo pg 5 (Retained) | 150 |
| No. 7 - Photo pg 6 (Retained) | 150 |
| No. 8 - Photo pg 7 (Retained) | 151 |
| No. 9 - Photo pg 8 (Retained) | 152 |
| No. 10 - Photo pg 10 (Retained) | 152 |
| No. 11 - Photo pg 13 (Retained) | 152 |
| No. 12 - Photo pg 14 (Retained) | 153 |
| No. 13 - Photo pg 26 (Retained) | 154 |
| No. 14 - Photo pg 27 (Retained) | 155 |
| No. 15 - Winners Luck Bar receipt | 168 |
| No. 16 - Winners Luck Bar receipt | 169 |
| No. 17 - Cheers package receipt | 170 |
| No. 18 - Transaction receipt | 170 |
| No. 19 - Transaction receipt | 171 |
| No. 20 - Transaction receipt | 172 |
| No. 21 - Transaction receipt | 172 |
| No. 22 - Transaction receipt | 172 |
| No. 23 - Transaction receipt | 173 |
| No. 24 - Transaction receipt | 174 |
| No. 25 - Transaction receipt | 174 |
| No. 26 - Transaction receipt | 174 |
| No. 27 - Transaction receipt | 175 |




THE VIDEOGRAPHER: In the case styled Barbara Hall vs. Carnival Cruise Lines, this is the video deposition of Barbara Hall on June 29, 2021. The time is now 10:03 a.m.

Would counsel please state their appearances for the record.

MR. WALSH: Good morning. This is Peter Walsh on behalf of Ms. Hall.

MR. SMITH: Good morning. I'm Christopher Smith on behalf of Carnival.

Thereupon,

BARBARA HALL,

was called as a witness and, having been duly sworn, was examined as follows:

DIRECT EXAMINATION

BY MR. SMITH:

**Q.** Good morning, Ms. Hall. How are you?

**A.** I'm fine, thank you.

**Q.** Thank you for joining us today. If you would just for the record, to get us started, please state your full name.

**A.** Barbara Joyce Hall.

**Q.** And before we really get into things, I just wanted to provide some instructions. I

won't take long with this because I'm sure we may have heard some of this from your attorney, but if at any point today you don't hear my question, especially because we're using this Zoom service, please feel free to ask me to repeat it and I'd be happy to do so.

The other thing I'd like to remind you of is that while you are under oath, you've taken an oath to tell the truth, a deposition like we're in today is a lot less formal than testifying in court, so if there's a point in time where you need a break, please feel free to go ahead and ask for one. Okay?

A. Okay.

Q. Sometimes during the deposition we're going to be talking about different timeframes and so if you are unclear about what timeframe I may be asking you about, you know, again, please ask me to clarify it, I'd be happy to do so.

A. Okay.

Q. If you do answer a question, I'll go ahead and assume you understood what I asked you. Is that fair?

A. Yes.

Q. And lastly, is there any reason that



you're aware of today that your deposition should not be taken?

A. No.

Q. Okay, terrific. Can we just briefly go off the record to confirm some personal information.

THE VIDEOGRAPHER: We're going off the record at 10:05 a.m.

(Thereupon, a discussion was held off the record.)

THE VIDEOGRAPHER: We're going back on the record at 10:06 a.m.

BY MR. SMITH:

Q. All right. We're back on the record after getting some personal information from Ms. Hall.

Ms. Hall, can you tell us, have you ever gone by any other names before?

A. No.

Q. All right. And where were you born, ma'am?

A. St. Paul, Minnesota.

Q. All right. And where do you currently reside?

A. Garden City, Missouri.



Q. About how long have you lived in Garden City, Missouri now for?

A. Twenty-five years.

Q. Is that 25 years consecutively?

A. Yes.

Q. Okay. So you haven't lived anywhere else besides Garden City in the last 25 years on a full-time basis --

A. Yes.

Q. -- is that correct?

A. Correct.

Q. All right. I should have said this earlier, I apologize. Some of the questions like that one, for instance, you're going to know exactly where I'm going with it. So if you would, please just try to wait until I get the whole question out before answering.

A. Okay.

Q. It's just difficult for our court reporter to record everything when we talk over each other.

A. Okay.

Q. And additionally, I'm sorry, we have to get some things, personal information which is a little bit private, but I wouldn't normally ask you



if we're meeting for coffee somewhere or something like that, so I do apologize in advance.

We are dealing with some obviously medical issues here and so there may be some sensitive questions and I apologize. Here's coming, I preface that because here comes a few. Can you tell me your height, please?

A. Five-four.

Q. What is your current weight?

A. 300.

Q. Has your weight changed at all since the cruise on Carnival VALOR in February, March of 2020?

A. No.

Q. What is your current residential address, ma'am?

A. 86 Old Highway 7, Garden City, Missouri, 64747.

Q. And that's an address you've lived at for the last 25 years; is that right?

A. Yes.

Q. Terrific. What type of home is that, ma'am?

A. Single family home.

Q. Okay. Is it one or two stories?

A. One.
Q. **Do you live with anyone at that home currently?**
A. No.
Q. **Has anyone lived with you in the residence in the 25 years that you've owned it?**
A. Yes.
Q. **And who was that?**
A. My mother Patricia Nelson. Two sons, two granddaughters.
Q. **Are you testifying today from the residence there in Garden City, Missouri?**
A. No.
Q. **Okay. Where are you presently testifying today, ma'am?**
A. At my job.
Q. **I'm sorry, could you repeat that. I didn't quite hear.**
A. My job.
Q. **Your job, okay. Do you have any other residences besides the residence, the single family home in Garden City, Missouri, ma'am?**
A. No.
Q. **Were any of the family members you mentioned to me just a moment ago living with you**



**at the time you took the Carnival VALOR cruise in 2020?**
A. Yes.
Q. **Okay. Who was living with you at that time, please?**
A. My son Brandon, his fiancé Nicki and my two granddaughters.
Q. **Okay. How old is Brandon?**
A. Brandon is 25.
Q. **Okay. And his -- was it his fiancé you said?**
A. Yes.
Q. **What is her last name?**
A. Right now it's Lindsey. At the time it was Baker. My son's last name is not the same as mine.
Q. **What is your son's last name, please?**
A. Lindsey.
Q. **So Nicki the fiancé has taken your son's last name?**
A. Yes.
Q. **And do they have two children you were saying?**
A. Yes.
Q. **Are those the only two grandchildren**



**you have, ma'am?**
A. No.
Q. **How many other grandchildren do you have?**
A. Three.
Q. **So three total including the two, or five total?**
A. Five total.
Q. **Okay. Where do your other three grandchildren live?**
A. One lives in Harrisonville, Missouri. One lives in Garden City, Missouri, and the third one, I don't know.
Q. **Okay. And where is your son Brandon living now with his two children and fiancé?**
A. Adrian, Missouri.
Q. **How far is that approximately from Garden City where you live?**
A. 30 miles.
Q. **So not too far?**
A. No.
Q. **How often do you still see Brandon and the grandkids?**
A. Usually every weekend.
Q. **Okay. How often do you get to see**



**your other three grandchildren?**
A. Never.
Q. **Are all of your other grandchildren under the age of 18?**
A. Yes.
Q. **We talked about your son Brandon. Do you have another child you said?**
A. Yes, I have another son.
Q. **Okay. What's his name?**
A. Anthony Hall.
Q. **And where does Anthony live?**
A. In Cameron, Missouri.
Q. **Okay. Do you see Anthony at all regularly?**
A. No.
Q. **Were you seeing Anthony at all at the time of the Carnival VALOR cruise in 2020?**
A. A couple weeks before.
Q. **Okay. Before the cruise on the Carnival VALOR were you seeing Anthony very often?**
A. Maybe once a month.
Q. **Okay. Does the fact that you don't see Anthony any longer have anything to do with your case that's being brought against Carnival?**
A. No.

**Q. Are those all the children that you have, the two sons?**
A. Yes.
**Q. Have you ever adopted anyone?**
A. No.
**Q. I think I asked you about Brandon, who is 25. How old is Anthony?**
A. Forty.
**Q. Okay. And what is Anthony's last name, ma'am?**
A. Hall.
**Q. Is Anthony married?**
A. No.
**Q. Is he divorced now?**
A. Yes.
**Q. Do you remember the name of his wife?**
A. Amber.
**Q. Do you remember Amber's last name, the maiden name?**
A. Luse, L-U-S-E.
**Q. And where is she living currently, if you know?**
A. Harrisonville, Missouri.
**Q. Have you ever been married, ma'am?**
A. No.



**Q. Do you currently have a significant other?**
A. No.
**Q. Were you in a relationship of any kind at the time of the Carnival VALOR cruise in 2020?**
A. No.
**Q. Your son Anthony, are you in contact with his father at all at present?**
A. No.
**Q. Do you recall the name of Anthony's father, please?**
A. Clayton Olson.
**Q. Clayton?**
A. Clayton, C-L-A-Y-T-O-N.
**Q. Thank you. Olsen, O-L-S-E-N?**
A. O-L-S-O-N.
**Q. Okay. When was the last time you think you saw Clayton?**
A. Twenty -- no, maybe five years ago.
**Q. Okay. Did you get together with him for any particular reason?**
A. I had lunch with my brother and he was with him.
**Q. Okay. Was this in the Garden City area?**



A. No, that was in Minnesota.
**Q. Okay. About when did you move from Minnesota to Missouri?**
A. I left Minnesota 34 years ago and moved to Kansas and I moved from Kansas to Missouri 25 years ago.
**Q. Okay.**
A. Almost 26.
**Q. Did you move to Kansas -- well, strike that.**
**Was Minnesota generally speaking where you grew up as a child?**
A. Yes, I was born and raised there.
**Q. And did you move to Kansas for work?**
A. Yes, my whole family moved.
**Q. Okay. It wasn't for a job you were working, it was for a job your parents were working; is that accurate?**
A. Correct, it was for my mom's job.
**Q. Okay. And what prompted you to move to Missouri?**
A. Buying a house.
**Q. Okay. I guess when you were living in Kansas, was that still the general Kansas City area?**



A. Ottawa, Ottawa and Olathe.
**Q. Okay.**
A. Which, yeah, Kansas City area.
**Q. Okay. And, ma'am, who is Brandon's, your son Brandon's father?**
A. Eric Lindsey.
**Q. Are you still in contact with Mr. Lindsey?**
A. He's deceased.
**Q. Oh, sorry, to hear that.**
**When did Mr. Lindsey pass away approximately?**
A. Nine years ago.
**Q. Did Mr. Lindsey share the home with you in Garden City where you still live?**
A. No.
**Q. Okay. Is your mother still living?**
A. No.
**Q. Did your mother pass away before your Carnival VALOR cruise?**
A. Yes.
**Q. And is your father still living?**
A. No.
**Q. Did he pass away as well before the Carnival VALOR cruise?**

A. Yes.
Q. **What is your highest level of education, ma'am?**
A. Some college. I'm a nurse.
Q. **Where did you go to high school?**
A. I graduated from Stewart High School in Stewart, Minnesota.
Q. **Okay. You got your high school diploma there?**
A. Yes.
Q. **And then did you go straight on to getting your education for nursing right out of high school or --**
A. No.
Q. **Okay. Did you go to work right after high school for a time?**
A. Yes.
Q. **Okay. And what did you do after high school?**
A. I was a nurse aide.
Q. **Okay.**
A. I was on state assistance for a couple of years for my child and then I was a nurse aide.
Q. **Okay. So you were working in the same field that you are now; is that right?**



A. Correct.
Q. **Where did you get your training and education as a nurse aide?**
A. Kansas City Vo-Tech, Kansas City, Kansas.
Q. **That was bo-tech?**
A. Vo-Tech, uh-huh, vocational.
Q. **Okay. Vo-Tech, got you. How long -- how many years was that particular program at Vo-Tech?**
A. One year.
Q. **Okay. And after that year what is the license, degree or certificate that you obtained?**
A. A licensed practical nurse.
Q. **Okay. Have you received any other types of vocational education other than your LPN?**
A. No.
Q. **Any other types of education after high school besides the work at Kansas Vo-Tech?**
A. Just the certified nursing assistant, certified medication technician and then a licensed practical nurse.
Q. **Got it. So in addition to being an LPN you have some additional certifications, correct?**



A. Yes, but they're all lower in the nursing field.
Q. **Did those certifications require you to attend school?**
A. Yes.
Q. **And where did you get those certifications?**
A. They're usually done, performed at the nursing home that you work at.
Q. **Okay. So it's kind of -- well, something you were able to obtain through your job, these particular certifications. Is that fairly accurate?**
A. Yes.
Q. **Okay. Is there anything else as far as licenses or certifications that you hold --**
A. No.
Q. **-- in a professional sense?**
A. No.
Q. **Okay. Have you ever served in the military?**
A. No.
Q. **Have you ever been arrested?**
A. Yes.
Q. **Okay. When was that?**



A. '99 maybe.
Q. **Okay. Do you recall what it was that you were arrested for?**
A. Drug paraphernalia.
Q. **Okay. And were you charged with anything that you can remember?**
A. Yes, I was on a year probation.
Q. **Okay. What exactly led to the year probation, did you accept some sort of plea agreement?**
A. I don't think so. I don't remember any plea bargain. I just, that's what I was given.
Q. **Okay. Were you convicted of the drug paraphernalia offense?**
A. You know, I'd have to be honest, I don't know.
Q. **Okay.**
A. Some people like -- it doesn't show up on my record all the time.
Q. **Okay. Do you remember what county it was that put you on probation?**
A. Johnson County, Kansas.
Q. **And what type of drug paraphernalia was it that was in your possession?**
A. Methamphetamine.

**Q. Did you have the actual drug methamphetamine on you or was it something like a pipe or --**
A. It was at the scene of an accident.
**Q. Was it a -- you're talking about a car accident?**
A. Yes.
**Q. Okay. Were you involved in the car accident?**
A. Yes.
**Q. And as a result of -- was it a multiple car, vehicle accident?**
A. No.
**Q. It was just a single car?**
A. Yes.
**Q. And that was your vehicle, correct?**
A. Yes.
**Q. And then as a result of that did the authorities arrive?**
A. Yes.
**Q. And is that when they discovered the drug paraphernalia?**
A. Yes.
**Q. Did they charge you with anything else like operating the vehicle under the influence?**



A. I don't remember that.
**Q. Okay. Do you remember if you were transported to the hospital?**
A. I think I declined.
**Q. Okay. Did any paramedics examine you at the incident scene of the car accident that you recall?**
A. I believe so. I can't remember.
**Q. Okay. Do you recall if you suffered any injuries from the single car crash?**
A. No injuries.
**Q. Even if there was, the pain was temporary, do you remember where if at all you had any pain as a result of the single car crash in 1999?**
A. No injuries.
**Q. Okay.**
A. No pain.
**Q. Did you have a probation officer?**
A. Yes.
**Q. Do you recall the officer's name?**
A. No.
**Q. Did you have to go see the probation officer in person?**
A. Yes.



**Q. Do you remember the building where it was that you would have to go for probation?**
A. Johnson County, Kansas.
**Q. It was just in Johnson County?**
A. Yes.
**Q. Okay. Were you living in the state of Kansas at the time?**
A. No.
**Q. At that time, approximately 1999, you would have been living in Garden City still; is that correct?**
A. Correct.
**Q. Were you working for the same company you are currently?**
A. Yes.
**Q. And who is your employer, ma'am?**
A. Firstat, F-I-R-S-T-A-T, Nursing.
**Q. As a result of this crash or the resulting charges did you -- were you suspended at all from Firstat Nursing?**
A. No.
**Q. To your knowledge did Firstat know about the charges that were involved in the single car wreck?**
A. No, not the details. They knew my record.



**Q. Have you been arrested at all other than in connection with this drug paraphernalia incident?**
A. A shoplifting.
**Q. Okay.**
A. About the same time.
**Q. About 1999, give or take?**
A. Uh-huh, yes.
**Q. Were you charged with a crime in connection with shoplifting?**
A. I honestly don't remember.
**Q. Okay.**
A. I never got -- no, I was just told not to go back to the store, so.
**Q. Okay. Were you put in custody by police as a result of this shoplifting incident?**
A. No.
**Q. What was the name of the store?**
A. Walmart.
**Q. Okay. Do you recall what it was you were trying to steal from Walmart?**
A. No.
**Q. Do you recall who it was that exactly apprehended you, was it like store security?**

A. No.
Q. Do you recall what it was that motivated you to attempt shoplifting at Walmart?
A. Stupid, I don't know.
Q. Were you using the drug methamphetamine at this time?
A. Yes.
Q. How long did you use the drug methamphetamine for?
A. Maybe two years.
Q. Okay. Do you remember how it was you started using methamphetamine?
A. My son's father, Eric Lindsey.
Q. Okay. Sometimes people, you know, start using illegal drugs that they've had an injury and they've had a prescription in connection with an injury. Were there any --
A. No.
Q. -- other injuries you had previously besides this single car wreck?
A. No.
Q. Okay. Are you currently using any nonprescription drugs?
A. No.
Q. At the time you were using



methamphetamine were you using any other illicit drugs?
A. No.
Q. Do you smoke cigarettes?
A. No.
Q. Have you ever smoked cigarettes?
A. Yes.
Q. When did you quit?
A. July 6, 2005.
Q. Up to that point in 2005 about how many cigarettes would you say you would smoke a day?
A. Less than a pack.
Q. Okay. What type of cigarettes did you smoke, if you had a preference?
A. Marlboro.
Q. Marlboro Light, Marlboro Red, which variety?
A. Marlboro 100s.
Q. Did you have any medical help quitting the cigarettes or is that something you did on your own?
A. I just did it on my own. It was after my mother passed away.
Q. Okay, great. Congratulations.



A. Thank you. Cold turkey.
Q. Yep. We talked about some of your grandchildren and your own children, the two sons and their fathers. Are there any other family members that live close by to you in Garden City?
A. Yes.
Q. Can you tell me who?
A. In Garden City, my sister Dawn Herlund.
Q. Can you repeat Dawn's last name, please?
A. Herlund, H-E-R-L-U-N-D.
Q. Okay. How old is Dawn?
A. Fifty-five.
Q. Were you seeing Dawn fairly often before the Carnival VALOR cruise?
A. Yes.
Q. Sorry, I didn't get the answer. Would you repeat that, please?
A. Yes.
Q. And is she still someone you see after the cruise?
A. Yes.
Q. About how often, if you can give me, it doesn't have to be exact, but just an



approximate of how often you see Dawn nowadays?
A. At least weekly.
Q. Okay. And when you see Dawn are there any particular activities you two like to do together?
A. Not right now.
Q. Okay. Anything in the past that you, when you got together with Dawn that you two liked to do?
A. Oh, yes.
Q. Can you give me -- I want to get a sense of kind of your life and activities before the cruise. In the context of meeting up with Dawn what were the things you liked to do before the Carnival VALOR cruise?
A. Dinner, musicals, zoo, zip lining, dinner theaters, Renaissance Festival.
Q. Did you and Dawn travel much before the cruise?
A. No.
Q. Did I hear correctly one of the things you did was zip lining?
A. I have twice, uh-huh.
Q. Okay. Is that something that's in the Kansas City area?

A. One in Kansas City and one in the
Ozarks.
**Q. Okay. The Ozarks being like down in southern Missouri?**
A. Correct.
**Q. Is that like the Branson, Missouri area?**
A. Yes, down by there.
**Q. Okay. How often would you say you visited the Branson area before the Carnival VALOR cruise?**
A. Probably yearly.
**Q. Before the Carnival VALOR cruise when you visited Branson are there any other activities you would partake in besides the zip lining?**
A. Well, I only did that once. But then it was just walking around town, walking around Silver Dollar City.
**Q. Okay. Was there anywhere else you liked to go on vacation other than Branson before the Carnival VALOR cruise?**
A. I have family in Minnesota so I would drive up there sometimes.
**Q. Okay.**
A. And I have friends in Florida.



**Q. Okay. So we talked about Dawn. Who are the family members that are still up in Minnesota?**
A. Well, are you done with Garden City?
**Q. Well, let's go back then. Yeah, who else is sort of more local close by to you as far as your family?**
A. Okay, my niece Heather, Dawn's daughter lives in Garden City.
**Q. Okay. How old is Heather?**
A. Heather is 30, 30 something.
**Q. Okay. Is Heather married?**
A. She just got married.
**Q. Okay.**
A. Her last name is Ellington. I honestly don't know, I think it's E-L-I-N-G-T-O-N, I think.
**Q. Okay, great. Do you see Heather often?**
A. Maybe once a month.
**Q. Okay. Did you know Heather fairly well before the Carnival VALOR cruise?**
A. Yes.
**Q. Would Heather kind of go, join you and Dawn ever on any of the activities before the**



**Carnival VALOR cruise?**
A. Once or twice. Not really.
**Q. Okay. Does Dawn have any other children?**
A. Yes, she has a son.
**Q. Okay. What's her son's name?**
A. Aaron.
**Q. And Aaron's last name, if you know it?**
A. Herlund.
**Q. Is Aaron still living around the Garden City area?**
A. He lives in Holdon, Missouri. H-O-L-D-O-N.
**Q. Is he someone you see regularly?**
A. Not really.
**Q. And before the cruise did he know you very well?**
A. Did he know me, yes.
**Q. Did you guys spend much time together?**
A. I mean, a few times a year.
**Q. Understood. Any other family in the Garden City area?**
A. I have a brother that lives in Clinton, Missouri.
**Q. Okay. And your brother's name,**



**please?**
A. David Hall.
**Q. How old is David approximately?**
A. David is 59.
**Q. Okay. What does he do for a living?**
A. He's disabled.
**Q. Okay. Does David have any children?**
A. Yes, he has one daughter.
**Q. And his daughter's name, please?**
A. Crystal.
**Q. And are David and Crystal two family members you see, who you see recently after the Carnival VALOR cruise?**
A. Crystal, no. David, yes.
**Q. Okay. About how often are you seeing David after the cruise?**
A. About once a week.
**Q. Okay. And what do you two like to do together when you meet up?**
A. We usually just go out to dinner and visit.
**Q. Okay. What did you, I guess how often would you meet with David before the Carnival VALOR cruise?**
A. Probably only a couple times a year.

**Q. Okay.**
A. He just recently moved to Clinton.
**Q. All right. Do you have any other siblings?**
A. Yes, I have a brother Steve.
**Q. And your brother Steve's last name is what, please?**
A. Hall.
**Q. Where does he live?**
A. Leeton, L-E-E-T-O-N, Missouri.
**Q. Is Steve someone you're seeing somewhat regularly?**
A. Yes.
**Q. And did you see Steve before the Carnival VALOR cruise?**
A. Yes.
**Q. What does Steve do for a living?**
A. He works for a place that blows up rocks.
**Q. Okay. Like a rock quarry or something like that?**
A. No, it's not a rock quarry. He goes out and blows up rocks so they can build roads and blows up rocks so they can build houses.
**Q. Got you. So he's kind of in a, sort**



**of a construction type position?**
A. Yeah, I guess.
**Q. Okay. Do you have any other siblings?**
A. Yes, Ronald Hall.
**Q. Was that Ron?**
A. Ron, yes, Ronald.
**Q. Do you see Ronald?**
A. No, I don't see him often.
**Q. Okay. And before the Carnival VALOR cruise was he someone you saw?**
A. Not often, no.
**Q. Does he live -- where does he live?**
A. St. Paul, Minnesota.
**Q. Have we talked about all the family members that live in Missouri?**
A. I mean, you don't want all my nieces and nephews, do you?
**Q. No, that's okay.**
A. Okay.
**Q. The siblings?**
A. My siblings, yes.
**Q. And other than Ron, are there any other siblings that you have?**
A. No.
**Q. I guess let me just ask it this way to**



**follow up. I'm just curious to know if there's anyone you feel like, family or friends that have an understanding of, you know, the person you were like before the Carnival VALOR cruise and the person that you are now after the Carnival VALOR cruise. Is there anyone else like that that you know of?**
A. Well, family would be Dawn and -- Dawn is the one that I, and my son Brandon.
**Q. Okay. Dawn and Brandon.**
A. Uh-huh.
**Q. And then as far as a friend, are there any particular friends that you think are important in your life and know you well, both before and after the cruise that you took on the Carnival VALOR?**
A. Yeah, I mean, Angie, the one that went on the cruise with me.
**Q. Okay. Is that Angela Vaughan?**
A. Yes.
**Q. Is there anyone else that comes to mind?**
A. Dawnda Pentlin.
**Q. Is that your sister Dawn?**
A. No, it's a friend of mine.



**Q. A different Dawn, okay.**
A. It's not Dawn. It's Dawnda.
**Q. Dawnda, okay, thank you.**
A. It's Dawn with a D and an A after.
**Q. And the last name is Dawnda?**
A. No, the first name is Dawnda, D-A-W-N-D-A. Last name is Pentlin, P-E-N-T-L-I-N.
**Q. Okay. How long have you known Dawnda?**
A. Almost ten years.
**Q. And how did you two meet?**
A. Work.
**Q. Do you still work with Dawnda?**
A. Yes.
**Q. So she works for Firstat Nursing, correct?**
A. No.
**Q. No?**
A. I was actually a nurse at her home.
**Q. Oh, okay. Well, I'm sorry, could you clarify that. Is Dawnda like a home health aide nurse?**
A. No, I took care of Dawnda's granddaughter and still do.
**Q. Okay.**
A. And we became friends from me taking

care of her.
**Q. Okay. Is Dawnda also a nurse like yourself?**
A. No.
**Q. She does something else for work?**
A. Well, she's retired.
**Q. Okay, got you.**
**And then Ms. Vaughan, Angela Vaughan, how did you meet Angela?**
A. Work.
**Q. Is Angela employed by Firstat Nursing?**
A. No.
**Q. Is Angela just another person who you met through work?**
A. No, we were both -- I was her charge nurse actually at a nursing home.
**Q. Okay. You cared for Ms. Vaughan?**
A. No, I didn't take care of her.
**Q. What do you mean by you were her charge nurse?**
A. She was my nurse aide.
**Q. Okay.**
A. She is now a nurse.
**Q. Okay. But you two don't work at the same place now?**



A. No.
**Q. Where does Angela work?**
A. Golden Years Nursing Home in Harrisonville.
**Q. How far is that from your job site?**
A. Well, I'm a home health nurse so my job site alternates.
**Q. So you travel around?**
A. I have two homes that I work in.
**Q. Okay.**
A. And it's about 30 minutes from either one of them.
**Q. Is it like a half day each, more or less?**
A. No, I do one day with the little girl and I do all the other hours with this young man.
**Q. Got you. So you work at -- are you currently working, ma'am?**
A. Yes.
**Q. And you're still working for Firstat Nursing, correct?**
A. Yes.
**Q. Does Firstat have like an office address?**
A. Yes.



**Q. Can you tell us what that is.**
A. It's in Overland Park, 8000 110th Street, I believe it is.
**Q. And that's Overland Park, Kansas?**
A. Yes.
**Q. Is the nature of Firstat, can you describe what the nature of Firstat's business is, just generally speaking?**
A. A staffing supplement company. Nursing staffing supplement.
**Q. Do you get -- are your wages paid by Firstat?**
A. Yes.
**Q. Like how it works is that some other company, perhaps a health insurance company contacts Firstat when nursing services are needed?**
A. Yes.
**Q. Okay. Have you been always -- well, you've worked for them for about 25 years, Firstat, correct?**
A. Correct.
**Q. Are you an employee of Firstat, meaning they take, you know, they would take taxes out of your paycheck?**
A. Yes.



Could I take a break, please?
**Q. Absolutely.**
**THE VIDEOGRAPHER: We're going off the record at 10:51 a.m.**
**(Thereupon, a short recess was taken.)**
**THE VIDEOGRAPHER: We're going back on the record at 11:10 a.m.**
**BY MR. SMITH:**
**Q. Ms. Hall, we're back on the record. We were talking about your employment currently. You're a nurse at Firstat Nursing, correct?**
A. Correct.
**Q. Do you have a current job title?**
A. LPN.
**Q. Okay. In your years working for Firstat have you had any other job titles besides the job title of LPN?**
A. No.
**Q. Okay. And we talked about earlier you had two homes that you visit where you provide nursing services, correct?**
A. Correct.
**Q. How many hours per week are you working at the moment?**
A. At the moment about 92 hours a week.

**Q. Okay. So you're working in excess of 30 hours a week; is that right?**
A. Yes.
**Q. Do you receive overtime pay?**
A. Yes.
**Q. Are you paid by the hour?**
A. Yes.
**Q. Okay. What is the non overtime rate of pay that you receive currently?**
A. 17, 18, and 24.
**Q. Okay. You provided different numbers there. Can you explain that?**
A. The majority of it is $18 an hour. And then I have the one, I have the one little girl that is $17 an hour. And then occasionally I do one that is $24 an hour.
**Q. Okay. So that's the regular non overtime rate for pay that you receive?**
A. Right.
**Q. What is the overtime rate?**
A. Time and a half.
**Q. Okay. Do you also work on the weekends?**
A. Yes.
**Q. Like the last three months how many**



**weekends per week are you typically working?**
A. Every.
**Q. Okay. How are your current hours compared to the hours you were working let's say in January 2020 just prior to you going on the Carnival VALOR cruise?**
A. The same.
**Q. So in January of 2020 you would have been working approximately 92 hours per week?**
A. Between 84 and 92 -- well, 92, excuse me. Usually 82 to 84. Like I said, I just picked up a new case just that I do occasionally. That's what brings me up to 92.
**Q. Understood. So currently you may work a few more hours than you were working back in January of 2020. Is that accurate?**
A. Alternating, yes.
**Q. Okay. Do you have any other benefits through your work besides the, just the pay?**
A. I have health insurance that I pay for.
**Q. Okay.**
A. And I do get accrued vacation hours. But there is no sick pay, there's no holiday pay.
**Q. Is there any retirement benefits?**



A. No.
**Q. Do you receive any other income currently other than through your work as an LPN?**
A. No.
**Q. You don't have anything like rental properties that you own on the side?**
A. No.
**Q. You don't own any other businesses on the side, outside of your work as a nurse?**
A. No.
**Q. Do you receive any income from stocks and bonds?**
A. No.
**Q. I just want to kind of get an idea of how physically strenuous your work is. So currently how much of your workday do you spend standing on your feet?**
A. On an average day like today, maybe two hours.
**Q. Okay. And the remainder of your time at a job site what, you know, what are you doing?**
A. Sitting, watching, taking care of my patient. I have to -- like it's not two hours straight. It's like I'll get up, like the ten-minute break I took care of my patient.



**Q. Understood. And in your work currently how often are you required to use your hands?**
A. In a -- like I take care of him ten hours today, use my hands probably seven to eight hours.
**Q. Okay. So quite often you have to use your hands at your work?**
A. Correct.
**Q. Is there anything different about the frequency that you used your hands in your work before the Carnival VALOR cruise?**
A. Yes, I can't do a lot of stuff that I used to do.
**Q. Okay. I guess to rephase it another way, since the Carnival VALOR cruise have you taken on any additional work that has required you to use your hands more often?**
A. No.
**Q. Okay. And as far as the sitting and the standing at your work currently, has that changed at all after the Carnival VALOR cruise as compared to the work you were doing before?**
A. Yes.
**Q. Okay. Can you explain that?**

A. Yes, I was on my feet much more because I would walk my patient. He has cerebral palsy, so I was walking him down the street for his exercise and I am unable to do that like I used to.

**Q. Okay. So in your work before the Carnival VALOR cruise you were doing more walking, is that --**

A. Yes.

**Q. -- roughly accurate?**

A. And I physically have to -- yes, I physically had to hold him standing up while he was walking.

**Q. Okay, understood. And did your -- did you request a different assignment from your work after the Carnival VALOR cruise due to that requirement to have to hold the patient and walk with him?**

A. No.

**Q. Okay. Do you still work with the cerebral palsy patient now after the Carnival VALOR cruise?**

A. Yes.

**Q. Okay. Does the patient still require you to assist him with walking?**

A. Yes.



**Q. Okay. And are you still currently helping out in that process holding the patient up?**

A. Yes.

**Q. And how often do you currently take the patient for walks?**

A. Maybe once a week instead of daily.

**Q. Okay. And when you take the patient for walks now, about how far do you two walk?**

A. About a block.

**Q. Okay.**

A. Where we used to walk a mile.

**Q. Does the patient have anything else besides yourself to assist him when trying to walk like a walker, a cane or something?**

A. No.

**Q. Would you assist this patient before the Carnival VALOR cruise to walk without the additional help of an assistive device?**

A. Yes.

**Q. What is it that's limiting you all to walking a block now on a once a week basis compared to the frequency and distance you walked before?**

A. The pain in my wrist from holding him so much.

**Q. Okay. Is there anything else?**



A. No. Occasionally weather, but.

**Q. Right. Yes, besides factors like the weather, is there anything that's personally limiting you from assisting this gentleman to walk besides the pain in your wrist?**

A. No.

**Q. We talked about the, any accommodations from work, meaning -- and what I mean by accommodations is just after the Carnival VALOR cruise has your work done anything to try to make your work easier on you? Is there anything like that that has been provided by your employer after the Carnival VALOR cruise?**

A. No, there's nothing that they could do to assist.

**Q. Okay. Is there anything at all you requested from the employer that assists you after the cruise in performing your job duties?**

A. No, there's nothing that I know that would.

**Q. Okay. Have your doctors at present put any work limitations on you as a result of your wrist injury?**

A. No.

**Q. And in this particular case we**



**received your answers to what's called interrogatories. In there I just thought I would confirm for the record, it appears that you're not going to be claiming any lost income or loss of earning capacity in this case; is that correct?**

A. Correct.

**Q. Okay. Before we move on specifically from your employment, is there anything else at all that you were able to do at the job before the Carnival VALOR cruise that you feel like you can no longer do at all or as much of?**

A. No, just movement of my wrist to help people, you know, walk and stuff.

**Q. Okay. How about lifting and carrying things. I know we talked about your patient. Is there anything else from a lifting or carrying perspective that you're struggling with now?**

A. Well, I have a cat, a couple cats and a dog, and I can't carry the cat litter with my right hand or the dog food with my right hand.

**Q. Okay. How do you manage to do that now though with --**

A. With my left hand.

**Q. I'm sorry, could you repeat that?**

A. With my left hand.

Q. Okay. Is there anything at all limiting the use of your left hand currently?
A. Nothing limiting my left.
Q. Okay. And are you right-hand dominant or left-hand dominant, ma'am?
A. Right hand.
Q. Just a couple cleanup matters before we keep moving forward. Have you ever testified at a trial before?
A. No.
Q. And today we're in this setting called a deposition. Have you testified in one of these depositions before today?
A. No.
Q. Have you yourself, other than this lawsuit, filed a lawsuit before?
A. No.
Q. Have you ever been named as a defendant in a lawsuit before, meaning someone was trying to sue you?
A. No.
Q. Have you ever testified in a criminal trial before?
A. No.
Q. Have you made any previous claims



against an insurance company, even if it didn't result in a lawsuit, due to any personal injuries you may have had?
A. No.
Q. Okay. We talked about smoking, which you were successful in quitting in 2005, right?
A. Correct.
Q. Okay.
A. I remember the date specifically because it was my sister's birthday.
Q. Good. And things like the date you quit smoking, it's okay to have an approximation. It's not something I would hold against you going back so far.
A. Yeah, I know. Like I said, I just remember that specifically because it was my sister's birthday.
Q. That's a good date to remember. I want to just now ask you about your medical circumstances, if any, going from before the Carnival VALOR cruise, okay. So all these questions are really related to pre Carnival VALOR cruise. Okay?
A. Okay.
Q. Before the Carnival VALOR cruise were



you being treated for any chronic health conditions, ma'am?
A. Yes.
Q. Can you tell me which ones?
A. Diabetes, high blood pressure and cholesterol.
Q. Okay. Was there anything else?
A. No.
Q. Have you ever been treated for osteoarthritis?
A. No.
Q. Have you ever been --
A. I have been treated since.
Q. Have you ever been treated for any type of back or neck pain?
A. No.
Q. Any past treatment before the Carnival VALOR cruise for degenerative disc disease?
A. No.
Q. Have you ever been treated before the Carnival VALOR cruise for drug addiction or alcoholism?
A. No.
Q. Prior to the Carnival VALOR cruise have you previously suffered from osteoarthritis in



either of your upper extremities?
A. No.
Q. How about any osteoarthritis treatment before the cruise in your lower extremities, including your knees?
A. No.
Q. The conditions that you did identify for us, ma'am, the diabetes, high blood pressure, cholesterol, who was it that was treating you for those conditions before the Carnival VALOR cruise, please?
A. Dr. Damon Travis and then just before the cruise I switched to Spira Care.
Q. Okay.
A. I can't remember, I know it's on there, Duke something or other.
Q. Got you. Dr. Damon Travis, was he a primary care physician?
A. Until the first of the year, yes.
Q. Okay. Then Spira Care took over your primary care treatment?
A. After the first of the year, yes.
Q. Would that be January 1, 2020?
A. Yes.
Q. Do you still see Spira Care for your

**primary care treatment?**
A. Yes.
**Q. If you recall, do you recall how long you were seeing Dr. Damon Travis for?**
A. I think two years.
**Q. Okay. Is Dr. Travis affiliated with any particular clinic?**
A. Harrisonville Family.
**Q. Is that in Harrisonville, Missouri?**
A. Yes.
**Q. Was there anyone else you saw for primary care treatment before Dr. Travis?**
A. No.
**Q. Prior to the Carnival VALOR cruise had you treated with any specialists like a cardiologist or an endocrinologist?**
A. I saw a cardiologist just as a one time, you know, getting to know and that was at Harrisonville.
**Q. Okay.**
A. That was --
**Q. When you say that was at Harrisonville do you remember the name of the particular clinic where the cardiologist treated you?**
A. No.



**Q. Do you recall the cardiologist's name?**
A. No, but it would be in Damon Travis's records.
**Q. Okay. Do you remember why you saw the cardiologist in particular, did they do any sort of testing?**
A. The reason I saw the cardiologist is I had not been to the doctor for many years, so I just wanted a full workup. I did a colostomy, you know, the colonoscopy, I did the cardiology, I did mammogram, I just did it all. I had them do a full workup.
**Q. Did you do an exercise stress test with the cardiologist?**
A. No, because of my weight and stuff we did a chemical stress test.
**Q. Okay. Were there any symptoms related to either high blood pressure -- well, strike that.**
**Were there any symptoms before the Carnival VALOR cruise related to your cardiovascular system that you were experiencing --**
A. No.
**Q. -- that limited your walking?**
A. No.
**Q. Do you ever recall reporting to your,**



**to any of your doctors that your walking was limited by shortness of breath?**
A. No.
**Q. At present after -- this one is a question about after the Carnival VALOR cruise, so post Carnival VALOR cruise have you had problems walking due to any shortness of breath symptoms?**
A. No.
**Q. In the past before the Carnival VALOR cruise, ma'am, had you ever treated with an orthopedist?**
A. No.
**Q. Before the cruise had you ever treated with a neurologist?**
A. No.
**Q. And before the cruise had you ever treated with an endocrinologist?**
A. No.
**Q. Before the Carnival VALOR cruise had you ever undergone surgery?**
A. Yes.
**Q. What surgery had you undergone?**
A. Two Caesarian sections and a tubal ligation and an oral surgery.
**Q. Okay. What was the reason for the**



**need for oral surgery?**
A. Full set of dentures.
**Q. Okay. Who was your oral surgeon?**
A. DDS -- I don't even know if it's considered oral surgery because it was just pulling the teeth out.
**Q. Okay. It might have been a dentist?**
A. Yes, it was just a dentist, yeah.
**Q. Okay. Are you still seeing the same dentist?**
A. No.
**Q. Do you remember the dentist who performed the surgery or the --**
A. The oral, the extraction of the teeth was at DDS Dental in Belton, Missouri.
**Q. Any other surgical procedures you can think of?**
A. No, not --
**Q. Have you had any prior hospitalizations before the cruise other than for the childbirth reasons?**
A. No.
**Q. Can you think of a time before the Carnival cruise that you had to present to the emergency room?**

A. No.
Q. We talked about the single-car car accident you were in in approximately 1999. Are there any other car accidents you've gotten in prior to the Carnival VALOR cruise?
A. Not that I remember.
Q. Okay. Have you had any other accidents or incidents other than car accidents prior to the Carnival VALOR cruise?
A. No.
Q. Can you think of any, you know, any falling incidents you've had before the Carnival VALOR cruise?
A. No.
Q. Have you had any accidents or incidents on the job before the Carnival VALOR cruise?
A. No.
Q. Have you ever filed a worker's compensation claim with your employer before the Carnival VALOR cruise?
A. No.
Q. So you've never received worker's compensation benefits; is that correct?
A. That's correct.



Q. And this next question, just to preface it, it's not necessarily like a one-time thing, but just more so from a medical perspective, have you ever suffered from dizziness?
A. No.
Q. Have you ever reported to your doctor that you suffered from dizziness before the Carnival VALOR cruise?
A. No.
Q. And have you, before the Carnival VALOR cruise, ever suffered from any instability when standing or walking?
A. No.
Q. Do you recall reporting to any of your doctors suffering from instability while standing and walking before the Carnival VALOR cruise?
A. No.
Q. Have you suffered from any weakness in your lower extremities before the Carnival VALOR cruise, to your knowledge?
A. No.
Q. Do you recall ever reporting any weakness to your doctor in your lower extremities prior to the Carnival VALOR cruise?
A. No.



Q. Before the VALOR cruise had you ever been in physical therapy before?
A. No.
Q. Before the Carnival VALOR cruise have you ever had an injury to either of your wrists?
A. No.
Q. And as far as more broadly speaking your arms or upper extremities, have you had any injuries prior to the Carnival VALOR cruise with respect to your upper extremities?
A. No.
Q. Have you ever before the Carnival VALOR cruise struggled with any sort of wrist pain?
A. No.
Q. Do you recall if you ever reported having wrist pain in either wrist to any doctors before the Carnival VALOR cruise?
A. No. No, I haven't.
Q. Before the Carnival VALOR cruise do you recall if you ever reported to one of your doctors a problem standing or walking?
A. No.
Q. Any previous problems with your knees before the Carnival VALOR cruise that you're aware of?



A. No.
Q. I want to ask you now in terms of the medication. You advised that you've been treated prior to the cruise for a couple of chronic medical conditions. So as of the time you were just about to get on the Carnival VALOR cruise can you please identify what medication, prescription medications you were taking?
A. You mean that day or every day?
Q. Just on an everyday general basis.
A. Okay. I took Metformin, 500 milligrams twice a day. Thiazide, I think it's 2 milligrams once a day. Steglatro once a day. Those are all blood sugar pills.
Bystolic once a day, that was blood pressure pills. And Atorvastatin, 10 milligrams once a day.
Q. Okay. Was it the Bystolic you said you took as well?
A. Yes.
Q. How many milligrams of that were you taking once a day?
A. I don't remember the Bystolic and Steglatro.
Q. Okay, no worries. Where were you

**filling your prescriptions before the Carnival VALOR cruise?**
A. Walmart pharmacy in Harrisonville, Missouri.
Q. **Is there anywhere else you would fill prescriptions besides the Walmart?**
A. No.
Q. **Has there been any change to your prescription medication regimen to the present from what you just told us?**
A. Any change in the medication, yes, I don't take Steglatro anymore. I take Jardiance.
Q. **Okay. Is Jardiance for diabetes?**
A. Yes.
Q. **Were you prescribed anything specifically for your wrist injury?**
A. Yes, I mean, just after surgery.
Q. **Right, understood.**
**Do you remember what it was you were prescribed after the surgery?**
A. I think it was Vicodin.
Q. **Okay. So prescription pain treatment?**
A. Yes, just for a couple days.
Q. **Do you remember how many milligrams of Vicodin you were prescribed?**



A. No.
Q. **And again, not going into a specific number, but about how many days were you taking the Vicodin after your wrist surgery?**
A. I can't remember, two or three days.
Q. **Okay. Are you on any prescription pain medication at present?**
A. I don't think Meloxicam is considered pain medicine.
Q. **You're taking Meloxicam?**
A. Yes.
Q. **Do you know why you take it?**
A. Arthritis.
Q. **Okay. When did you start taking the Meloxicam?**
A. Maybe six months ago, not real sure.
Q. **Okay. Is that the first time you had ever taken Meloxicam?**
A. Yes.
Q. **Did your treating orthopedist prescribe that?**
A. No, my primary doctor did.
Q. **Okay. Did your primary care doctor explain why the Meloxicam was prescribed?**
A. Osteoarthritis.



Q. **Okay. General osteoarthritis throughout the body or specific?**
A. Left knee.
Q. **Left knee, okay. Is your left knee symptomatic?**
A. No, not now.
Q. **Okay. What was it about your left knee that prompted the Meloxicam?**
A. My knee was hurting so I went to the doctor and she sent me for an x-ray.
Q. **Okay. If you know, what did the results of the x-ray on the left knee say?**
A. Osteoarthritis.
Q. **Okay. Had you previously had any x-rays on your knees before the Carnival VALOR cruise?**
A. No.
Q. **Had you had any MRIs to speak of on any part of your body before the Carnival VALOR cruise that you remember?**
A. No.
Q. **Are there any other prescription medications you're talking currently?**
A. No.
Q. **And lastly, considering all the**



**medications we just talked about, are you experiencing -- have you experienced any unwanted side effects?**
A. No.
Q. **Do you wear contacts or eyeglasses, ma'am?**
A. No.
Q. **So the glasses you're wearing on your head, are those nonprescription?**
A. They are prescription for reading.
Q. **Okay. Do you use those glasses for anything other than reading?**
A. No.
Q. **Have you, to your knowledge, been diagnosed with any nearsightedness or farsightedness?**
A. Since the Carnival cruise I had cataract surgery.
Q. **Okay. Where did you have cataract surgery?**
A. Heart of America Eye Center in Belton, Missouri.
Q. **Heart of America, right?**
A. Yes.
Q. **What was the name of your surgeon?**

A. C-O-C-C-I, I think is how it's spelled.
**Q. Cocci?**
A. I think so.
**Q. Like Dr. Cocci?**
A. Yes.
**Q. Okay. When did you first start seeing Dr. Cocci, if you remember?**
A. Six weeks ago.
**Q. Okay.**
A. Excuse me, a couple years ago I saw her.
**Q. Okay.**
A. Because, to check for my eyes and then six weeks ago.
**Q. All right. So was your first visit to Dr. Cocci before the Carnival VALOR cruise?**
A. Yes.
**Q. Did Dr. Cocci test your visual acuity then, if you remember?**
A. Yes.
**Q. Do you remember what your visual acuity was before the Carnival VALOR cruise?**
A. I just had reading glasses like now.
**Q. Okay. Any other specific diagnosis**



**that you remember from your first visit to Dr. Cocci before the Carnival VALOR cruise?**
A. No.
**Q. Understood. And when about was your surgery post cruise?**
A. My surgery for my eyes, about six weeks ago.
**Q. Okay. And how has your vision been doing since?**
A. It's 20/20 in the right eye.
**Q. Was it the right eye that was problematic?**
A. Yes.
**Q. Can you describe before the surgery the -- to put it in your own words, plain English, what vision issues you were having in the right eye?**
A. Slowly over the last four months started getting blurry vision, so I went to America's Best, had my eyes checked in case I needed a different strength reading glass.
**Q. Okay.**
A. They said I had cataracts, so I made the appointment with Dr. Cocci and she said, yes, I had cataracts and scheduled me right away for



surgery and everything went wonderful.
**MR. SMITH: Problems --**
**THE WITNESS: Huh? Hello?**
**THE VIDEOGRAPHER: Mr. Smith, you're on mute.**
**BY MR. SMITH:**
**Q. I think I accidently hit the mute button. Let me repeat the question.**
**Was the right eye the only eye giving you trouble?**
A. Yes.
**Q. And you said the blurriness began about four months ago from today?**
A. No, from the appointment, so five to six months ago.
**Q. Did you have any blurry vision before the Carnival VALOR cruise?**
A. No.
**Q. Did you have any problems seeing, other than needing eyeglasses, prior to the Carnival VALOR cruise?**
A. No.
**Q. The America's Best place where you told us you went, where is that located?**
A. In Lee's Summit, Missouri.



**Q. Okay. Have you had any other treatment regarding your eyesight?**
A. No.
**Q. We talked a little bit recently about your left knee. How is your right knee doing?**
A. Fine.
**Q. Have you had any previous complaints about your right knee prior to the Carnival VALOR cruise?**
A. No.
**Q. Post cruise, and we'll talk about your wrist surgery for sure later, but post Carnival VALOR cruise, and we just talked about the eye surgery, the cataract surgery, are there any other surgeries you've had since the Carnival VALOR cruise?**
A. Since the cruise, my wrist, that's it.
**Q. Just the wrist, got you. Have you been hospitalized for other reasons after the cruise?**
A. No, no.
**Q. And with respect to your job, ma'am, did you miss any work after the Carnival VALOR cruise?**
A. I missed a couple of days and a couple

hours a few days.
Q. **Okay. Do you know how many total hours you missed?**
A. Total hours, probably 40.
Q. **Okay. Did you work between the date of your injury and your surgery date?**
A. Yes.
Q. **How did you manage that?**
A. I just did his feeding with the left hand. The mom did the physical work.
Q. **Okay. Did you have to wear a brace of some kind?**
A. Yes, the ortho put a brace on it, like a splint.
Q. **Okay. Was that --**
A. Wrapped it.
Q. **Was that something like a cast or was that more like a soft brace?**
A. It was a soft cast.
Q. **Okay. And did you wear the soft cast even after surgery?**
A. Yes, they put another one on after surgery.
Q. **Okay. How long did you wear the soft cast after the surgery?**



A. I honestly don't remember.
Q. **Okay, fair enough. Are you still wearing any type of soft cast or brace around your affected wrist today?**
A. Just on my -- by my, not prescribed.
Q. **Right.**
A. I do put like an Ace wrap on when I'm walking him to give my wrist a little more stability.
Q. **Okay. Like an Ace bandage?**
A. Yes.
Q. **Okay. Is there any other home remedy you use on your affected right wrist currently?**
A. No, just Ibuprofen.
Q. **Your treating orthopedist for your wrist surgery, who was that, please?**
A. Who was that?
Q. **Yes, ma'am.**
A. Kenneth Unruh.
Q. **Okay. And Dr. Unruh, when is the last time that you saw him?**
A. I don't remember the date.
Q. **Have you seen --**
A. I went --
Q. **And when I ask you have you seen**



**Dr. Unruh, I'm talking about whether it was in person or like a telemedicine. Have you seen Dr. Unruh at all in the last six months?**
A. I don't remember the date. The last time I saw him was in person per my lawyer's request.
Q. **Okay. Not having anything to do with your legal counsel, ma'am, when is the last time you think you saw Dr. Unruh for a treatment visit?**
A. It was only a couple weeks before that.
Q. **Okay. Do you remember what year that was?**
A. Huh?
Q. **Do you remember what year it was the last time you saw Dr. Unruh?**
A. Oh, I believe it was this year.
Q. **2021?**
A. Yeah, I think so. I honestly don't remember.
Q. **That's fine. Did you attend any physical therapy after your right wrist surgery?**
A. No. They just gave me printouts of therapy that I needed to do. I did have one therapy where they took the cast off.



Q. **Okay. Where was the one therapy where they took the cast off, where did that take place?**
A. It was at the orthopedic building too, same building.
Q. **Okay. Was it like a visit with a physical therapist though?**
A. Yes, the physical therapist is the one that cut it off and printed out the papers for me.
Q. **Okay. Do you remember the physical therapist's name?**
A. No.
Q. **Do you remember the name of the clinic?**
A. It was the sports orthopedic where Dr. Unruh's office is.
Q. **Okay. In the same building where Dr. Unruh is located, right?**
A. Yes.
Q. **Okay.**
A. It's all -- the whole building is the orthopedic specialist sports medicine or something.
Q. **Was it the physical therapist or Dr. Unruh that gave you the home exercises to perform?**
A. The therapist.

Q. Okay. And how often did you do the exercises after the surgery?
A. Anywhere from four to eight times a day.
Q. Okay. How long did the exercises last each time you did them?
A. Maybe 15 minutes.
Q. Okay. How long were you doing home exercises for all together, do you think?
A. Probably about a month.
Q. After a month of doing home exercises did you continue to do anything to try to rehabilitate your right wrist?
A. I kept trying to turn it like Dr. Unruh told me to keep doing that turning exercise.
Q. Okay.
A. I still do them.
Q. Okay. Was there anything else after the one month of home exercises that you did, you continue to do?
A. Just trying to do the twisting of my wrist.
Q. Okay. There's nothing else besides the twisting of the wrist that you're doing



currently; is that right?
A. No, nothing else.
Q. Okay. We talked about the Ace bandage you wear. Are you wearing that how often?
A. Probably about once a week when I take him for a walk.
Q. When you're not taking your patient for a walk at the present time do you wear any sort of bandage around your right wrist?
A. No.
Q. Do you have a scar on your right wrist after the surgery?
A. Yes.
Q. Is it still visible?
A. Yes.
Q. About how long is your scar?
A. Probably about 4 inches.
Q. Okay. Has the scar faded somewhat from the time immediately post surgery?
A. Yes.
Q. Okay. Are you aware of any complications in the healing of your incision from surgery?
A. No.
Q. Do you apply any medication cream or



anything to your scar site?
A. No.
Q. Is your scar sensitive to touch?
A. Yes.
Q. Can you explain in your own words how so?
A. Just, I don't know, just tense, just sensitive. I don't know how to say it. Just you can tell it's different than the rest of the wrist.
Q. Okay.
A. Like it, it doesn't hurt, it's just as long as you're just rubbing across it, it doesn't hurt.
Q. Okay.
A. But you can still feel the bar underneath.
Q. Okay. So just the touch sense feels different because of the hardware?
A. Let me try and figure out a word. No, because the hardware is underneath, but like if you just touch the scar it kind of sends like a little sensation underneath.
Q. Is it a localized sensation or something --
A. Yes.



Q. -- that travels?
A. No.
Q. So you don't have any sort of sensation of pain or other symptoms shooting up your arm?
A. If you touch the scar, no.
Q. Okay. What is your typical pain like on an average day in your right wrist currently?
A. On a typical day, I guess the most on a typical day is probably 5, but then it subsides when I stop whatever I was doing.
Q. Okay. Is 5 the maximum on a typical day?
A. Yeah.
Q. And that's 5 out of like a 10 scale, right?
A. Right.
Q. Is your pain ever so bad that you have to stop doing any particular activities?
A. Yes, when I walk him.
Q. Okay.
A. I try and compensate, like I'll put his under arm like by my elbow instead of putting it on my wrist.
Q. Okay. Are there any other particular

activities in your daily life at present that you feel like have been limited by your wrist injury?
A. Yeah, I have trouble like giving him a bath because you gotta turn your hands certain ways, you know, to like wash under his arm or something and I compensate by using my left a lot.
Q. Okay. While giving your patient a bath is that pain that's limiting you or is it loss of motion?
A. Both.
Q. Are there any activities you used to do before the cruise that you can no longer do at all because of your right wrist injury?
A. No.
Q. Before the Carnival VALOR cruise did you have any difficulty with chores around your house?
A. No.
Q. Is there anything you're limited in doing chores after the cruise?
A. No, just have to pace myself.
Q. Okay.
A. And alternate between left and right.
Q. We've talked a little bit in the past about some activities you did with Dawn before your



cruise, visits to Branson, zip lining, going out to eat. Are there any hobbies you are no longer able to do at all in light of your right wrist injury?
A. Well, I don't think I could ever do the zip lining again. But otherwise, no, I don't think so.
Q. Okay. Have you been out to dinner with Dawn after the cruise?
A. Oh, yes.
Q. Okay. More than five times?
A. Oh, yes.
Q. Have you been on any vacation after the Carnival VALOR cruise?
A. No.
Q. Does your home have a yard or a lawn?
A. Yes.
Q. Do you perform the landscaping?
A. No, I have a guy that cuts my grass.
Q. Was that guy cutting your grass before the cruise as well?
A. Yes.
Q. Did you have any limitations in your ability to perform like personal hygiene tasks before the Carnival VALOR cruise?
A. No.



Q. Are you struggling to perform anything now after the cruise as far as your personal hygiene?
A. Just hooking my bra.
Q. Okay. Are you able to brush your teeth?
A. Oh, yeah.
Q. And you can brush your hair?
A. Yep.
Q. You can get in and out of the bathroom okay now?
A. Yep.
Q. You can bathe or shower without difficulty currently?
A. Yes.
Q. Do you drive a car?
A. Yes.
Q. Did you have any problems operating a car before the Carnival VALOR cruise?
A. No.
Q. And presently are you having any difficulty driving a car?
A. No.
Q. Do you play any sports growing up?
A. No.



Q. Before the Carnival VALOR cruise did you exercise?
A. No.
Q. Have you since the cruise started to exercise at all?
A. No.
Q. Have you picked up doing any type of sport after the Carnival VALOR cruise?
A. No.
Q. Did you have any psychological concerns prior to the Carnival VALOR cruise?
A. No.
Q. Ever experience any difficulty focusing or concentrating prior to your cruise on Carnival VALOR?
A. No.
Q. Since your right wrist injury after the cruise have you had any particular symptoms related to your mental health?
A. No.
Q. Have you found it difficult to focus or concentrate after the Carnival VALOR cruise?
A. No.
Q. Why don't we take a brief, maybe like a 10 to 15 minute break here, I think we're at a

**good place, and then we'll get into discussing what actually happened on the cruise. Okay?**
A. Okay.
**THE VIDEOGRAPHER: We're going off the record at 12:10 p.m.**
**(Thereupon, a short recess was taken.)**
**THE VIDEOGRAPHER: We're going back on the record at 12:25 p.m.**
**BY MR. SMITH:**
**Q. All right, ma'am. I have a cleanup question or two about the right wrist injury you're alleging in this case. Just to confirm, you still have the hardware in your wrist, correct?**
A. Correct.
**Q. Okay. Other than when you touch it to feel the hardware -- other than when you touch it and you can feel the difference there due to the hardware are you having any other symptoms related to that right wrist?**
A. I don't understand the question.
**Q. You're talking about --**
A. In the wrist, you want to know if --
**Q. Do you have numbness in the right wrist?**
A. Towards the right side outer bone.



**Q. Okay. Is there any numbness in your hand itself?**
A. Yes, I get tingling and numbness in my hand.
**Q. Okay. And how often do you have that?**
A. Daily. Sometimes several times daily. Like when I'm writing, which I'm right-handed, it happens.
**Q. Okay. Are you still able to write?**
A. Yes.
**Q. Do you write, do you have to write with a pen as part of your job?**
A. Yes.
**Q. Okay. Is there anything, any other particular symptoms, we've talked about the pain on average. We talked about this numbness, the way the scar feels. Is there anything else in particular about your right wrist injury that's giving you trouble?**
A. No, not that I can recall.
**Q. Okay. Is there any plan at the present to remove the hardware?**
A. No.
**Q. Sitting here today, do you have any doctors' appointments, follow-up doctors'**



**appointments scheduled in regard to your right wrist?**
A. No.
**Q. Did you ever receive any injections in your right wrist?**
A. Yes.
**Q. Okay. How many?**
A. One.
**Q. Okay.**
A. That's --
**Q. What was the purpose of the injection?**
A. Because of the pain, it was a steroid injection.
**Q. Did the steroid injection succeed in relieving your pain?**
A. Until it wore off, yes.
**Q. Okay. Do you have any current plans to have any further steroid injections?**
A. No.
**Q. Are there any current plans you have to do any further physical therapy or occupational therapy?**
A. No.
**Q. And is there any medicine you've been prescribed that you've not yet filled from your**



**doctor related to the right wrist injury?**
A. No.
**Q. All right. I'd like to turn and actually talk about the cruise itself. And leading up to that, I would just ask you, had you ever been on a cruise before you went on the Carnival VALOR cruise that began on or about February 29, 2020?**
A. Never.
**Q. Okay. So the cruise on Carnival VALOR at the beginning of 2020 was your very first cruise; is that right?**
A. Correct.
**Q. Was there any particular reason why you selected this particular cruise?**
A. No.
**Q. Is there any reason in particular you selected Carnival for the cruise?**
A. No.
**Q. Was the trip booked as a means to celebrate some sort of event like a birthday, anniversary, anything like that?**
A. No.
**Q. Did you -- well, let me, before we get to that, how was it that you booked your cruise on Carnival VALOR?**

A. What do you mean?
Q. **Did you use the Internet or travel agent?**
A. No, Internet.
Q. **Did you book directly through Carnival's website?**
A. Yes, I believe so.
Q. **All right. Prior to -- let me ask you this. When you booked your cruise how did you pay for it?**
A. My debit card.
Q. **Okay. And where do you do your banking locally?**
A. Commerce Bank.
Q. **How long have you been with Commerce Bank?**
A. Several years.
Q. **Okay. Several years before the Carnival VALOR cruise?**
A. Yes.
Q. **Do you have funds with any other banks?**
A. Yes.
Q. **What other banks do you use?**
A. Academy.



Q. **Okay. Does Academy have more of a name to it than that?**
A. Not that I know of.
Q. **Okay. It's just called Academy?**
A. Yes, sir.
Q. **Is Academy a bank that has a physical location near where you live?**
A. Walmart.
Q. **Are they there at Walmart?**
A. Yes.
Q. **Does Academy issue a debit card as well?**
A. Yes.
Q. **Do you have any other bank accounts with institutions other than Commerce Bank and Academy Bank?**
A. Do I have any other account?
Q. **Yes.**
A. Yes, my home loan, do you mean that?
Q. **Your mortgage?**
A. Yes.
Q. **No, other than the mortgage, like personal banking?**
A. Oh, no.
Q. **Do you -- did you own, well, were you**



**in possession of any credit cards at the time of your Carnival VALOR cruise back in 2020?**
A. Did I have them on my possession on the cruise? No.
Q. **Just generally speaking, did you have credit cards then?**
A. I had one Commerce credit card.
Q. **Okay. So your credit card was still with Commerce Bank?**
A. Yes.
Q. **What type of card was it?**
A. It's a Visa credit card.
Q. **Okay. And the Visa card, did you have it in your physical possession on board the cruise ship?**
A. No.
Q. **How did you make purchases on board the VALOR?**
A. My debit card.
Q. **Was that debit card issued through the Commerce Bank?**
A. Yes.
Q. **When you went on the cruise did you have in your possession the debit card from Academy Bank?**



A. No.
Q. **Any other credit cards besides the Visa from Commerce Bank at the time of the Carnival VALOR cruise?**
A. No.
Q. **On the Visa from Commerce Bank, do you know what your credit limit is or was at the time?**
A. 1,000.
Q. **Okay. Do you know how many charges were on the Visa credit card through Commerce Bank at the time of the VALOR cruise?**
A. No. Probably full, I don't know how many it was, but.
Q. **It's okay if you don't know, I understand. Did you have any other means of making payment on board the Carnival VALOR during your cruise?**
A. No.
Q. **Did Carnival issue a Sail & Sign card?**
A. No.
Q. **Okay. You don't know what the Sail & Sign card is?**
A. No.
Q. **Did Carnival issue any sort of card with your name on it through which you could make**

**purchases on board Carnival VALOR?**
A. No, just my drink card, that's the only thing they gave me.
**Q. Okay. When you say the drink card, what is the drink card?**
A. You have to provide that to get a drink.
**Q. Okay. Is it something that looks like a credit card?**
A. Yeah.
**Q. Okay.**
A. But it wasn't a sign and -- it wasn't that kind of a card because I had to use my debit card to buy what I wanted on the cruise. Like a souvenir type thing, I had to use my debit card.
**Q. Okay. So what you're saying is when you go to those like shops that serve, that sell like gift shop items, you would have to purchase with your debit card is what you're saying?**
A. Correct.
**Q. Did you try to buy any gifts in the shops with your -- that drink card?**
A. No.
**Q. Did the card you used to purchase drinks on board the ship, did that also open the**



**door to your cruise cabin on board the ship?**
A. I honestly don't remember.
**Q. Do you know how it was you did get the door unlocked at your cruise cabin while you were on board the Carnival VALOR?**
A. No, I don't remember.
**Q. Okay. Do you remember if it was like a key card that granted you access to and from the cabin?**
A. I honestly don't remember.
**Q. Okay. Who was it that -- who was it, if anyone, that went on the cruise with you, the VALOR cruise?**
A. Angela Vaughan.
**Q. Was there anyone else?**
A. No.
**Q. Do you know how Ms. Vaughan booked her cruise?**
A. I booked it.
**Q. You booked the cruise for the two of you?**
A. Yes.
**Q. Did you pay for Ms. Vaughan's cruise?**
A. I didn't pay for it, but I paid for it off of my card. She gave me the money.



**Q. Got you. What type of cabin did you book?**
A. A cabin with a balcony. It had two beds and a balcony.
**Q. Were there any other amenities in your room besides the two beds and the balcony?**
A. Anything special, I don't know what the other cabins looked like, so there was a little refrigerator.
**Q. And your room had a bathroom as well, correct?**
A. What?
**Q. Your room had a bathroom as well; is that right?**
A. Oh, yes.
**Q. Now, did you and Ms. Vaughan travel -- well, where did the cruise ship leave from?**
A. New Orleans.
**Q. Did you and Ms. Vaughan travel down from Missouri together to New Orleans?**
A. Yes.
**Q. How did you two get from Missouri down to New Orleans?**
A. Rented a vehicle and drove.
**Q. When did you arrive in New Orleans?**



A. The night before.
**Q. Okay.**
A. So it would have been the 28th.
**Q. So you arrived in New Orleans on the night of February 28th, right?**
A. Correct.
**Q. Where did you stay in New Orleans?**
A. I don't remember the motel.
**Q. Do you remember if it was in the downtown area?**
A. I don't know. It was by bridges, it wasn't a very good neighborhood.
**Q. Okay. Did you -- can you roughly estimate how far from the port where you boarded the ship the hotel was?**
A. It was a few miles. They had cruise transport, that's why we stayed there.
**Q. Okay. Makes sense.**
A. We could park our car there and they would transport us to the ship.
**Q. Okay. When you arrived in New Orleans the day before what did you do in New Orleans that night?**
A. Went down to Bourbon Street and stuff, walked around because she had never been there.

93

Q. Okay.
A. Had dinner and went back to the room.
Q. Do you remember where you ate dinner?
A. No, I don't.
Q. Okay. But you ate dinner in the French quarter; is that right?
A. Correct.
Q. Did you have any alcohol with your dinner?
A. Not that I recall.
Q. Okay. Did you go out anywhere after dinner in the French quarter?
A. Just a gift shop, you know, one of the touristy gift shops, bought some stuff for her family and stuff for my family.
Q. Okay. Did you visit any bars in the French quarter that night, the 28th?
A. No, no.
Q. What time approximately do you think you made it back to your hotel that night?
A. Probably by ten-ish.
Q. Okay. What was the brand name of the hotel?
A. I honestly don't remember.
Q. Okay. Was the hotel near the airport?

94

A. I don't know because I don't know where the airport is.
Q. When you were around the hotel entering and exiting, did you see airplanes flying nearby?
A. No.
Q. Okay. The one thing you remember were bridges?
A. Yeah, I just remember bridges, you know, like busy bridges, like highway bridges. And it was very --
Q. These are like elevated --
A. I know my friend Angie said the neighborhood is on Cops a lot.
Q. Okay. What's hops a lot?
A. It's on Cops, the show "Cops."
Q. Oh, Cops, okay.
A. Yeah, she said the neighborhood is on there a lot.
Q. Okay.
A. So we didn't venture out because it was not a very safe area.
Q. Got you.
A. So we just went to get something to eat and got back to our room.

95

Q. Okay. Do you remember what time you woke up the next morning?
A. No.
Q. The next morning after you got to New Orleans would be February 29th, 2020, correct?
A. Correct.
Q. And that was the day you boarded the Carnival VALOR, correct?
A. Correct.
Q. And I think you said you picked that hotel out because they had transportation down to the port?
A. Correct.
Q. Did you leave your rental vehicle at the hotel?
A. Correct.
Q. What time did you make it down to the port where the cruise ship was located?
A. 9:30-ish probably. I don't exactly remember.
Q. 9:30 a.m.?
A. Yes.
Q. Did you eat breakfast before going down to the port?
A. Yes.

96

Q. Where did you eat breakfast?
A. Hotel.
Q. Did the hotel have a restaurant?
A. They had a continental breakfast.
Q. When you got down to the port, from my recollection, New Orleans, there's sort of like a mall there as well nearby or no? Do you remember what the port looked like?
A. All I, we just -- the bus dropped us off right there at the cruise ship and we just stood in the long line waiting to get on.
Q. Okay. Other than standing in the long line, did you do any other activities in New Orleans before you boarded the ship?
A. No.
Q. Do you know approximately what time you boarded the Carnival VALOR on the 29th?
A. No, I don't remember.
Q. All right. So when you boarded the cruise ship and you're actually on board, what is the first thing you do?
A. Looked over the side at the other ships. And they had a welcome bar there, like a welcome party, and they gave everybody a drink or you could buy like a big souvenir one. We did not

buy the big souvenir one.
Q. Okay. Now, when you boarded the cruise ship did you eat lunch on board?
A. I don't recall what time we ate. We did eat a couple of times.
Q. Okay. So on that first day after you board you're talking about you found a welcome party?
A. Yes, and they offered a drink.
Q. Where was the welcome party going on?
A. Right inside the door almost.
Q. So this welcome party, was it happening in an interior section of the ship?
A. Yes.
Q. Did you do anything else on board Carnival VALOR on the 29th of February before you went to the welcoming party?
A. No.
Q. Okay. So the welcoming party is probably the first thing you did when you boarded the Carnival VALOR, correct?
A. Correct.
Q. And you had an alcoholic drink at the welcoming party, correct?
A. Correct.



Q. Did Ms. Vaughan have an alcoholic drink as well?
A. Yes.
Q. What type of drink was it?
A. A mixed drink, a fruity type thing.
Q. Do you know what type of liquor it was mixed with?
A. No.
Q. How long did you spend approximately at the welcome party?
A. Oh, just a minute, I mean, that's all it is, just they give you your drink, you can walk around, look over the edge.
Q. All right. So what do you remember happening next after you sort of visited the welcome area, got a drink, what did you do next?
A. Took our stuff to our room.
Q. I'm sorry, could you repeat that?
A. Took our stuff to our room.
Q. Okay. And so when you say you took your stuff, you took all your baggage?
A. Yes.
Q. And so you dropped your baggage off in your cruise cabin, correct?
A. Yes.



Q. Did you still have the drink they gave you at the welcome party?
A. No.
Q. So you both finished that drink by that point?
A. Yeah, it was just a small thing.
Q. When you visited the cabin to drop off your luggage, did you take a look around the cabin?
A. We went out on the deck.
Q. When you say you went out on the deck, are you talking about the cabin balcony?
A. Our balcony, yes. We went out on the balcony, took some pictures.
Q. Okay. What did you take the pictures with?
A. My phone.
Q. What type of cell phone do you have?
A. GALAXY S, I think I had the S-8 then.
Q. Who is your cell phone provider?
A. T-Mobile.
Q. And I'm not going to call you, but what is your cell phone number that you were using at the time?
A. Oh, at the time I believe it was 816-209-9772.



Q. During the time spent in the cabin dropping your luggage off, did you go and look inside the cabin bathroom?
A. Yeah, just for, just went in to go pee, I mean --
Q. Okay. So dropping off your baggage --
A. -- the bathroom didn't thrill me, so.
Q. So dropping off your baggage, you went inside the bathroom to use the toilet, correct?
A. Yes.
Q. And when you went inside the cabin bathroom to use the toilet, about what time was that?
A. I have no idea.
Q. When you went inside the cabin bathroom to use the toilet, was it still light outside?
A. Yes.
Q. And at the time you went to use the toilet in the cabin bathroom was the ship still sitting at its dock at the port?
A. Yes.
Q. When you went in to use the toilet in your cabin bathroom during this time period that you were dropping off your luggage, did you have

**any problems walking into the bathroom?**
A. No.
**Q. After you had finished using the restroom and you were exiting the cabin bathroom did you have any problems exiting the cabin bathroom?**
A. No.
**Q. To enter your cabin bathroom to use the toilet there at the time you're putting your luggage away, did you have to walk over a threshold between the cabin itself and the bathroom?**
A. Yes.
**Q. And were you successful in walking over that threshold into the bathroom at the time you went to use the toilet?**
A. Yes.
**Q. As you entered the bathroom itself, were you able to get a look at the shower that was in the cabin bathroom?**
A. Yeah.
**Q. Was there anything at that time that you go in to use the toilet during your first visit to your cabin, was there anything blocking your view of the shower area in the cabin bathroom?**
A. No.



**Q. Did you notice, ma'am, on this visit, first visit to your cabin bathroom to use the toilet, that the shower had a threshold?**
A. Yes.
**Q. At this time when you went to use the toilet on your first visit to the cabin did you notice that the shower threshold was a blue threshold?**
A. Yes.
**Q. And during your time spent using the toilet in your cabin bathroom did you have any issues walking in the vicinity of the shower threshold on that first occasion?**
A. No.
**Q. At this point in the day, ma'am, when you visit the cabin for the first time were you having any difficulty at all in your ability to walk?**
A. No.
**Q. Were you having any issues with your eyesight at this point in time when you make that first visit to your cabin on Carnival VALOR?**
A. No.
**Q. You had reading glasses at the time of this cruise; is that right?**



A. Correct.
**Q. Did you need your reading glasses to be able to see the shower threshold in the bathroom the first time you visited it?**
A. No.
**Q. Would you agree that the shower threshold in the bathroom is visible to you on that first occasion you had the chance to go inside the bathroom before you injured your wrist later that night?**
A. Yes, when I looked around.
**Q. So after you used the cabin bathroom did you do anything else in the cabin on that first visit?**
A. No, we just kind of unpacked our bags and then we went out, walked around the ship.
**Q. Okay. During that first visit to your cabin bathroom on Carnival VALOR, ma'am, did you think there was anything dangerous on either threshold in the vicinity of the cabin bathroom?**
A. Yes, there was no warning sign to watch your step. When you stepped into the bathroom there was a little lift down and then up, and I do mean little, and then there was the shower, everything was the same color.



**Q. Okay.**
A. So I saw the ledge, yes, but it blended in with the rest of the floor.
**Q. Okay. Anything else you thought was dangerous about the thresholds in the bathroom on that first visit?**
A. Into the bathroom, no. I just noticed there was no place that said watch your step.
**Q. Okay. But if I'm correct, on that first trip to the restroom you were able to see these thresholds, correct?**
A. Correct.
**Q. And you were able to safely navigate around these thresholds on that visit, correct?**
A. Correct.
**Q. And from this first trip to the bathroom, ma'am, you knew that those thresholds in the bathroom were present as of the first visit you had to that cabin bathroom on Carnival VALOR, correct?**
A. Correct.
**Q. The next activity -- well, you left the cabin and what did you do next?**
A. Went to go get something to eat at the cafe.

**Q. Do you remember where it was on the ship that you ate?**
A. No, just one of the buffets.
**Q. Okay. Was the buffet kind of a large self-service area where you can grab whatever you want?**
A. Yes.
**Q. Was that restaurant on the same deck as where the pools were located?**
A. No.
**Q. All right.**
A. I don't recall, I don't believe it was.
**Q. Did Angela also go with you to lunch?**
A. Yes.
**Q. Do you remember if Angela stopped to use the toilet in the cabin before you guys went and had food?**
A. I know she went into the bathroom, yes.
**Q. Okay. Did she report having any problems walking in and out of the bathroom on that first visit to the cabin?**
A. No.
**Q. Did you have anything to drink with**



**your food in the buffet area?**
A. Alcoholic, no.
**Q. Did you purchase the drink package on board the ship?**
A. Yes.
**Q. When did you do that?**
A. When we scheduled the cruise.
**Q. Okay. So that was a pre purchase?**
A. Yes.
**Q. Did Angela also buy the drinks package?**
A. Yes.
**Q. I'm not sure, maybe you can correct me if I'm wrong, but was this package an unlimited drinks package?**
A. Yes. They say unlimited, but there's a limit of 15, which is way more than I could drink anyway.
**Q. So it's nearly unlimited, but not quite?**
A. Right.
**Q. Does the package restrict what type of alcohol you can purchase?**
A. No, not that I know of.
**Q. Okay. Following your, what you had at**



**the buffet, do you remember what you did next?**
A. I don't recall. We walked around a lot trying to see, you know, neither one of us had ever been on a cruise.
**Q. Do you remember any specific locations on the ship you visited when you walked around?**
A. No, I mean, we walked around, we went up to see the pools, we went by where the gift shop was, we went down where they put on little shows, walked down by the guest service desk, that's by where they put on the shows. I mean, we just walked all over the ship.
**Q. Okay. When you're walking around the ship do you remember having any conversations with anyone from Carnival?**
A. I mean, conversations or hi, how are you, you know, that kind of stuff, yeah, I mean, the Carnival cruise people were very nice.
**Q. Was there anything beyond just a simple hello, how are you doing, that you had, any kind of conversations like that that you had?**
A. No, not that I recall. Not even, where are you from. We did ask some of the bartenders and stuff where they're from because they're all from all over the world. Very



interesting.
**Q. Right. Which bars did you visit?**
A. Honestly, we usually did the casino bar, because Angela is a smoker.
**Q. Okay. Does the casino bar have a name?**
A. I have no idea.
**Q. Did you visit the casino on the afternoon of February 29, 2020?**
A. Yes.
**Q. Did you purchase any drinks from the casino bar that afternoon of the 29th?**
A. Yes.
**Q. How many alcoholic beverages do you think you had at the casino bar the afternoon of February 29, 2020?**
A. I have no idea.
**Q. Do you specifically recall visiting any other bars where you purchased alcohol on the afternoon, evening time of the first day of the Carnival VALOR cruise?**
A. I don't remember going to any other one. I have to move, my phone is dying.
**Q. That's okay. If you need a break, just let me know.**

A. Okay, I'm fine.

**Q. Okay. You remember visiting the guest services, is that right, on the afternoon of February 29th?**

A. We didn't visit there, we just walked by there.

**Q. Okay, fair enough. Did you make any -- did you purchase any shore excursions on board on the first afternoon?**

A. We didn't purchase it there. We purchased it before.

**Q. Okay. Did you make any purchases at the gift shop on the afternoon of February 29th?**

A. I don't recall if the first one was then or the next day. I honestly -- I think I did actually that evening.

**Q. Do you remember about what time the ship actually pulled away from the dock and the voyage started?**

A. No, I have no idea.

**Q. Okay.**

A. We were on vocation. I don't even have a watch, so.

**Q. Okay. Do you remember what type of alcohol you had at the casino bar on the afternoon**



**of February 29th?**

A. No. It was the fruity drink.

**Q. We talked about having some food from the buffet. Did you eat anything else that day?**

A. Yeah, there's a restaurant up by the pool we got a sandwich at. And then we had dinner that night.

**Q. Okay. So you had -- where did you attend dinner?**

A. I think we even had pizza in our room that night.

**Q. Okay. Do you remember where you had dinner?**

A. No.

**Q. Was it in sort of a formal dining room --**

A. No.

**Q. -- with waiters?**

A. The formal dining room was like the third night or something.

**Q. Okay. Do you remember having dinner where you were served by a waiter though?**

A. A couple of times. I just don't remember which time it was.

**Q. Got you. On the first night of the**



**cruise when you had dinner, do you remember if you had any alcoholic drinks with dinner?**

A. I honestly don't remember. I know we didn't drink a lot at the meals, so.

**Q. Okay. Do you remember any other bars that you visited to get drinks before you injured your right wrist?**

A. No.

**Q. We talked about the mixed drink you had when you came on board. When you did order drinks at the casino bar was it the same drink you kept drinking?**

A. Yes.

**Q. Okay. Do you remember how many total drinks you had before you injured your wrist later that night?**

A. No.

**Q. Was it more than five?**

A. I don't know.

**Q. Okay.**

A. You know, when it's unlimited, you know, you drink some of it and then Angie would want to go have a cigarette so we'd leave and go have a cigarette and then come back and we'd have to get a new drink because our other one was gone,



you know, they picked it up.

**Q. You're talking about the bar, at the bar you would be sitting?**

A. Yeah, sitting there at the bar and you're drinking your drink and you just leave it there and walk away and go play a couple of games at the casino, you know, slot machines or something. And you come back, you have to order a new drink because they already threw the other one away.

**Q. Did you leave the bar to go smoke or as well you said?**

A. Angie smoked. Angie smokes, I don't. We were right by the casino, so sometimes we'd go play a couple slot machines and then go back to the bar. And then she was a smoker so she would smoke.

**Q. Are you allowed to smoke at the bar in the casino itself?**

A. At the bar, on part of it.

**Q. Okay.**

A. It was weird. It was like a third of the bar you could stand and smoke. The other two-thirds you couldn't.

**Q. Okay.**

A. So the smoking section was very

crowded.

**Q. So there was no reason to -- if Angie needed to smoke she didn't necessarily need to leave her drink at the bar to do so, correct?**

A. Unless it was too crowded. Like I said, it was very crowded.

**Q. Okay.**

A. People were standing there, like we would have to stand on the no smoking section and she had to go over to the smoking section to smoke, if you know what I mean.

**Q. Uh-huh. So in addition to the buffet lunch, you had maybe a sandwich and pizza and then dinner, is there any other food you ate that night on the first day of the cruise?**

A. I know we had snacks in our bag. I don't know if we ate any that night or not.

**Q. Did you bring any alcohol on board for your room?**

A. No, I was told you couldn't.

**Q. What did you do after dinner on February 29th?**

A. Had a couple more drinks and went to our room.

**Q. How many more alcoholic drinks did you have after dinner?**



A. I don't recall.

**Q. Were you using the card that Carnival gave you to purchase the alcoholic drinks?**

A. Yes, that's the only way I knew how.

**Q. Okay.**

A. I mean, they were free unlimited, so.

**Q. Did you do any specific activities like see a show after dinner?**

A. No.

**Q. When did you make it back to your room approximately for bed?**

A. Before midnight.

**Q. Okay. When you made it back to your room for bed did Angela stay out longer, how did that work?**

A. No, we were always together.

**Q. Did you do anything like watch T.V. or reading before bed?**

A. No, we were just on our phones and stuff.

**Q. Did you eat or drink anything before you went to bed that first night?**

A. We had some water in the room and I don't think we ate anything in our room.



**Q. Did you use the bathroom in your cabin before you went to sleep the night of February 29, 2020?**

A. Yes.

**Q. When you went to use the bathroom before you went to sleep on February 29th, did you walk inside the bathroom itself?**

A. Yes.

**Q. Did you brush your teeth?**

A. Yes. Went to the bathroom, washed my face.

**Q. When you washed your face and got ready for bed in the bathroom did you have any issues walking into the bathroom?**

A. No.

**Q. Did you trip or stumble walking to the bathroom at that time before bed?**

A. No.

**Q. Did you successfully make it up and over the threshold into the bathroom itself before bed?**

A. Yes.

**Q. Did you see the threshold of the shower, the blue threshold of the shower before you went to bed?**



A. I don't even remember.

**Q. Did you trip over the shower threshold as you were in the bathroom getting ready for bed on the night of February 29th?**

A. No.

**Q. Did you have any problems walking in the vicinity of the shower threshold when you exited the bathroom just prior to bed on February 29th?**

A. No.

**Q. To your recollection was there anything on the floor blocking your view of the shower threshold in the bathroom when you visited it just prior to bed on February 29th?**

A. No.

**Q. At this particular point in time when you're getting ready for bed were you having any problems with stability, standing up on your own two feet?**

A. No.

**Q. Were you having any issues with weakness in your legs at the time you were using the restroom --**

A. No.

**Q. -- before bed?**

A. No.
**Q. Any issues with your vision at this point in the night prior to going to bed?**
A. No.
**Q. All right. So after using the restroom you went to bed; is that right?**
A. Correct.
**Q. Did you go to bed -- before you went to bed did you turn out the lights in the cabin?**
A. Yes.
**Q. Were the lights in the cabin bathroom off when you went to bed?**
A. Yes.
**Q. Do you remember there being any little light on at all in your cabin at the time you go to bed on the night of February 29th, 2020?**
A. I don't recall.
**Q. Okay. All right. So you go to bed. What happened next?**
A. Woke up in the middle of the night, had to go to the bathroom. Got up, went in there and I tripped over the shower lip. The bathrooms are very tiny, I'm used to a big bathroom at home, so I tripped over the lip and then --
**Q. Sorry.**



A. -- before I even got to the toilet. Angela heard me, she said, are you okay?
And I said, yeah, yeah, yeah. Because I thought I would be, you know. And when I got up and went to the bathroom I had trouble pulling my pants down. Pulled them up with my left hand only and then I had Angela look at my wrist. I was hoping it was only bruised, sprained, something.
And she said, no, I think it's broke. Started swelling right away.
In the morning it was black and blue. I went down to guest relations, told them what happened. I said, yeah, I fell, I think I sprained my wrist or something, I can't very well do the excursion, can we get our money back, even though it said no refunds. But she gave me a refund. And that was it for that day.
**Q. Who's the one that gave you the refund?**
A. I don't know, a woman at the guest desk.
**Q. Guest services?**
A. Yes.
**Q. Okay. Was that the next day at guest services that you got the refund?**



A. In the morning, yes.
**Q. Okay. The morning of March 1st?**
A. Yes.
**Q. Did your fall that night when you got up to use the restroom, is that what woke up Angela?**
A. I honestly don't know if Angela was woken up by that or if she was awake. I didn't ask.
**Q. Okay. When you woke up and you had to go to the restroom did you turn on any lights before you got up?**
A. No.
**Q. When you kind of make your way to the bathroom after you had woken up, did you turn on any lights then?**
A. No. In the bathroom I did.
**Q. Okay. And where is the light switch to turn on the light in the bathroom?**
A. I don't remember.
**Q. Okay. Do you remember turning on the light before you stepped into the bathroom that early morning?**
A. I don't remember.
**Q. Okay. Do you remember it being light**



**in the bathroom before you started falling?**
A. I remember the light on, yes.
**Q. Do you recall which foot it was that caught the blue threshold of the shower?**
A. I don't recall. I mean, I'm just guessing it was the right one. I don't recall.
**Q. Okay.**
A. Just all of a sudden there I was going down.
**Q. When you get up to use the bathroom and it's dark in the room, you walk towards the bathroom itself, right?**
A. Okay, I'm confused.
**Q. I'm just trying to kind of lead us up to my next question. You get up in the middle of the night and it's dark still, correct?**
A. Correct, yes.
**Q. And then you get up to where the bathroom door is, right?**
A. Correct.
**Q. Was the bathroom door closed or ajar?**
A. Ajar.
**Q. Okay.**
A. I believe, because we always left it ajar.

**Q. Okay, got you. That's what I was curious about. And do you remember how the bathroom door opened, did it open out towards you or did it push in?**
A. Opened towards you.
**Q. Okay.**
A. Then there's a big thing you gotta step over to get into the bathroom so you couldn't push it forward.
**Q. Right. Did you have to pull the door open more to get inside when you woke up needing to go to the bathroom?**
A. Yes.
**Q. Okay.**
A. Yeah, we usually just left it ajar a couple of inches.
**Q. Right. When you went -- first of all, you had to kind of step over that first threshold that is between the room itself and the bathroom, right?**
A. Right.
**Q. So just prior to falling did you successfully step over the first threshold?**
A. I honestly don't know which threshold I fell over.



**Q. Okay. Before you went to step over the first threshold between the cabin itself and the bathroom, had you turned the light on in the bathroom by that point?**
A. Yeah.
**Q. Okay.**
A. The light switch had to be over here on the left-hand side, yes.
**Q. Okay. And at that, you know, just before falling and you're having to step over the first threshold into the bathroom, was there anything on the ground blocking your view of the first threshold between the cabin itself and the bathroom?**
A. No.
**Q. All right. And then the shower threshold, the blue threshold, just prior to falling did you see anything blocking your vision of that blue threshold?**
A. No.
**Q. Immediately prior to falling, ma'am, where were you looking?**
A. Huh?
**Q. Immediately prior to falling where were you looking?**



A. I honestly don't know, but probably towards the toilet.
**Q. Okay. Were you looking where you were putting your feet as you stepped over the first threshold into the bathroom itself?**
A. I don't recall.
I'm sorry, my patient wants to be on the phone too. That's why I gotta keep turning away.
**Q. If you looked where you were putting your feet when walking into the bathroom just prior to your fall, ma'am, do you agree that you would have been able to see the thresholds that were present?**
A. I mean, I believe, I don't recall, but I believe I did. I mean, I usually...
**Q. So you believe you did see the thresholds just prior to the time you fell on the early morning of March 1st, 2020?**
A. The shower or the threshold going in?
**Q. Let's take it one at a time. Did you see the threshold going in prior to falling?**
A. Yes.
**Q. Did you see the shower threshold prior to falling in the early morning --**



A. That, I honestly don't recall.
**Q. So the second shower threshold you don't recall whether you saw it prior to falling?**
A. Correct.
**Q. But you do recall that there was nothing to block your view of the shower threshold at the time of your incident; is that correct?**
A. Well, when I got up there was nothing there, so.
**Q. Okay. Was there any water or liquid substance on the floor in the bathroom where you fell?**
A. No.
**Q. How soon -- how long after your fall, ma'am, did Ms. Vaughan come into the bathroom?**
A. Well, she didn't come into the bathroom, but when she asked if I was okay, probably just a minute.
**Q. Okay. How did she get a look at your wrist?**
A. When I came out of the bathroom and showed her.
**Q. Okay. So you were able to get up under your own power and walk out of the bathroom after your fall?**

A. Yes.
**Q. And it was there in the early morning that she thought it looked broken?**
A. No, when we woke up.
**Q. Okay. When you woke up, okay.**
**Did she have any opinion about the nature of your injury that night after it happened?**
A. No. She just said she hoped I was right, that it was just sprained, you know, or hurt, bruised.
**Q. Got you.**
A. And then when we looked at it in the morning she said, oh, no, that's broken.
**Q. Okay. That night or early morning right after you fell did anyone call for medical assistance?**
A. No.
**Q. And that night right after you fell did you go down to the medical center on board the ship?**
A. No.
**Q. That morning, early morning night right after you fell, did you take any photos of the area with your cell phone?**
A. That night, no.



**Q. Do you know if Ms. Vaughan took any photos with her cell phone or camera that very night after you fell?**
A. No.
**Q. When you woke up -- well, after this fall occurred --**
A. Could you please repeat that.
**Q. Sure. After the fall that first night did you go return to bed?**
A. Yes.
**Q. Do you remember about what time you woke up the next day?**
A. No, I don't recall.
**Q. Okay. When you did wake up do you remember if you called the medical center?**
A. No, I did not call the medical center. We went down to guest relations.
**Q. Okay. And when you went down to guest relations that's when they refunded your shore excursion?**
A. Yes.
**Q. Do you recall any other conversation with guest relations at that time?**
A. I told her, I said, yeah, I think I sprained or broke my wrist and I showed her my



wrist. And she said, yeah, you can't very well do zip lining with that and she refunded my money and that was it. And then we went on shore.
**Q. Okay. Is there anything else you remember from the conversation you had that morning, March 1st, with the guest services representative?**
A. No, not that morning.
**Q. Do you remember that guest services representative's name who refunded the shore excursion?**
A. No.
**Q. And that morning you say you left the ship?**
A. Yes.
**Q. Do you remember where the ship had pulled into?**
A. Cozumel.
**Q. Okay. Did you do anything else between your visit to guest services and getting off the ship?**
A. No.
**Q. Did you eat breakfast before getting off the ship?**
A. I honestly don't recall.



**Q. Okay. Did you have anything to drink before you got off the ship at Cozumel?**
A. Alcohol, no.
**Q. Okay. When you got on shore to Cozumel what did you do?**
A. Well, because the excursion was cancelled we ended up buying an excursion just to get to a beach, walked around the souvenir stuff.
**Q. Did you say you visited a beach?**
A. Yes, we took a bus to a beach.
**Q. Okay. What did you do at the beach?**
A. Walked on the shore because I couldn't do anything else.
**Q. Okay. Were they serving alcohol at the beach?**
A. No. Not that I know of anyways. We didn't have any.
**Q. Did you have anything to drink back at the port?**
A. Huh?
**Q. I'm sorry. Did you have anything to drink back at the port where the shops were?**
A. No.
**Q. Did you eat anything --**
A. There was a painter that was painting

with his fingernail. That was cool. That was on the beach.

Q. **Did you eat anything while you were on shore at Cozumel?**

A. Yes.

Q. **Where did you eat?**

A. Some restaurant there by, right by the ship, you know, right by where you walk down to the ship.

Q. **Did you have anything to drink with your food?**

A. I think we did have one drink there.

Q. **Okay. Do you remember what it was you drank?**

A. A Margarita.

Q. **All right. You got back on the ship after that?**

A. Yes, after our, I think we had eight hours on shore.

Q. **Okay. When you got back on the ship did anything eventful occur that evening?**

A. After we got back on shore what?

Q. **Did anything of note occur on board when you got back on that evening?**

A. I went and asked about the med bay



then. And I went down, Angela stayed up there, I went down. She stayed up watching a show right there by the guest relations. I went down, talked to them, they told me it was going to be $500 on my credit card and I said I didn't have that, so I had to leave. I was just outraged. You know, I told them I have my insurance and they said they don't take private insurance.

Q. **Okay. What day was this?**

A. That was the 1st, that was that evening when we got back from the shore.

Q. **March 1st, 2020?**

A. Yes.

Q. **Do you remember who you spoke to in the medical center?**

A. No.

Q. **Don't have a name of who you spoke to?**

A. No, I don't remember anybody's name. So many of them were so different.

Q. **Did you take any notes about what transpired after you had a talk with the medical center on March 1st?**

A. No.

Q. **Do you have any other recording of the conversation you had with the medical center on**



**March 1st the first time?**

A. No. I didn't know that I had to record it, otherwise I would have.

Q. **Did you have any conversation with guest services that day you got back on the cruise from Cozumel?**

A. Yes, they told me where med bay was so I could go down there.

Q. **Do you remember the name of the person you spoke to at guest services?**

A. No. It was a lady.

Q. **When you went down to the med bay where did you have your interaction with the person in medical?**

A. Right inside the door at the desk.

Q. **Okay. How many people did you talk to from the medical center?**

A. Down there in med bay, one.

Q. **Okay. Was this a man or a woman?**

A. A man.

Q. **Can you describe what he looked like?**

A. No, I honestly can't.

Q. **At the desk down where you were speaking to the medical staff person, did it look like they had any sort of credit card machine for**



**swiping?**

A. I didn't look around for it.

Q. **What forms of payment --**

A. The desk is just a window, you know.

Q. **You remember a window?**

A. That's why I'm saying the desk, it was like, you know, just a window cut in a wall. That's what he was talking to me, you know.

Q. **I got you.**

A. I didn't even see his full body.

Q. **What forms of payment did you have on your person on that cruise?**

A. Huh?

Q. **What forms of payment did you have, if any, on you during that cruise?**

A. My debit card from Commerce.

Q. **Okay. Anything else?**

A. No.

Q. **Were you carrying any cash?**

A. No.

Q. **How long was your conversation with the medical staff person on March 1st?**

A. A minute or two.

Q. **By this time had your friend Angela looked at your wrist?**

A. Yeah.
Q. **What did she think before you went to the medical center?**
A. Do you know how long we're going to be yet? I'm sorry, I'm at work.
Q. **Probably just another maybe 45 minutes is all.**
A. Can we take a break?
Q. **Absolutely. Do you want to take five minutes?**
A. Can we get 15?
Q. **Sure.**
A. Thank you.
**THE VIDEOGRAPHER: Going off the record at 1:36 p.m.**
**(Thereupon, a short recess was taken.)**
**THE VIDEOGRAPHER: We're going back on the record at 1:47 p.m.**
**(Thereupon, the question was read back.)**
**THE WITNESS: Do I answer it now then?**
**BY MR. SMITH:**
Q. **Please do, ma'am.**
A. Okay. Yes, she -- I said I was hoping that it was sprained and she said, I think it's



broke.
Q. **Okay. Did you have any particular opinion about the condition of your wrist before you went to the medical center on March 1st, 2020?**
A. I was hoping that it was sprained, but I had a feeling it was broke.
Q. **Okay.**
A. I've never had a broken bone before.
Q. **Got you. Just to kind of wrap up this visit to the front desk in the medical center as you testified to, I think one of the things the medical center you say advised you of was the cost for a doctor visit, correct?**
A. Correct.
Q. **Was there anything else you recall about the conversation you had on March 1st, 2020 down at the medical center?**
A. Just the cost for the doctor visit and x-ray would be about $500.
Q. **Okay.**
A. And you have to use a Visa card because they don't take my insurance.
Q. **Okay. Is there anything else besides that?**
A. Not that I recall.



Q. **All right. What took place the next day on March 2nd?**
A. No, excuse me, there was. I asked for an Ace wrap and they said I couldn't have one without seeing the doctor.
Q. **Okay. Anything else?**
A. No.
Q. **Perfect. The next day, March 2nd -- well, again, was that the sole time that you went to the medical center on March 1st?**
A. Yes.
Q. **Okay. The next day what happened?**
A. Just, you know, I think March 1st was actually March 2nd. I think March 1st was all cruising.
Q. **Okay. That's fine.**
A. To be honest, you know, you're on the cruise, you don't pay any attention to time or anything like that. I just know that, yes, it had to have been March 1st because we went on the excursion. Okay, anyway, then we just stayed on the boat and then we went to, what's the other island we went to, the other island we went to, Yucatán, we went to Yucatán and I went into town and bought Ace wraps there at a drug store there in



town.
The only excursion we did there in town was a bus ride around town because we couldn't really do much.
Q. **Okay.**
A. Bought gifts. There is no alcohol drinking while we were in Yucatán.
Q. **Okay.**
A. Didn't get to eat anything while we were in Yucatán.
Q. **Did you seek any medical care from a clinic at all in either port of call, Cozumel or Yucatán?**
A. No. Things I heard about Mexico, I don't think I want to, you know.
Q. **Yes. Let me help out with this, there's a thing called a movement report. I'll mark this for the record as Exhibit 1.**
A. A what?
Q. **This is called the Carnival Movement Report. It just shows when you went on and when you went off the boat.**
A. Oh, okay.
**(Thereupon, Defendant's Exhibit No. 1 was marked for identification.)**

**BY MR. SMITH:**
**Q. So I just wanted to put that up because I believe you are correct. So the events you described happening at Cozumel probably took place on March 2nd.**
A. Yes.
**Q. Okay.**
A. That's what I got to thinking. I think the first day was just all cruising and then we went into Cozumel and then we went into, over at the Yucatán, yes.
**Q. Okay, great. Perfect. So Progreso was March 3rd and then I presume March 4th is another sea day?**
A. Yes.
**Q. Okay. And then you were back in New Orleans on March 5?**
A. Correct.
**Q. All right, perfect. So you didn't eat or drink anything in Progreso?**
A. No, not that I recall, because it was really sketchy.
**Q. Right. Did you have anything to drink when you got back on board from Progreso?**
A. Probably. Not that, I mean, I don't



recall exactly, but.
**Q. Okay. That's fine. Did you interact with anyone from Carnival on board the ship on March the 3rd when you visited Progreso?**
A. Interacted, not anything more than hi, have a good day, thanks, bye, you know.
**Q. Understood. Did you visit guest services at all on that day, March 3rd?**
A. No.
**Q. Did you visit the medical center by chance on March 3rd?**
A. No, I figured there's no sense when they told me they couldn't help me without the money.
**Q. Okay. Between your visit, well, between March 3rd, 2020 and the end of voyage back in New Orleans did you make any other stops back to the medical center?**
A. Yes, I did. I went up to the guest relations and I talked to a guy and he told me, you know, I showed him my wrist, I unwrapped it, showed him my wrist. He told me that sometimes when people can't afford, they have a compassionate care and I should go down there and tell them that.
So when I went down there and talked



to the gentleman that was down there, he said he didn't know what the guy was talking about, they don't have any such thing. Angela was with me then.
**Q. Angela was with you where exactly?**
A. Down in the med bay when I went that time.
**Q. Okay. But you talked to guest services first is what you're saying, right?**
A. Correct, yes. Her and I went to guest services and he told me that they have a compassionate care down there and I should go down there again.
**Q. Okay. Was there anything else you talked about with guest services?**
A. The drink prices, the bill, and that's it, I think, I mean...
**Q. Did you discuss your bill with Carnival guest services?**
A. Yes.
**Q. What was the problem with the bill?**
A. There was a drink on there that I had no idea what it was. And I said that I bought the all-you-can-drink thing, so why was I charged for a drink. And he explained to me that it was a



special dinner drink, it was a shot so you could keep the souvenir glass. And I said, oh, okay.
**Q. Do you know what day it was you had the special shot?**
A. No. I had more than one. I had one a couple of different nights.
**Q. Okay. Did you continue to drink alcohol after your injury on the cruise?**
A. Yes.
**Q. Sometimes the gift shops may allow you to purchase some like over-the-counter medicine. Did you purchase anything after your right wrist injury?**
A. No, I had Ibuprofen in my purse.
**Q. Okay. Were you taking it?**
A. Oh, yeah.
**Q. How often were you taking the Ibuprofen in the days after the cruise injury?**
A. How long was I taking it after the cruise?
**Q. Just how often were you taking it?**
A. Until surgery I was taking it like every five hours.
**Q. Okay. Two tablets of Ibuprofen?**
A. No, four.

**Q. Four, okay.**
A. I was taking like 800 milligrams every six hours.
**Q. Okay. Were you doing the four tablets every six hours on board the ship as well?**
A. Yeah.
**Q. What day was this next visit you had to guest services?**
A. The 4th.
**Q. Okay. And you say Angela went down to the medical center with you, right?**
A. Yes.
**Q. And who did you talk to down there?**
A. I don't know who he was.
**Q. Okay. He was a male?**
A. It was a male at the desk, uh-huh.
**Q. Do you know if it was the same person you saw the first time?**
A. I don't know.
**Q. Did you get a name for this gentleman?**
A. No. I'll be honest, I was very upset with the way I was treated the first time, so I didn't even want to go the second time. But then when he said that sometimes they do compassionate care, I figured there's no sense in going when



they're not going to do anything for me.
**Q. Okay. Before your cruise did you look at any resources to see what services the medical center could provide you?**
A. No.
**Q. Okay. The first time you went down to the medical center back on March the 2nd, that was after you got back from Cozumel, did you tell them that your friend thought your arm was broken?**
A. I told them -- I don't know if I told them my friend thought it was. I told them I thought my arm was broken.
**Q. What was the -- what did you talk about the second time down to the medical center on March 4th?**
A. The second time I just went down there and I told them that I'd been down there before and they said I had to have the five, almost $500 to see the doctor and x-rays. I said, I have my insurance.
They said they don't take private insurance on the cruise because of not being able to run it or something.
And I said, told them that the guy upstairs told me about the compassionate care.



He said, well, I don't know what he's talking about, we don't have that.
And I said okay, I guess I'll wait until I can see the doctor at home.
**Q. Okay. This time down to the medical center on March 4, did you see any type of payment machine to swipe a card or accept payment?**
A. No, I didn't look. Like I said, you're standing, it's a little tiny white room and there's like a hole cut in the wall and that's where you see the person. Kind of like the board behind you, it's just a wall. The rest of it is, you know, it's just that one hole and the rest of it is wall.
**Q. Okay. Did you make any sort of contemporaneous recording of your interaction with the person down at medical?**
A. No, I've never done anything like that. I've never sued anybody. I don't know what you're supposed to do. I wasn't planning on suing.
**Q. Did you make a note, a written record of anything like in a diary or a journal after this interaction?**
A. After that interaction, no. After the first one I took pictures of the bathroom and stuff



and...
**Q. Okay. All right. Let's use that as an opportunity to look at I think the photos you took, so you can just basically just identify them for us.**
**(Thereupon, Defendant's Exhibit No. 2 was marked for identification.)**
**BY MR. SMITH:**
**Q. We'll mark as Exhibit 2 the next photograph here. I'm going to put it up on a screen and ask you if you can see it. Can you see this photo up on the screen?**
A. Uh-huh.
**Q. Is this a photo you took, ma'am?**
A. Yes.
**Q. And was it a photo you took inside your cruise cabin?**
A. Yes.
**Q. Do you remember what day it was you took the photo?**
A. No.
**Q. Was this photo taken after your incident?**
A. Yes.
**Q. All right. At the time you fell was**

**this towel in the photo present?**
A. No.
**Q. And the reason you took this photo, ma'am, was what?**
A. Just to show my family and stuff what happened, I mean.
**Q. Okay. So it looks like there's a gold section here in the middle of the photo and then a blue tile section once you enter the bathroom, correct?**
A. Correct.
**Q. Do you recall which threshold you tripped over when you fractured your wrist?**
A. I believe it was the shower one. Like I said, I don't exactly remember.
**Q. Okay. When you did fall on the night, early morning of perhaps March 1st, do you recall how you ended up on the floor after you fell, how your body was positioned?**
A. Yeah, my feet were kind of by the gold thing and my head was up higher than the picture.
**Q. Okay.**
A. Kind of like -- I'm a big girl, there's not a whole lot of room in there. Like I said, I'm a big girl. The picture that you see, I



covered all that area.
**Q. Okay. Were you inside the shower itself, any part of your body inside the shower?**
A. Oh, yeah, my hip all the way up.
**Q. Where was your head located, inside or outside of the shower?**
A. Inside the shower. Right in the corner. I'm lucky I didn't end up with something on my head.
**Q. Were you face down when you came do a stop?**
A. Yes.
**Q. And after falling on the early morning hours of March 1st, where were your feet located?**
A. Down here by the gold I said.
**Q. Were your feet inside or outside of the bathroom?**
A. Inside.
**Q. Okay.**
A. I had already pulled the door shut.
**Q. Okay. So before you fell --**
A. Yeah, because Angela had to knock on the door and ask if I was okay.
**Q. And when the door is closed, is the light already on in the bathroom?**



A. Yes.
**Q. And at that point which direction are you facing?**
A. I pulled the door shut, so I was facing towards the toilet, which would have been done -- the toilet is straight ahead of the door there.
**Q. Okay. So facing straight ahead is the toilet. Was there anything blocking your view of the path you would need to walk?**
A. No.
**Q. And there was nothing at the time of the, just prior to the fall blocking your view of this blue shower threshold, right?**
A. No, there was no towel or anything there.
**Q. Okay. And in this photo where this towel is and the blue threshold, that's the threshold you had seen on two prior occasions in visits to your cabin bathroom, correct?**
A. Correct, but I hadn't been sleeping either.
**Q. Well, when you woke up from your sleep and needed to go to the bathroom that first night of the cruise, ma'am, were you feeling the effects**



**of the alcohol you had drank?**
A. Not that I recall. I mean, I was tired which, I mean, I get up in the middle of the night to go to the bathroom at home and I'm tired, I just know where I'm going.
**Q. Okay. Even if you had woken up and you're tired, do you agree that a reasonable person should still look where they're walking?**
A. Well, yes.
**Q. That photo I'll mark for the record, page 1 of this set of documents we marked as Exhibit 2 to the deposition.**
**(Thereupon, Defendant's Exhibit No. 3 was marked for identification.)**
**BY MR. SMITH:**
**Q. This next photo of your arm, ma'am, was this taken on board the ship as well?**
A. Yes.
**Q. Do you remember what day it was taken?**
A. Probably the second day.
**Q. Okay. Is that March 1st?**
A. Probably.
**Q. Okay.**
A. It's in my pajamas there, so.
**Q. We'll mark this photo of your wrist on**

**the cruise as Exhibit 3.**
**(Thereupon, Defendant's Exhibit No. 4 was marked for identification.)**
**BY MR. SMITH:**
**Q. As Exhibit 4 we'll mark this next photograph showing, is that your right arm?**
A. Yes.
**Q. Did you take that photo yourself, ma'am?**
A. I took the photo myself, yes, but that was after surgery.
**Q. Okay. This is a postsurgery photo?**
A. Yes.
**Q. So that's Exhibit 4.**
**(Thereupon, Defendant's Exhibit No. 5 was marked for identification.)**
**BY MR. SMITH:**
**Q. Exhibit 5 is another photo of your wrist in like a soft cast, right?**
A. Well, it's just the stocking before they put the splint on in therapy. That's when they first took the cast off.
**Q. Was this photo Exhibit 5 after the surgery?**
A. Yes.



**(Thereupon, Defendant's Exhibit No. 6 was marked for identification.)**
**BY MR. SMITH:**
**Q. Exhibit 6 is another photo of your right arm and wrist, correct?**
A. Uh-huh.
**Q. Do you know when this one was taken?**
A. You know what, I think the -- this is the one, I think that was before surgery after the x-ray and stuff, then they put a soft splint on, a soft cast, whatever they call it.
**(Thereupon, Defendant's Exhibit No. 7 was marked for identification.)**
**BY MR. SMITH:**
**Q. Exhibit 7, it looks like is a photo postsurgery on your wrist, right?**
A. Correct.
**Q. Do you know the specific date this photo was taken?**
A. No, I don't.
**Q. This is a photo that was taken with your cell phone?**
A. Yes.
**Q. Okay. That will be Exhibit 7 for the record.**



**(Thereupon, Defendant's Exhibit No. 8 was marked for identification.)**
**BY MR. SMITH:**
**Q. Exhibit 8 is another photo of the bathroom. Is this one that you took?**
A. Yes.
**Q. Is this your cabin bathroom on the Carnival VALOR?**
A. Yes.
**Q. Is this a photo post incident?**
A. Yes.
**Q. And again, this towel was not present as of the time of the incident that you fell, right? Did you hear the question, I'm sorry?**
A. No.
**Q. That towel --**
A. Oh, I said no. I said no.
**Q. Okay, thank you. That was Exhibit 8.**
**(Thereupon, Defendant's Exhibit No. 9 was marked for identification.)**
**BY MR. SMITH:**
**Q. Exhibit 9 here, is this a photo you took post incident while you were still on the cruise?**
A. Yes.



**Q. Is there anything in particular --**
A. I was just taking pictures of the bruises and sending it to my son to show him that I hurt myself.
**Q. Okay, Exhibit 9.**
**(Thereupon, Defendant's Exhibit No. 10 was marked for identification.)**
**BY MR. SMITH:**
**Q. I'm going to skip that next photo and go on to, we'll call this Exhibit 10. This is another brace that your right arm is in. Do you remember when this was taken in relation to your right arm -- right wrist surgery?**
A. That is what they did after they took off the cast.
**Q. Okay. Is this pre or postsurgery?**
A. It's post, it's after surgery.
**Q. Okay. Do you know what date this was taken?**
A. No, I don't remember what date it was.
**Q. Okay. So the blue and pink soft sort of cast is Exhibit 10. I'll skip over that one.**
**(Thereupon, Defendant's Exhibit No. 11 was marked for identification.)**
**BY MR. SMITH:**

Q. I'll skip down here to page 13, which will be Exhibit 11 for our record. Is this another photo of the entrance to your cabin bathroom, ma'am?
A. Yes.
Q. Do you remember what date you took this photo?
A. All of the bathroom pictures were at the same time.
Q. Okay. After the incident, correct?
A. Correct.
Q. And this was not the night of the incident, this was sometime after that, correct?
A. Correct.
Q. So page 13 is Exhibit 11.
(Thereupon, Defendant's Exhibit No. 12 was marked for identification.)
BY MR. SMITH:
Q. Exhibit 12 is this photograph, which is page 14 of this document. Do you know when you took this photo, ma'am?
A. Yeah, that was while I was on the cruise.
Q. Okay.
A. That would have been probably the 4th,



3rd or 4th.
Q. Okay. Where did you get the bandage here?
A. I bought it in Yucatán, Progreso.
Q. Okay. Are you sitting at a bar on board the ship at this point?
A. Yeah.
Q. Do you remember what bar you were at when you took this photo?
A. The one there by the casino.
Q. Okay. The casino bar?
A. Yes. I don't know if that's what it was called, but, yeah.
Q. So I think this last photo I think would be Exhibit 12.
(Thereupon, Defendant's Exhibit No. 13 was marked for identification.)
BY MR. SMITH:
Q. The last one I'm going to mark as Exhibit 13 is this page 26 here. Is this another photo of the bathroom you took at the same time as the other one, ma'am?
A. Yes.
Q. And again for the clarity of the record here in Exhibit 13, this particular towel



you see was not present at the time of your incident, correct?
A. No.
(Thereupon, Defendant's Exhibit No. 14 was marked for identification.)
BY MR. SMITH:
Q. The last photo here, page 27, Exhibit 14, this is another one of the photos you took at the time of the -- well, it's not at the time of the incident rather, strike that. This photo you took at the time you took the previous ones of the bathroom?
A. Yes.
Q. Okay. So that we'll make 14. I'm going to stop my sharing there.
Did anything else eventful occur, well, on March 4th is when you went to the medical center, you say for the second time, right?
A. Correct.
Q. Do you remember anything else about your conversation down at the medical center that you haven't told us?
A. No, just that, you know, my feelings, I have my feelings, what was said, I don't recall anything else that was said. I know I was just



outraged that nobody would do anything, not even give me an Ace wrap.
Q. Okay.
A. Like I said, I asked about that at the first one, not the second one.
Q. Okay. When you got back to -- I'm sorry, go ahead.
A. I just, I just -- the second time I went down there I just felt honestly like it was a waste of time because the first time they told me that they wouldn't do anything. The second time I went down there because the guy said that they do compassionate care and that's why I went down there the second time.
Q. Okay. The next day, March 5th, is when you arrived back in New Orleans, right?
A. Correct.
Q. Did you get off the boat that morning?
A. Correct.
Q. Do anything on board the ship before you left?
A. Not that I recall. I think we just left.
Q. Okay. Did you drive back to Missouri?
A. We drove halfway and had to spend the

night and then drove the rest of the way.
**Q. Okay. Before you got back to Missouri did you stop anywhere for medical treatment?**
A. No, because of my insurance.
**Q. Okay. When you got back to Missouri where is the first place you went for medical care?**
A. Spira Care.
**Q. That's your primary care doctor, right?**
A. Yes.
**Q. Did you see anywhere -- did you make any urgent care visits?**
A. No.
**Q. What day --**
A. I figured it's already been broke for five days, so.
**Q. Okay. What did they tell you at Spira Care?**
A. Part of my insurance is if I get my x-rays and my treatment all there, it's all covered, no deductible. So anyway, so they told me to go to a different office where they do x-rays, they told me to go to the sports orthopedics, sports medicine or whatever it was called.
**Q. Okay. When was the first visit to**



**Spira Care, do you know what day that was?**
A. Let me see, I got off the boat the 5th, so it had to be the 6th in the evening.
**Q. Okay. And when did you actually have your surgery?**
A. The 10th.
**Q. Okay. So your fall was March 1st, 2020, right?**
A. Correct.
**Q. And the surgery on your right wrist was March 10, 2020, correct?**
A. Correct.
**Q. And was Dr. Unruh your surgeon?**
A. Yes.
**Q. Okay. Has Dr. Unruh told you anything about the ten-day wait between your injury and his surgery?**
A. No.
**Q. Has Dr. Unruh said that there was too much of a delay between your injury and the surgery he performed on March 10th?**
A. No.
**Q. Has Dr. Unruh told you that had he been able to get to your injury sooner he would have been able to get a better result from surgery?**



A. No.
**Q. Has any doctor told you that the time of ten days from the time of your injury till surgery was too long?**
A. No.
**Q. Has anyone told you, any doctor told you that your injury is worse off because you waited ten days to have surgery?**
A. No.
**Q. Do you feel like your injury is worse off as a result of not being able to be seen at the medical center on board the Carnival ship?**
A. Do I feel like it's worse off? I think -- hello?
**MR. WALSH: This is Peter. I'm just objecting to the form of the question, but, Barbara, if you're able to answer it, you can go ahead and answer it. I was just objecting for the record.**
**THE WITNESS: I guess I don't understand what you meant.**
**BY MR. SMITH:**
**Q. Okay. I'll try to rephrase the question. Do you feel that your injury to your wrist is worse off today because you weren't seen**



**in the medical center on board the Carnival ship?**
A. I'm not a doctor so I don't know if it is or not.
**Q. Okay. And sort of a similar question, but different. Do you feel like there was anything the medical center could have done for you on board the Carnival ship that would have made your injury better off as you sit here today?**
**MR. WALSH: Objection to form.**
**THE WITNESS: Yeah.**
**BY MR. SMITH:**
**Q. You can answer.**
A. I don't know, I'm not a doctor so I don't know if they could have done something or not.
**Q. Okay.**
A. I know they could have done something to make me more comfortable while I was on the cruise and they refused to do that.
**Q. What do you think Carnival could have done to make you more comfortable? Go ahead.**
A. What do I feel, I think they could have at least talked to the doctor and looked at it, at least let me have an Ace wrap or something like I asked for. They didn't ask me if I needed

any pain medicine, which I would have told them no because I had my Tylenol and Ibuprofen.

**Q. Okay. So you had your own over-the-counter medicine which you would have used regardless of any prescription medicine they offered you on board the ship, correct?**

A. That, I honestly don't know.

**Q. But you just said, did you not, that you would have refused any of the medication from the ship, correct?**

A. Tylenol or Ibuprofen, yes.

**Q. Okay. And postsurgery you did take Vicodin for a few days, right?**

A. For a few days, yes.

**Q. Was there a reason you didn't continue it beyond that?**

A. Because I don't believe in taking a bunch of pain medicine and, I mean, I took what they prescribed and lasted longer than they prescribed it, you know, they said three or four days and I didn't need any more.

**Q. From a personal perspective though, are you someone that -- someone that objects to taking substantial amounts -- well, strike that.**

**Are you someone from a personal**



**perspective that would prefer not to take prescription pain medication if over-the-counter medication is available to you?**

A. Definitely.

**Q. And while on board the ship was your Ibuprofen that you were taking every six hours helpful in reducing your pain?**

A. It reduced it down. It didn't take it away.

**Q. Okay.**

A. There were times that I would cry. I'm not the most...

**Q. Yeah.**

A. It's embarrassing when you have to have a friend pull your pants up and buckle your bra. It's very embarrassing and very hard.

**Q. I understand.**

A. I'm sorry.

**Q. It's okay. If you need a brief break or get a glass of water or something, let us know.**

A. No, go ahead.

**Q. Are there any other complaints about the medical center on board on the cruise that you have?**

A. No, I really didn't have any



interaction other than they wouldn't do anything for me. Just shooed me away.

**Q. Okay. Other than an unexpectedly high threshold at or near your cabin bathroom, ma'am, do you think there's anything else Carnival did wrong during your cruise voyage?**

A. No. I think all the Carnival cruise people, they were all very sweet, very nice, very courteous. Several of them asked, oh, my gosh, what happened. And I would tell them I fell in the bathroom and sprained or broke my wrist and I told them that I, you know, just went into town and got an Ace wrap because I couldn't get one here.

**Q. Okay. And my question was really, yeah, maybe I should clarify it a little bit more just so we can hear your position on it. But I'm asking about in particular the fall you had, and I understand part of your allegation -- well, your allegation at least in part is that the threshold is too high. Is there anything else you think Carnival did wrong with respect to the fall you suffered?**

A. As far as the fall?

**Q. Right.**

A. Okay, yeah, if you look at the



picture, you can see right next to the gold thing, the floor goes down a little tiny bit and then it goes back up a little bit, and then it's got that ledge for the shower and everything is the same color. And if you're sleepy and you go into there, you know...

**Q. Okay.**

A. Yeah, you know, my thing is everything was the same color. There were several different heights in the bathroom. And there was no, you know, no warning. There was no watch your step. My honest opinion, that shower ledge or whatever you want to call it should have maybe been a different color, you know. But you could see it's like four different levels there.

**Q. Okay. Is there anything else you feel that Carnival did wrong?**

A. As far as my fall?

**Q. Yes, ma'am.**

A. Just that there's no warning signs to watch your step anywhere. Not out to my balcony --

**Q. Okay. But you didn't have any falls at the balcony though, right?**

A. No. As far as my fall in the bathroom, no warning signs and several different

layers of the floor and no warning signs. You know, everything the same color. Like I said, when you're sleepy...
Q. **Is there anything else?**
A. I don't think so.
Q. **Ma'am, do you have any complaints about the functionality of the lights in your cabin, including the cabin bathroom?**
A. No.
Q. **Okay. The lights were operational at the time of your incident, correct?**
A. Correct.
Q. **And when you lit up the bathroom did it provide sufficient light for you to be able to see things clearly?**
A. Yeah.
Q. **Do you agree that after drinking alcohol, ma'am, it can affect your stability from walking?**
A. If you drink too much, yes.
Q. **Okay. And if you drink too much do you also agree that alcohol can affect your judgment?**
A. Yes.
Q. **When you drink too much do you also**



**agree with me that alcohol can affect your depth perception?**
A. Yes.
Q. **You also agree with me that alcohol is a depressant?**
A. Yes.
Q. **Do you agree that alcohol can exacerbate the feeling of being tired?**
A. Yes.
Q. **I have a couple more documents here just to go through, okay, and then we'll be getting I think very close to being finished. Thank you for your patience.**
A. I lost a day's pay today. I thought it was only going to be an hour or two.
Q. **I'm going to try to share my screen again. If you need me to make the image larger, please let me know.**
A. Okay.
Q. **Here is, this is a transactional record, ma'am, from February 29, 2020 at 1 p.m. Do you recall being on the Carnival VALOR on that date and time?**
A. Well, I guess so. I mean --
Q. **Is this your name, Barbara Hall, on**



**the document?**
A. Yes. I have to say I didn't remember what time we got on the cruise, on the ship.
Q. **Do you agree with me that you must have been on board by at least one o'clock on February 29th?**
A. Correct.
Q. **And this thing you purchased here is called a Fun Ship Special Premium.**
A. Okay.
Q. **Do you see that?**
A. Uh-huh.
Q. **It looks like you purchased it in the Winner's Luck Bar, correct?**
A. Okay.
Q. **Is the Winner's Luck Bar the name of the casino bar?**
A. No, it wasn't. You get the drink before that, so.
Q. **Okay. So you think you got a drink before 1 p.m. at the Winner's Luck Bar?**
A. No, I'm saying that was before the casino, the Winner's Luck Bar.
Q. **Okay. Well, what type --**
A. It was like a portable bar that they



met us out. So it might have been the casino bar, but it was like a portable bar.
Q. **Okay.**
A. You know what I mean? She met us almost by the door when you walk, when you first walk in on the ship.
Q. **So the Winner's Luck Bar here, this Fun Ship Special Premium, what kind of drink is the Fun Ship Special Premium?**
A. It was a fruity drink.
Q. **Okay. A mixed drink, right?**
A. Yes.
Q. **And you used your Cheers package to purchase that, right?**
A. Yes.
**(Thereupon, Defendant's Exhibit No. 15 was marked for identification.)**
**BY MR. SMITH:**
Q. **Okay. So we'll mark that as Exhibit 15.**
A. I guess, I mean, I don't know. It shows that it didn't charge, so I don't know. I don't know if that went on my debit card or on the drink card.
**(Thereupon, Defendant's Exhibit No. 16**

was marked for identification.)

BY MR. SMITH:

Q. So we'll mark this next document as Exhibit 16. This is another transaction record from February 29, 2020 at 1:28.

Do you see it says again the Winner's Luck Bar?

A. Uh-huh.

Q. And it has your name, ma'am, here at the bottom, Barbara Hall, correct?

A. Uh-huh.

Q. So does this document jog your memory as to where the Winner's Luck Bar is located?

A. It's probably the casino bar then.

Q. So at 1:28 did you purchase another Fun Ship Special Premium at the casino bar?

A. I purchased another drink. I don't know if that's what it was, but.

Q. It says here, "Item, Fun Ship Special Premium."

A. Okay, yeah.

Q. That's the fruity mixed drink, right?

A. Uh-huh.

Q. Okay.

A. And what time was the other one at, 1:06?



Q. 1:06.

A. Okay.

(Thereupon, Defendant's Exhibit No. 17 was marked for identification.)

BY MR. SMITH:

Q. I'm now going to mark Exhibit 17. This is another transaction record where it says, it looks like you -- it records your purchase of the Cheers program. Do you recall if this is about the price you paid for the Cheers package?

A. I thought it was more than that. I thought it was 300 even.

Q. Okay. This is again your name beside where it says, "Guest Name," right?

A. Uh-huh.

Q. That was Exhibit 17. Now we're going to mark Exhibit 18.

(Thereupon, Defendant's Exhibit No. 18 was marked for identification.)

BY MR. SMITH:

Q. This is another transaction record. This time from the location called the Breeze Lobby Bar. Do you remember where the Breeze Lobby Bar is located on the ship, ma'am?



A. No.

Q. Here on February 29, 2020 at about 3:04 p.m., do you recall purchasing another Fun Ship Special Premium?

A. No, I mean, I don't remember what I bought and that must have been what the special was called that I was drinking while I was on the cruise.

Q. Okay. This is the fruity mixed drink, right?

A. Uh-huh.

(Thereupon, Defendant's Exhibit No. 19 was marked for identification.)

BY MR. SMITH:

Q. I believe this next one is going to be Exhibit 19. This is another transaction record from 3:45 on February 29th, 2020. Again, this is back now at the Winner's Luck Bar. Another Fun Ship Special Premium purchased under Barbara Hall's name.

A. Okay.

Q. Do you see that on your screen?

A. Yes.

Q. Do you recall purchasing this drink at 3:45 in the casino bar?



A. I don't recall, but I guess I did.

(Thereupon, Defendant's Exhibit No. 20 was marked for identification.)

BY MR. SMITH:

Q. The next is going to be Exhibit 20, a purchase again February 29, 2020 at 5:45 p.m. at the Winner's Luck Bar. It looks like you purchased another Fun Ship Special Premium at that time, correct?

A. Okay. That's what it shows, yes.

(Thereupon, Defendant's Exhibit No. 21 was marked for identification.)

BY MR. SMITH:

Q. Exhibit 21 I'm going to mark now is another transaction record for a Fun Ship Special Premium purchased under your name, ma'am, at 6:27 p.m.

A. I don't recall, but if it says I did.

(Thereupon, Defendant's Exhibit No. 22 was marked for identification.)

BY MR. SMITH:

Q. I think we're up to Exhibit 22, another purchase on 2-29-2020, 6:35 p.m., another Fun Ship Special Premium under your name, ma'am, at the Winner's Luck Bar, correct?

A. Yes, that's what it shows.
Q. This was the fruity mixed drink, right?
A. Can I ask you, I just, I guess I don't know, it says Winner's Luck and then it says $0.89 total charge. And then down here it says 9.95, okay, I see what it is.
Q. 89 cents I believe is the tax.
A. Yeah, I see where it is, yeah.
Q. So this is part of the unlimited drink package, so you're not actually being charged the 9.95.
A. I see that now, yes.
Q. Okay. So do you recall purchasing this drink at 6:35 p.m., Winner's Luck Bar?
A. I don't recall. Like I said, it's on there so I must have. I was on vacation. I wasn't counting. I didn't drink all of them, you know, the whole thing sometimes, like I said, sometimes I would go over to the casino.
(Thereupon, Defendant's Exhibit No. 23 was marked for identification.)
BY MR. SMITH:
Q. Okay. Here's I believe we're up to Exhibit 23, a 7:42 p.m. purchase on 2-29 at the



Winner's Luck Bar, another Fun Ship Special Premium. Do you see that?
A. Uh-huh.
Q. And do you see that's a transaction under your name, ma'am?
A. Yes.
(Thereupon, Defendant's Exhibit No. 24 was marked for identification.)
BY MR. SMITH:
Q. Exhibit 24, 2-29-2020 at 7:54, it appears you purchased another Fun Ship Special Premium at the Winner's Luck Bar, correct?
A. Yes, that's what it shows.
(Thereupon, Defendant's Exhibit No. 25 was marked for identification.)
BY MR. SMITH:
Q. Exhibit 25, another purchase on February 29 at 8:31 p.m. This time it's a blush wine, correct, ma'am?
A. Uh-huh.
(Thereupon, Defendant's Exhibit No. 26 was marked for identification.)
BY MR. SMITH:
Q. Exhibit 26 is another transaction record, some blush wine from February 29 at 9:11



p.m. This time it shows the purchase of a Woo Woo shooter. Do you see that, ma'am?
A. Yes.
Q. And on Exhibit 26 we see again your name, correct?
A. Uh-huh.
Q. Is this the one you tried to dispute, the purchase you tried to dispute with guest services?
A. I didn't, I didn't try and dispute, I didn't try and dispute it, I was just asking what it was, yes.
Q. Okay. So that shot that you -- that shot of alcohol you had was from the first night, February 29th, correct?
A. The first one was, yes.
(Thereupon, Defendant's Exhibit No. 27 was marked for identification.)
BY MR. SMITH:
Q. Okay. Exhibit 27 is another transaction record from February 29th at 10:30 p.m. at the Winner's Luck Bar again, another Fun Ship Special Premium purchased by you, correct?
A. Uh-huh.
Q. Is that again the Fun Ship Special



Premium, the mixed alcohol drink?
A. Yes.
Q. Does this, having looked at these, does this jog your memory of which type of liquor the drink was mixed with?
A. No.
Q. And this last purchase at 10:30, this would have been before you went to bed on the 29th, correct?
A. Correct.
Q. All right. I think those are all the purchases for alcohol that you made on February 29th, ma'am. Having looked at those, do you agree that it looks like you purchased more than five alcoholic drinks before your incident?
A. Yeah, it looks like I purchased more than five, uh-huh.
Q. Do you agree it looks like you purchased more than ten alcoholic drinks on the night before your incident took place?
A. I don't know, I didn't count them.
Q. I believe there were 12 in total.
A. Okay.
Q. So if the record is correct and there's 12 purchases in total, you would have

purchased more than ten alcoholic drinks the night before -- well, the day before you had your fall in the bathroom, correct?

A. Correct.

Q. And you drank all or at least part of all those more than ten drinks, correct?

A. Part of all of them, correct.

Q. But is it your testimony today that alcohol did not play a role in your fall in the early morning of March 1st, 2020?

A. I am testifying that I don't know and I don't believe it was.

Q. Okay. Have you reported to anyone else since the incident any other contributing causes to your incident that you're aware of?

A. Any other contributing, no.

Q. Okay. Did you report to anyone else after the incident that your fall was brought about for a reason other than a high threshold?

A. No. That I tripped in the bathroom and...

Q. Who is your current health insurance provider, ma'am?

A. Spira Care, Blue Cross Blue Shield.

Q. Was Blue Cross Blue Shield your health



insurance at the time of the incident?

A. Yes.

Q. Did you purchase any trip insurance when you went on the cruise?

A. No.

Q. Did you have any other health insurance at the time of the cruise?

A. No.

Q. I don't want to know anything you spoke about with your attorney, ma'am, okay, but did you review anything to help yourself prepare for today's deposition?

A. No.

Q. And again, I also don't want to hear anything about the content of what you spoke with your attorney about, but did you meet with your attorney before you appeared and testified today?

A. Physically, no.

Q. Physically, no. Did you meet over the telephone?

A. Before the deposition, yes.

Q. Okay. And again, I don't want to know anything about the content about what you spoke about. Do you recall how long your conversation with your attorney was before the deposition today?



A. No.

Q. Was it more than 30 minutes?

A. I don't remember.

Q. Bear with me, I'm just looking through my notes here.

A. Uh-huh.

Q. At home, ma'am, what type of shower do you have?

A. What type of a shower do I have?

Q. Yes.

A. One that I have to step into the tub.

Q. So it's a tub shower combo?

A. Yes.

Q. So when you step into your shower you have to step your foot over the tub part to get in?

A. Yes.

Q. Okay. So before the cruise you knew that showers could have a threshold you might have to step over?

A. Yes.

MR. SMITH: All right. I don't have any other questions for you at this time. Thank you.

THE WITNESS: Thank you.

MR. WALSH: This is Peter. I have a



couple of questions.

(Thereupon, a discussion was held off the record.)

THE VIDEOGRAPHER: We're going off the record at 2:48 p.m.

(Thereupon, a short recess was taken.)

THE VIDEOGRAPHER: We're going back on the record at 2:55 p.m.

CROSS-EXAMINATION

BY MR. WALSH:

Q. So, Barbara, I think you just said that you're familiar with obviously you've stepped into your shower at home, right, before?

A. Correct.

Q. And to step into your shower you have to step into a tub, right?

A. Correct.

Q. Over the side of the tub, okay. The shower that you encountered on the ship, did it have any similarity to your shower at home, other than the fact that water comes out of a --

A. No.

Q. -- a nozzle in the wall?

MR. SMITH: Objection to form.

THE WITNESS: Nothing at all.

BY MR. WALSH:
Q. And so I think your testimony, Barbara, was that early in this cruise or at least not early in the cruise, I mean, the accident happened the very first night of your cruise; is that right?
A. Right.
Q. Do you remember roughly what time of night it was, was it 2 a.m., 4 a.m., do you have any idea?
A. I think it was somewhere around 2:30 or so, I think.
Q. All right. And around what time had you gone to bed do you think?
A. Oh, before midnight.
Q. And were you drunk when you went to bed?
MR. SMITH: Objection to form.
THE WITNESS: I had been drinking.
BY MR. WALSH:
Q. And counsel asked you, the cruise ship's lawyer asked you about whether you had seen the threshold before you went to bed that night. The threshold being the threshold between the shower and the rest of the bathroom.



And you said that, yes, you knew there was a threshold there; is that right?
A. Yes.
Q. And I'm talking about before you went to bed that night.
A. Yes.
Q. And although you realized there was a threshold between the shower and the rest of the bathroom, did you realize how high that threshold was?
MR. SMITH: Objection to form.
THE WITNESS: No.
BY MR. WALSH:
Q. Were there any markings or warnings or any indications at all that would advise you that that threshold between the shower and the rest of the bathroom was raised at all?
MR. SMITH: Objection to form.
THE WITNESS: No.
BY MR. WALSH:
Q. When you looked -- when you first went into the bathroom, did you, I mean, when you first went in for the very first time after you had been on the cruise ship and you saw the threshold, could you tell with your naked eye -- by the way, how



tall a person are you?
A. Five-four.
Q. So could you tell from standing up at your height of five-four, looking down, although you noticed there was a threshold between the shower and the rest of the bathroom, could you tell with your naked eye that it was a -- how high that threshold was raised?
MR. SMITH: Objection to form.
THE WITNESS: No.
BY MR. WALSH:
Q. From that vantage point, 5 feet 6 inches or whatever, from foot to head, looking down at that threshold, was there anything about the threshold that made you think, hmm, this threshold is different from the threshold that's between, you know, rooms in my house, in my apartment that I'm familiar with?
A. No.
MR. SMITH: Objection to form.
BY MR. WALSH:
Q. So you realized there was a threshold, I guess you simply had no idea that it was a raised threshold; is that right?
MR. SMITH: Objection to form.



THE WITNESS: Yes.
BY MR. WALSH:
Q. So when you tripped over the threshold did -- were you surprised by the height of that threshold?
MR. SMITH: Form.
THE WITNESS: When I got -- when I got myself up I was very surprised.
BY MR. WALSH:
Q. But as counsel pointed out, Barbara, you did know that there was a raised threshold at the entrance to the bathroom, right?
MR. SMITH: Objection, form.
THE WITNESS: Right.
BY MR. WALSH:
Q. And you had stepped over that without incident, right?
MR. SMITH: Objection to form.
THE WITNESS: Yes.
BY MR. WALSH:
Q. Right, Barbara?
A. Yes.
Q. Was there anything to warn you that the threshold between the shower and the rest of the bathroom was the type of raised threshold that

is between the, or at the entrance to the bathroom separating the bathroom from the cabin?

MR. SMITH: Objection to form.

THE WITNESS: What did Christopher say?

MR. SMITH: I just objected to the form for the record, but you can answer.

BY MR. WALSH:

Q. Let me repeat the question, Barbara.

A. Okay.

Q. You've testified about two thresholds in the bathroom. One is the entranceway into the bathroom, right?

A. Right.

Q. The second one I'm going call the shower threshold, that's the threshold on the floor separating the shower from the rest of the bathroom, right?

A. Right.

Q. You were aware of the first one because you'd stepped over it several times, that being the threshold at the entryway to the bathroom, right?

A. Right.

MR. SMITH: Objection to form.



BY MR. WALSH:

Q. But my question is this. Was there anything to indicate that the threshold at the shower, the shower threshold, was also a high threshold like that threshold at the entrance of the bathroom?

MR. SMITH: Objection to form.

THE WITNESS: No.

BY MR. WALSH:

Q. Now, back on the drinks, Carnival markets a product for visitors on the ship like you, it's an all-you-can-drink package; is that right?

A. Yes.

Q. But now in your case, were you also buying drinks on your tab for your friend?

A. Yes, I did.

Q. So among all the drinks that counsel counted up, and I think, I'm not sure how many there were, I think he said 12, do you know how many of those drinks went to you and how many went to your friend?

A. No. And how many were left on the counter.

Q. Well, you've already testified that, I



think that you didn't finish every drink that you had; is that right?

MR. SMITH: Objection to form.

THE WITNESS: Correct.

BY MR. WALSH:

Q. And why didn't you finish the drinks?

A. Because sometimes we'd go to the casino, which was right there, like five steps away.

MR. WALSH: All right. And, all right, Ms. Hall, I have no other questions, but counsel may have some follow-ups for you.

REDIRECT EXAMINATION

BY MR. SMITH:

Q. Okay, ma'am, I'll keep it brief.

A. Okay.

Q. When you wake up in the night on the first night of the cruise --

A. Yes.

Q. -- your purpose for going to the bathroom was to use the toilet, correct?

A. Correct.

Q. Your purpose was not to go into the shower, am I correct about that?



A. Correct.

Q. Sorry, one second.

In terms of your travel companion, Ms. Vaughan --

A. Uh-huh.

Q. -- do you recall before going to bed that night on the night of the 29th whether she purchased any drinks for you?

A. No, she didn't.

Q. Did she share any of her drinks with you, regardless of whether or not she purchased them?

A. No, she didn't.

Q. Did Ms. Vaughan purchase a Cheers package, drink package of her own?

A. I did on the tickets, yes.

Q. Okay. So you both had a Cheers drink package, correct?

A. Correct.

Q. So there's really no reason for either of you to purchase drinks for each other, correct?

A. That depends on what you're drinking. I was drinking the fruity drink, she was drinking shots.

Q. Was that -- did she drink anything

Case 1:21-cv-20557-BB Document 43-1 Entered on FLSD Docket 01/05/2022 Page 48 of 68



else other than shots on the first night, Ms. Vaughan, that you remember?

A. Yes, she drank some of the fruity drinks, but she liked the shots too.

Q. Did she prefer the shots over the fruity drink?

A. She liked both.

Q. Okay. How many drinks --

A. I only drank the fruity drinks.

Q. Okay. Well, you had at least one shot it looks like because you were questioning why the charge was on your account, right?

A. Yeah, and that was a fruity, that was a fruity shot type thing.

Q. Okay.

A. It wasn't like -- like she liked shots of like gin.

Q. Okay.

A. I don't drink that. I'll drink a fruity shot.

Q. Do you know how many fruity drinks Ms. Vaughan had on the 29th of February before going to bed?

A. No.

MR. SMITH: All right. Thank you so



much. I don't have any other questions.

THE WITNESS: All right. Thank you.

RECROSS-EXAMINATION

BY MR. WALSH:

Q. So, Ms. Hall, if you were going in to use the toilet, what was it about the layout of the bathroom that led you to trip over the threshold of the shower?

MR. SMITH: Objection to form.

THE WITNESS: It's a small bathroom and, I mean, I'm a big woman and it's a small bathroom.

BY MR. WALSH:

Q. And so as you were moving around within that small bathroom, at one point one of your feet trips on the ledge on the threshold; is that right?

MR. SMITH: Objection to form.

THE WITNESS: Yes.

MR. WALSH: Okay. I have no more questions.

THE WITNESS: Closing the door, the leg.

BY MR. WALSH:

Q. Excuse me?



A. Like turning to grab the door or wanted to close the door, my right foot would have been over that way.

MR. WALSH: Okay. Thank you, ma'am. I have no further questions.

THE WITNESS: Okay.

MR. SMITH: All right.

MR. WALSH: She'll read, please.

THE VIDEOGRAPHER: We're going off the record at 3:08 p.m.

(Thereupon, the deposition was concluded at 3:08 p.m.)



CERTIFICATE OF OATH

STATE OF FLORIDA
COUNTY OF DADE

I, the undersigned authority, certify that BARBARA HALL remotely appeared before me and was duly sworn.

WITNESS my hand and official seal this 18th day of July, 2021.

____________________

PAULA PACE, RPR
Notary Public State of Florida
My commission Expires: 9-5-22

CERTIFICATE OF SHORTHAND REPORTER

STATE OF FLORIDA )
) SS.
COUNTY OF DADE )

I, Paula Pace, RPR, do hereby certify that I was authorized to and did stenographically report deposition of BARBARA HALL, that a review of the transcript was requested; and that the foregoing transcript, pages 1 through 191 is a true record of my stenographic notes.

I FURTHER CERTIFY that I am not a relative, employee, or attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

DATED, this 18th day of July, 2021.

______________________________
PAULA PACE, RPR



JURAT PAGE

STATE OF FLORIDA )
)SS.
COUNTY OF DADE )

I, hereby certify that I have read the foregoing transcript pages 1 to 191 and find the same to be true and accurate.

Any corrections made by me are set forth on the errata page attached hereto.

__________________________
BARBARA HALL

Sworn to and subscribed before me on this, _______ day of ___________, 2021.

______________________________
Notary Public in and for the
State of Florida at Large.
My Commission expires:



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

TO: Barbara Hall
c/o Peter Walsh, Esquire
Pwalsh@1800askfree.com

July 18, 2021

IN RE: Hall v. Carnival

CASE NO: 1:21-cv-20557-BB

Dear Mr. Hall,

With reference to the examination of YOURSELF, deponent in the above-styled cause, taken on June 29, 2021 under oath, please be advised that the transcript of the Deposition has been transcribed and is awaiting your signature.

Please arrange to conclude this matter at your earliest convenience. We would suggest that you telephone this office and arrange an appointment suitable for all concerned.

However, if this has not been taken care of by August 18, 2021 we shall conclude the reading and signing of said deposition has been waived, and shall then proceed to file the original of the said transcript with the party who took the deposition, without further notice to any parties.

Sincerely,

______________________________
Paula D. Pace, RPR

cc: All Counsel of Record.



ERRATA SHEET

F.R.C.P. RULE 1.310 PROVIDES IN PART:
(e)"...Any changes in form or substance that the witness wants to make shall be entered upon a separate correction page by the officer with a statement of the reasons given by the witness for making them..."

PAGE/LINE CHANGE/CORRECTION REASON

______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________

I, ______________________, do hereby certify that I have read the foregoing transcript of my deposition, given on June 29, 2021, and that together with any additions or corrections made herein, it is true and correct.

______________________________
BARBARA HALL

**$**

**$0.89** [1] - 173:5
**$17** [1] - 41:15
**$18** [1] - 41:13
**$24** [1] - 41:16
**$500** [3] - 130:4, 134:19, 142:18

**'**

**'99** [1] - 20:1

**0**

**003** [1] - 2:16

**1**

**1** [10] - 3:3, 3:4, 52:23, 136:18, 136:24, 148:11, 166:21, 167:21, 193:6, 194:7
**1,000** [1] - 88:8
**1.310** [1] - 196:2
**10** [9] - 3:8, 60:16, 76:15, 80:25, 152:6, 152:10, 152:22, 158:11
**100s** [1] - 26:19
**10:03** [2] - 1:14, 4:5
**10:05** [1] - 6:8
**10:06** [1] - 6:12
**10:30** [2] - 175:21, 176:7
**10:51** [1] - 40:4
**10th** [2] - 158:6, 158:21
**11** [4] - 3:8, 152:23, 153:2, 153:15
**1101** [1] - 2:4
**110th** [1] - 39:2
**11:10** [1] - 40:7
**12** [7] - 3:9, 153:16, 153:19, 154:15, 176:22, 176:25, 186:20
**12:10** [1] - 81:5
**12:25** [1] - 81:8
**13** [7] - 3:8, 3:9, 153:1, 153:15, 154:16, 154:20, 154:25
**136** [1] - 3:3
**1395** [1] - 2:7
**14** [6] - 3:9, 3:10, 153:20, 155:4, 155:8, 155:14
**144** [1] - 3:4
**148** [1] - 3:4
**149** [2] - 3:5, 3:5
**15** [7] - 3:10, 73:7, 80:25, 106:17, 133:11, 168:16, 168:20
**150** [2] - 3:6, 3:6
**151** [1] - 3:7
**152** [3] - 3:7, 3:8, 3:8
**153** [1] - 3:9
**154** [1] - 3:9
**155** [1] - 3:10
**16** [3] - 3:11, 168:25, 169:4
**168** [1] - 3:10
**169** [1] - 3:11
**17** [5] - 3:11, 41:10, 170:5, 170:7, 170:17
**170** [2] - 3:11, 3:12
**171** [1] - 3:12
**172** [3] - 3:13, 3:13, 3:14
**173** [1] - 3:14
**174** [3] - 3:15, 3:15, 3:16
**175** [1] - 3:16
**18** [7] - 3:12, 12:4, 41:10, 170:18, 170:19, 195:7, 195:17
**180** [1] - 2:17
**187** [1] - 2:16
**18th** [2] - 192:12, 193:13
**19** [3] - 3:12, 171:12, 171:16
**190** [1] - 2:18
**191** [2] - 193:6, 194:7
**1999** [4] - 22:15, 23:9, 24:8, 57:3
**1:06** [2] - 170:1, 170:2
**1:21-cv-20557-BB** [2] - 1:3, 195:9
**1:28** [2] - 169:5, 169:15
**1:36** [1] - 133:15
**1:47** [1] - 133:18
**1st** [19] - 119:2, 123:19, 127:6, 130:10, 130:12, 130:22, 131:1, 132:22, 134:4, 134:16, 135:10, 135:13, 135:14, 135:20, 145:17, 146:14, 148:21, 158:7, 177:10

**2**

**2** [7] - 3:4, 3:4, 60:13, 144:6, 144:9, 148:12, 181:9
**2-29** [1] - 173:25
**2-29-2020** [2] - 172:23, 174:10
**20** [3] - 3:13, 172:2, 172:5
**20/20** [1] - 66:10
**2005** [3] - 26:9, 26:10, 50:6
**2020** [29] - 8:13, 10:2, 12:17, 14:5, 42:5, 42:8, 42:16, 52:23, 84:7, 84:10, 87:2, 95:5, 108:9, 108:16, 115:3, 117:16, 123:19, 130:12, 134:4, 134:16, 138:16, 158:8, 158:11, 166:21, 169:5, 171:2, 171:17, 172:6, 177:10
**2021** [10] - 1:13, 4:4, 71:18, 192:12, 193:13, 194:17, 195:7, 195:12, 195:17, 196:21
**21** [3] - 3:13, 172:11, 172:14
**22** [3] - 3:14, 172:19, 172:22
**23** [3] - 3:14, 173:21, 173:25
**24** [4] - 3:15, 41:10, 174:7, 174:10
**25** [11] - 3:15, 7:4, 7:7, 8:20, 9:6, 10:9, 13:7, 15:6, 39:19, 174:14, 174:17
**26** [7] - 3:9, 3:16, 15:8, 154:20, 174:21, 174:24, 175:4
**27** [5] - 3:10, 3:16, 155:7, 175:17, 175:20
**28th** [3] - 92:3, 92:5, 93:17
**29** [14] - 1:13, 4:4, 84:7, 108:9, 108:16, 115:2, 166:21, 169:5, 171:2, 172:6, 174:18, 174:25, 195:12, 196:21
**29th** [21] - 95:5, 96:17, 97:16, 108:12, 109:4, 109:13, 110:1, 113:22, 115:6, 116:4, 116:9, 116:14, 117:16, 167:6, 171:17, 175:15, 175:21, 176:8, 176:13, 188:7, 189:22
**2:30** [1] - 181:11
**2:48** [1] - 180:5
**2:55** [1] - 180:8
**2nd** [5] - 135:2, 135:8, 135:14, 137:5, 142:7

**3**

**3** [5] - 2:24, 3:4, 3:5, 148:13, 149:1
**30** [6] - 11:19, 30:11, 38:11, 41:2, 179:2
**300** [2] - 8:10, 170:13
**33020** [1] - 2:4
**33131** [1] - 2:8
**34** [1] - 15:4
**3:04** [1] - 171:3
**3:08** [3] - 1:14, 191:10, 191:12
**3:45** [2] - 171:17, 171:25
**3rd** [6] - 137:13, 138:4, 138:8, 138:11, 138:16, 154:1

**4**

**4** [8] - 3:5, 3:5, 74:17, 143:6, 149:2, 149:5, 149:14, 181:9
**40** [1] - 69:4
**45** [1] - 133:6
**4th** [6] - 137:13, 141:9, 142:15, 153:25, 154:1, 155:17

**5**

**5** [10] - 3:5, 3:6, 76:10, 76:12, 76:15, 137:17, 149:15, 149:18, 149:23, 183:12
**500** [1] - 60:12
**59** [1] - 32:4
**5:45** [1] - 172:6
**5th** [2] - 156:15, 158:3

**6**

**6** [6] - 3:6, 3:6, 26:9, 150:1, 150:4, 183:13
**64747** [1] - 8:18
**6:27** [1] - 172:17
**6:35** [2] - 172:23, 173:15
**6th** [1] - 158:3

**7**

**7** [6] - 3:6, 3:7, 8:17, 150:12, 150:15, 150:24
**7:42** [1] - 173:25
**7:54** [1] - 174:10

**8**

**8** [5] - 3:7, 3:7, 151:1, 151:4, 151:18
**800** [1] - 141:2
**8000** [1] - 39:2
**816-209-9772** [1] - 99:25
**82** [1] - 42:11
**84** [2] - 42:10, 42:11
**86** [1] - 8:17
**89** [1] - 173:8
**8:31** [1] - 174:18

**9**

**9** [4] - 3:7, 151:19, 151:22, 152:5
**9-5-22** [1] - 192:20
**9.95** [2] - 173:6, 173:12
**92** [5] - 40:25, 42:9, 42:10, 42:13
**9:11** [1] - 174:25
**9:30** [1] - 95:21
**9:30-ish** [1] - 95:19

**A**

**a.m** [9] - 1:14, 4:5, 6:8, 6:12, 40:4, 40:7, 95:21, 181:9
**Aaron** [2] - 31:7, 31:10
**Aaron's** [1] - 31:8
**ability** [2] - 78:23, 102:17
**able** [17] - 19:11, 48:9, 78:2, 79:5, 82:9, 101:18, 103:3, 104:10, 104:13, 123:13, 124:23, 142:22, 158:24, 158:25, 159:11, 159:17, 165:14
**above-styled** [1] - 195:11
**absolutely** [2] - 40:2, 133:9
**academy** [1] - 85:25
**Academy** [6] - 86:1,

86:4, 86:6, 86:11, 86:16, 87:24
**accept** [2] - 20:9, 143:7
**access** [1] - 90:8
**accident** [7] - 21:4, 21:6, 21:9, 21:12, 22:6, 57:3, 181:4
**accidently** [1] - 67:7
**accidents** [4] - 57:4, 57:8, 57:15
**accommodations** [2] - 47:8, 47:9
**account** [2] - 86:17, 189:12
**accounts** [1] - 86:14
**accrued** [1] - 42:23
**accurate** [5] - 15:18, 19:13, 42:16, 45:9, 194:8
**Ace** [8] - 70:7, 70:10, 74:3, 135:4, 135:25, 156:2, 160:24, 163:13
**action** [2] - 193:10, 193:10
**activities** [10] - 28:4, 28:12, 29:14, 30:25, 76:19, 77:1, 77:11, 77:25, 96:13, 114:8
**activity** [1] - 104:22
**actual** [1] - 21:1
**acuity** [2] - 65:19, 65:23
**addiction** [1] - 51:21
**addition** [2] - 18:23, 113:12
**additional** [3] - 18:24, 44:17, 46:18
**additionally** [1] - 7:23
**additions** [1] - 196:22
**address** [3] - 8:16, 8:19, 38:24
**adopted** [1] - 13:4
**Adrian** [1] - 11:16
**advance** [1] - 8:2
**advise** [1] - 182:15
**advised** [3] - 60:3, 134:12, 195:12
**affect** [3] - 165:18, 165:22, 166:1
**affected** [2] - 70:4, 70:13
**affiliated** [1] - 53:6
**afford** [1] - 138:23
**afternoon** [8] - 108:9, 108:12, 108:15, 108:20, 109:3, 109:9, 109:13, 109:25
**age** [1] - 12:4
**agent** [1] - 85:3
**ago** [12] - 9:25, 14:19, 15:4, 15:6, 16:13, 62:16, 65:9, 65:11, 65:15, 66:7, 67:13, 67:15
**agree** [11] - 103:6, 123:12, 148:7, 165:17, 165:22, 166:1, 166:4, 166:7, 167:4, 176:14, 176:18
**agreement** [1] - 20:10
**ahead** [8] - 5:12, 5:22, 147:6, 147:8, 156:7, 159:18, 160:21, 162:21
**aide** [5] - 17:20, 17:23, 18:3, 36:20, 37:21
**airplanes** [1] - 94:4
**airport** [2] - 93:25, 94:2
**ajar** [4] - 120:21, 120:22, 120:25, 121:15
**alcohol** [19] - 93:8, 106:23, 108:19, 109:25, 113:18, 128:3, 128:14, 136:6, 140:8, 148:1, 165:18, 165:22, 166:1, 166:4, 166:7, 175:14, 176:1, 176:12, 177:9
**alcoholic** [10] - 97:23, 98:1, 106:2, 108:14, 111:2, 113:25, 114:4, 176:15, 176:19, 177:1
**alcoholism** [1] - 51:22
**all-you-can-drink** [2] - 139:24, 186:12
**allegation** [2] - 163:18, 163:19
**alleging** [1] - 81:12
**allow** [1] - 140:10
**allowed** [1] - 112:17
**almost** [5] - 15:8, 36:9, 97:11, 142:18, 168:5
**ALSO** [1] - 2:10
**alternate** [1] - 77:23
**alternates** [1] - 38:7
**alternating** [1] - 42:17
**Amber** [1] - 13:17
**Amber 's** [1] - 13:18
**amenities** [1] - 91:5
**America** [2] - 64:21, 64:23
**America 's** [2] - 66:20, 67:23
**amounts** [1] - 161:24
**and..** [2] - 144:1, 177:21
**Angela** [21] - 35:19, 37:8, 37:9, 37:11, 37:13, 38:2, 105:14, 105:16, 106:10, 108:4, 114:15, 118:2, 118:7, 119:6, 119:7, 130:1, 132:24, 139:3, 139:5, 141:10, 146:22
**angela** [1] - 90:14
**Angie** [4] - 35:17, 94:13, 111:22, 113:2
**angie** [2] - 112:13
**anniversary** [1] - 84:21
**answer** [7] - 5:21, 27:18, 133:21, 159:17, 159:18, 160:12, 185:7
**answering** [1] - 7:17
**answers** [1] - 48:1
**Anthony** [9] - 12:10, 12:11, 12:13, 12:16, 12:20, 12:23, 13:7, 13:12, 14:7
**Anthony 's** [2] - 13:9, 14:10
**anyway** [3] - 106:18, 135:21, 157:21
**anyways** [1] - 128:16
**apartment** [1] - 183:18
**apologize** [3] - 7:13, 8:2, 8:5
**APPEARANCES** [1] - 2:1
**appearances** [1] - 4:7
**appeared** [2] - 178:17, 192:9
**Appearing** [1] - 2:24
**apply** [1] - 74:25
**appointment** [3] - 66:24, 67:14, 195:15
**appointments** [2] - 82:25, 83:1
**apprehended** [1] - 24:25
**approximate** [1] - 28:1
**approximation** [1] - 50:12
**Arch** [1] - 2:7
**area** [16] - 14:25, 15:25, 16:3, 28:25, 29:7, 29:10, 31:11, 31:22, 92:10, 94:22, 98:16, 101:24, 105:5, 106:1, 125:24, 146:1
**arm** [10] - 76:5, 76:23, 77:5, 142:9, 142:12, 148:16, 149:6, 150:5, 152:11, 152:13
**arms** [1] - 59:8
**arrange** [2] - 195:14, 195:15
**arrested** [3] - 19:23, 20:3, 24:2
**arrive** [2] - 21:19, 91:25
**arrived** [3] - 92:4, 92:21, 156:16
**arthritis** [1] - 62:13
**assignment** [1] - 45:14
**assist** [4] - 45:24, 46:13, 46:16, 47:15
**assistance** [2] - 17:22, 125:16
**assistant** [1] - 18:20
**assisting** [1] - 47:4
**assistive** [1] - 46:18
**assists** [1] - 47:17
**ASSOCIATES** [1] - 2:3
**assume** [1] - 5:22
**ate** [7] - 93:3, 93:5, 97:4, 105:2, 113:14, 113:17, 114:25
**Atorvastatin** [1] - 60:16
**attached** [1] - 194:10
**attempt** [1] - 25:3
**attend** [3] - 19:4, 71:21, 110:9
**attention** [1] - 135:18
**attorney** [7] - 5:2, 178:10, 178:16, 178:17, 178:25, 193:8, 193:9
**Audio** [1] - 1:11
**Audio-Video** [1] - 1:11
**August** [1] - 195:17
**authorities** [1] - 21:19
**authority** [1] - 192:8
**authorized** [1] - 193:5
**available** [1] - 162:3
**Avenue** [1] - 2:7
**average** [3] - 43:18, 76:8, 82:16
**awaiting** [1] - 195:13
**awake** [1] - 119:8
**aware** [5] - 6:1, 59:24, 74:21, 177:15, 185:20

## B

**bad** [1] - 76:18
**bag** [1] - 113:16
**baggage** [4] - 98:21, 98:23, 100:6, 100:8
**bags** [1] - 103:15
**Baker** [1] - 10:15
**balcony** [8] - 91:3, 91:4, 91:6, 99:11, 99:12, 99:13, 164:21, 164:23
**bandage** [4] - 70:10, 74:3, 74:9, 154:2
**Bank** [10] - 85:14, 85:16, 86:15, 86:16, 87:9, 87:21, 87:25, 88:3, 88:6, 88:10
**bank** [2] - 86:6, 86:14
**banking** [2] - 85:13, 86:23
**banks** [2] - 85:22, 85:24
**bar** [27] - 75:15, 96:23, 108:4, 108:5, 108:12, 108:15, 109:25, 111:11, 112:2, 112:3, 112:4, 112:11, 112:16, 112:17, 112:19, 112:22, 113:4, 154:5, 154:8, 154:11, 167:17, 167:25, 168:1, 168:2, 169:14, 169:16, 171:25
**Bar** [18] - 3:10, 3:11, 167:14, 167:16, 167:21, 167:23, 168:7, 169:7, 169:13, 170:24, 171:18, 172:7, 172:25, 173:15, 174:1, 174:12, 175:22
**BARBARA** [7] - 1:4, 1:17, 4:13, 192:9, 193:5, 194:14, 196:25
**barbara** [1] - 195:5
**Barbara** [13] - 2:15, 4:2, 4:3, 4:23, 159:17, 166:25, 169:10, 171:19, 180:11, 181:3, 184:10, 184:21, 185:9
**bargain** [1] - 20:12
**bars** [4] - 93:16, 108:2, 108:19, 111:5

**bartenders** [1] - 107:24
**basis** [3] - 7:8, 46:21, 60:10
**bath** [2] - 77:4, 77:8
**bathe** [1] - 79:13
**bathroom** [114] - 79:10, 91:10, 91:13, 100:3, 100:7, 100:9, 100:12, 100:16, 100:20, 100:24, 101:1, 101:4, 101:6, 101:8, 101:11, 101:14, 101:17, 101:19, 101:24, 102:2, 102:11, 103:3, 103:7, 103:9, 103:12, 103:18, 103:20, 103:23, 104:5, 104:7, 104:17, 104:18, 104:19, 105:19, 105:22, 115:1, 115:5, 115:7, 115:10, 115:13, 115:14, 115:17, 115:20, 116:3, 116:8, 116:13, 117:11, 117:21, 117:23, 118:5, 119:15, 119:17, 119:19, 119:22, 120:1, 120:10, 120:12, 120:19, 120:21, 121:3, 121:8, 121:12, 121:19, 122:3, 122:4, 122:11, 122:14, 123:5, 123:11, 124:11, 124:15, 124:17, 124:21, 124:24, 143:25, 145:9, 146:17, 146:25, 147:20, 147:24, 148:4, 151:5, 151:7, 153:3, 153:8, 154:21, 155:12, 163:4, 163:11, 164:10, 164:25, 165:8, 165:13, 177:3, 177:20, 181:25, 182:9, 182:17, 182:22, 183:6, 184:12, 184:25, 185:1, 185:2, 185:12, 185:13, 185:18, 185:23, 186:6, 187:22, 190:7, 190:10, 190:12, 190:15
**bathrooms** [1] - 117:22
**bay** [5] - 129:25, 131:7, 131:12, 131:18, 139:6
**beach** [6] - 128:8, 128:9, 128:10, 128:11, 128:15, 129:2
**bear** [1] - 179:4
**became** [1] - 36:25
**bed** [28] - 114:12, 114:15, 114:19, 114:23, 115:13, 115:17, 115:21, 115:25, 116:3, 116:8, 116:14, 116:17, 116:25, 117:3, 117:6, 117:8, 117:9, 117:12, 117:16, 117:18, 126:9, 176:8, 181:14, 181:17, 181:23, 182:5, 188:6, 189:23
**beds** [2] - 91:4, 91:6
**began** [2] - 67:12, 84:7
**beginning** [1] - 84:10
**behalf** [2] - 4:9, 4:11
**BEHALF** [2] - 2:3, 2:6
**behind** [1] - 143:12
**Belton** [2] - 56:15, 64:21
**benefits** [3] - 42:18, 42:25, 57:24
**beside** [1] - 170:14
**Best** [2] - 66:20, 67:23
**better** [2] - 158:25, 160:8
**between** [19] - 42:10, 69:5, 77:23, 101:11, 121:19, 122:2, 122:13, 127:20, 138:15, 138:16, 158:16, 158:20, 181:24, 182:8, 182:16, 183:5, 183:17, 184:24, 185:1
**beverages** [1] - 108:14
**beyond** [2] - 107:19, 161:16
**big** [7] - 96:25, 97:1, 117:23, 121:7, 145:23, 145:25, 190:11
**bill** [3] - 139:16, 139:18, 139:21
**birthday** [3] - 50:10, 50:17, 84:20
**bit** [6] - 7:25, 68:4, 77:24, 163:15, 164:2, 164:3
**black** [1] - 118:11
**blended** [1] - 104:3
**block** [3] - 46:9, 46:21, 124:6
**blocking** [6] - 101:23, 116:12, 122:12, 122:18, 147:9, 147:13
**blood** [5] - 51:5, 52:8, 54:18, 60:14, 60:15
**blows** [3] - 33:18, 33:23, 33:24
**Blue** [4] - 177:24, 177:25
**blue** [10] - 102:7, 115:24, 118:11, 120:4, 122:17, 122:19, 145:9, 147:14, 147:18, 152:21
**blurriness** [1] - 67:12
**blurry** [2] - 66:19, 67:16
**blush** [2] - 174:18, 174:25
**bo** [1] - 18:6
**bo-tech** [1] - 18:6
**board** [31] - 87:14, 87:17, 88:16, 89:1, 89:25, 90:1, 90:5, 96:20, 97:3, 97:7, 97:15, 106:4, 109:9, 111:10, 113:18, 125:19, 129:23, 137:24, 138:3, 141:5, 143:11, 148:17, 154:6, 156:20, 159:12, 160:1, 160:6, 161:6, 162:5, 162:23, 167:5
**boarded** [7] - 92:14, 95:7, 96:14, 96:17, 96:19, 97:2, 97:20
**boat** [4] - 135:22, 136:22, 156:18, 158:2
**body** [5] - 63:2, 63:19, 132:10, 145:19, 146:3
**bonds** [1] - 43:12
**bone** [2] - 81:25, 134:8
**book** [2] - 85:5, 91:2
**booked** [6] - 84:19, 84:24, 85:9, 90:17, 90:19, 90:20
**born** [2] - 6:20, 15:13
**bottom** [1] - 169:10
**bought** [6] - 93:14, 135:25, 136:6, 139:23, 154:4, 171:6
**Bourbon** [1] - 92:24
**bra** [2] - 79:4, 162:16
**brace** [5] - 69:11, 69:13, 69:18, 70:3, 152:11
**brand** [1] - 93:22
**Brandon** [10] - 2:10, 10:6, 10:8, 10:9, 11:14, 11:22, 12:6, 13:6, 35:9, 35:10
**Brandon 's** [2] - 16:4, 16:5
**Branson** [5] - 29:6, 29:10, 29:14, 29:20, 78:1
**break** [7] - 5:12, 40:1, 43:25, 80:25, 108:24, 133:8, 162:19
**breakfast** [4] - 95:23, 96:1, 96:4, 127:23
**breath** [2] - 55:2, 55:7
**Breeze** [2] - 170:23, 170:24
**Brickell** [2] - 2:7, 2:7
**bridges** [5] - 92:11, 94:8, 94:9, 94:10
**brief** [3] - 80:24, 162:19, 187:16
**briefly** [1] - 6:4
**bring** [1] - 113:18
**brings** [1] - 42:13
**broadly** [1] - 59:7
**broke** [6] - 118:9, 126:25, 134:1, 134:6, 157:15, 163:11
**broken** [5] - 125:3, 125:13, 134:8, 142:9, 142:12
**brother** [4] - 14:22, 31:23, 33:5, 33:6
**brother 's** [1] - 31:25
**brought** [2] - 12:24, 177:18
**bruised** [2] - 118:8, 125:10
**bruises** [1] - 152:3
**brush** [3] - 79:5, 79:8, 115:9
**buckle** [1] - 162:15
**buffet** [5] - 105:4, 106:1, 107:1, 110:4, 113:12
**buffets** [1] - 105:3
**build** [2] - 33:23, 33:24
**building** [5] - 23:1, 72:3, 72:4, 72:16, 72:20
**bunch** [1] - 161:18
**BURNETT** [1] - 2:6
**bus** [3] - 96:9, 128:10, 136:3
**business** [1] - 39:7
**businesses** [1] - 43:8
**busy** [1] - 94:10
**button** [1] - 67:8
**buy** [5] - 89:14, 89:21, 96:25, 97:1, 106:10
**buying** [3] - 15:22, 128:7, 186:16
**BY** [56] - 2:5, 2:8, 4:17, 6:13, 40:8, 67:6, 81:9, 133:22, 137:1, 144:8, 148:15, 149:4, 149:17, 150:3, 150:14, 151:3, 151:21, 152:8, 152:25, 153:18, 154:18, 155:6, 159:22, 160:11, 168:18, 169:2, 170:6, 170:21, 171:14, 172:4, 172:13, 172:21, 173:23, 174:9, 174:16, 174:23, 175:19, 180:10, 181:1, 181:20, 182:13, 182:20, 183:11, 183:21, 184:2, 184:9, 184:15, 184:20, 185:8, 186:1, 186:9, 187:5, 187:15, 190:4, 190:13, 190:24
**bye** [1] - 138:6
**Bystolic** [3] - 60:15, 60:18, 60:23

## C

**C-L-A-Y-T-O-N** [1] - 14:14
**c/o** [1] - 195:5
**cabin** [49] - 90:1, 90:4, 90:9, 91:1, 91:3, 98:24, 99:7, 99:8, 99:11, 100:1, 100:3, 100:11, 100:15,

100:20, 100:24, 101:4, 101:5, 101:8, 101:11, 101:19, 101:23, 101:24, 102:2, 102:6, 102:11, 102:16, 102:22, 103:12, 103:13, 103:18, 103:20, 104:19, 104:23, 105:17, 105:23, 115:1, 117:9, 117:11, 117:15, 122:2, 122:13, 144:17, 147:20, 151:7, 153:3, 163:4, 165:8, 185:2
**cabins** [1] - 91:8
**Caesarian** [1] - 55:23
**cafe** [1] - 104:25
**camera** [1] - 126:2
**Cameron** [1] - 12:12
**cancelled** [1] - 128:7
**cane** [1] - 46:14
**capacity** [1] - 48:5
**car** [17] - 21:5, 21:8, 21:12, 21:14, 22:6, 22:10, 22:14, 23:24, 25:20, 57:2, 57:4, 57:8, 79:16, 79:19, 79:22, 92:19
**card** [34] - 85:11, 86:11, 87:7, 87:8, 87:11, 87:12, 87:13, 87:19, 87:20, 87:24, 88:10, 88:19, 88:22, 88:24, 89:2, 89:4, 89:5, 89:9, 89:13, 89:14, 89:15, 89:19, 89:22, 89:24, 90:8, 90:25, 114:3, 130:5, 131:25, 132:16, 134:21, 143:7, 168:23, 168:24
**cardiologist** [6] - 53:16, 53:17, 53:24, 54:5, 54:7, 54:14
**cardiologist 's** [1] - 54:1
**cardiology** [1] - 54:10
**cardiovascular** [1] - 54:21
**cards** [3] - 87:1, 87:6, 88:2
**care** [21] - 36:22, 37:1, 37:18, 43:22, 43:25, 44:4, 52:18, 52:21, 53:1, 53:12, 62:23, 136:11, 138:23, 139:12, 141:25, 142:25, 156:13, 157:6, 157:8, 157:12, 195:16
**Care** [7] - 52:13, 52:20, 52:25, 157:7, 157:18, 158:1, 177:24
**cared** [1] - 37:17
**Carnival** [126] - 4:2, 4:11, 8:12, 10:1, 12:17, 12:20, 12:24, 14:5, 16:20, 16:25, 27:16, 28:15, 29:10, 29:13, 29:21, 30:22, 31:1, 32:13, 32:23, 33:15, 34:9, 35:4, 35:5, 35:15, 42:6, 44:12, 44:16, 44:22, 45:6, 45:15, 45:20, 46:17, 47:9, 47:13, 48:10, 50:21, 50:22, 50:25, 51:17, 51:21, 51:24, 52:10, 53:14, 54:20, 55:5, 55:6, 55:9, 55:19, 56:24, 57:5, 57:9, 57:12, 57:16, 57:21, 58:8, 58:10, 58:16, 58:19, 58:24, 59:4, 59:9, 59:12, 59:17, 59:19, 59:24, 60:6, 61:1, 63:15, 63:19, 64:17, 65:17, 65:23, 66:2, 67:17, 67:21, 68:8, 68:12, 68:15, 68:23, 77:15, 78:13, 78:24, 79:19, 80:1, 80:8, 80:11, 80:15, 80:22, 84:6, 84:9, 84:17, 84:25, 85:19, 87:2, 88:3, 88:16, 88:19, 88:24, 89:1, 90:5, 95:8, 96:17, 97:16, 97:21, 102:22, 103:18, 104:19, 107:15, 107:18, 108:21, 114:3, 136:20, 138:3, 139:19, 151:8, 159:12, 160:1, 160:7, 160:20, 163:5, 163:7, 163:21, 164:17, 166:22, 186:10, 195:8
**CARNIVAL** [2] - 1:7, 1:8
**Carnival 's** [1] - 85:6
**carry** [1] - 48:19
**carrying** [3] - 48:14, 48:16, 132:19
**CASE** [2] - 1:3, 195:9
**case** [9] - 1:22, 4:1, 12:24, 42:12, 47:25, 48:5, 66:20, 81:12, 186:15
**cash** [1] - 132:19
**casino** [20] - 108:3, 108:5, 108:8, 108:12, 108:15, 109:25, 111:11, 112:7, 112:14, 112:18, 154:10, 154:11, 167:17, 167:23, 168:1, 169:14, 169:16, 171:25, 173:20, 187:8
**cast** [12] - 69:17, 69:19, 69:20, 69:25, 70:3, 71:25, 72:2, 149:19, 149:22, 150:11, 152:15, 152:22
**cat** [2] - 48:18, 48:19
**cataract** [3] - 64:18, 64:19, 68:14
**cataracts** [2] - 66:23, 66:25
**cats** [1] - 48:18
**caught** [1] - 120:4
**causes** [1] - 177:15
**cc** [1] - 195:25
**celebrate** [1] - 84:20
**cell** [6] - 99:17, 99:19, 99:22, 125:24, 126:2, 150:22
**center** [26] - 125:19, 126:15, 126:16, 130:15, 130:22, 130:25, 131:17, 133:3, 134:4, 134:10, 134:12, 134:17, 135:10, 138:10, 138:18, 141:11, 142:4, 142:7, 142:14, 143:6, 155:18, 155:21, 159:12, 160:1, 160:6, 162:23
**Center** [1] - 64:21
**cents** [1] - 173:8
**cerebral** [2] - 45:2, 45:20
**certain** [1] - 77:4
**certificate** [1] - 18:13
**CERTIFICATE** [2] - 192:2, 193:1
**certifications** [5] - 18:24, 19:3, 19:7, 19:12, 19:16
**certified** [2] - 18:20, 18:21
**CERTIFY** [1] - 193:8
**certify** [4] - 192:8, 193:4, 194:6, 196:19
**chance** [2] - 103:8, 138:11
**change** [2] - 61:8, 61:11
**CHANGE / CORRECTION** [1] - 196:6
**changed** [2] - 8:11, 44:22
**changes** [1] - 196:2
**charge** [6] - 21:24, 37:15, 37:20, 168:22, 173:6, 189:12
**charged** [4] - 20:5, 24:10, 139:24, 173:11
**charges** [3] - 23:19, 23:23, 88:9
**check** [1] - 65:14
**checked** [1] - 66:20
**Cheers** [6] - 3:11, 168:13, 170:10, 170:11, 188:14, 188:17
**chemical** [1] - 54:16
**child** [3] - 12:7, 15:12, 17:23
**childbirth** [1] - 56:21
**children** [6] - 10:22, 11:15, 13:1, 27:3, 31:4, 32:7
**cholesterol** [2] - 51:6, 52:9
**chores** [2] - 77:16, 77:20
**Christopher** [3] - 2:8, 4:11, 185:4
**chronic** [2] - 51:1, 60:4
**cigarette** [2] - 111:23, 111:24
**cigarettes** [5] - 26:4, 26:6, 26:11, 26:14, 26:21
**circumstances** [1] - 50:20
**City** [24] - 6:25, 7:2, 7:7, 8:17, 9:12, 9:22, 11:12, 11:18, 14:24, 15:24, 16:3, 16:15, 18:4, 23:10, 27:5, 27:8, 28:25, 29:1, 29:18, 30:4, 30:9, 31:11, 31:22
**claim** [1] - 57:20
**claiming** [1] - 48:4
**claims** [1] - 49:25
**clarify** [3] - 5:19, 36:20, 163:15
**clarity** [1] - 154:24
**clayton** [1] - 14:12
**Clayton** [3] - 14:13, 14:14, 14:18
**cleanup** [2] - 49:7, 81:10
**clearly** [1] - 165:15
**clinic** [4] - 53:7, 53:23, 72:13, 136:12
**Clinton** [2] - 31:24, 33:2
**close** [4] - 27:5, 30:6, 166:12, 191:2
**closed** [2] - 120:21, 146:24
**closing** [1] - 190:22
**COCCI** [1] - 65:1
**Cocci** [7] - 65:3, 65:5, 65:8, 65:17, 65:19, 66:2, 66:24
**coffee** [1] - 8:1
**cold** [1] - 27:1
**college** [1] - 17:4
**colonoscopy** [1] - 54:10
**color** [5] - 103:25, 164:5, 164:9, 164:14, 165:2
**colostomy** [1] - 54:9
**combo** [1] - 179:12
**comfortable** [2] - 160:18, 160:21
**coming** [1] - 8:6
**commerce** [1] - 85:14
**Commerce** [9] - 85:15, 86:15, 87:7, 87:9, 87:21, 88:3, 88:6, 88:10, 132:16
**Commission** [1] - 194:21
**commission** [1] - 192:20
**Communication** [1] - 1:11
**companion** [1] - 188:3
**company** [5] - 23:13, 39:9, 39:15, 50:1
**compared** [3] - 42:4, 44:23, 46:21
**compassionate** [5] - 138:23, 139:12, 141:24, 142:25, 156:13
**compensate** [2] -

76:22, 77:6
**compensation** [2] - 57:20, 57:24
**complaints** [3] - 68:7, 162:22, 165:6
**complications** [1] - 74:22
**concentrate** [1] - 80:22
**concentrating** [1] - 80:14
**concerned** [1] - 195:15
**concerns** [1] - 80:11
**conclude** [2] - 195:14, 195:17
**concluded** [1] - 191:12
**condition** [1] - 134:3
**conditions** [4] - 51:2, 52:7, 52:10, 60:5
**confirm** [3] - 6:5, 48:3, 81:12
**confused** [1] - 120:13
**congratulations** [1] - 26:25
**connected** [1] - 193:9
**connection** [3] - 24:3, 24:11, 25:16
**consecutively** [1] - 7:4
**considered** [2] - 56:5, 62:8
**considering** [1] - 63:25
**construction** [1] - 34:1
**contact** [2] - 14:7, 16:7
**contacts** [2] - 39:16, 64:5
**contemporaneous** [1] - 143:16
**content** [2] - 178:15, 178:23
**context** [1] - 28:13
**continental** [1] - 96:4
**continue** [4] - 73:12, 73:21, 140:7, 161:15
**contributing** [2] - 177:14, 177:16
**convenience** [1] - 195:14
**conversation** [8] - 126:22, 127:5, 130:25, 131:4, 132:21, 134:16, 155:21, 178:24
**conversations** [3] - 107:14, 107:16, 107:21
**convicted** [1] - 20:13
**cool** [1] - 129:1
**Cops** [4] - 94:14, 94:16, 94:17
**corner** [1] - 146:8
**CORPORATION** [1] - 1:7
**correct** [112] - 7:10, 7:11, 15:19, 18:1, 18:25, 21:16, 23:11, 23:12, 29:5, 36:15, 38:21, 39:20, 39:21, 40:11, 40:12, 40:21, 40:22, 44:9, 48:5, 48:6, 50:7, 57:24, 57:25, 81:13, 81:14, 84:12, 89:20, 91:11, 92:6, 93:7, 95:5, 95:6, 95:8, 95:9, 95:13, 95:16, 97:21, 97:22, 97:24, 97:25, 98:24, 100:9, 103:1, 104:9, 104:11, 104:12, 104:14, 104:15, 104:20, 104:21, 106:13, 113:4, 117:7, 120:16, 120:17, 120:20, 124:4, 124:7, 134:13, 134:14, 137:3, 137:18, 139:10, 145:10, 145:11, 147:20, 147:21, 150:5, 150:17, 153:10, 153:11, 153:13, 153:14, 155:2, 155:19, 156:17, 156:19, 158:9, 158:11, 158:12, 161:6, 161:10, 165:11, 165:12, 167:7, 167:14, 169:10, 172:9, 172:25, 174:12, 174:19, 175:5, 175:15, 175:23, 176:9, 176:10, 176:24, 177:3, 177:4, 177:6, 177:7, 180:14, 180:17, 187:4, 187:22, 187:23, 187:25, 188:1, 188:18, 188:19, 188:21, 196:23
**correction** [1] - 196:3
**corrections** [2] - 194:9, 196:22
**correctly** [1] - 28:21
**cost** [2] - 134:12, 134:18
**Counsel** [1] - 195:25
**counsel** [8] - 4:6, 71:8, 181:21, 184:10, 186:18, 187:12, 193:8, 193:9
**count** [1] - 176:21
**counted** [1] - 186:19
**counter** [4] - 140:11, 161:4, 162:2, 186:24
**counting** [1] - 173:18
**COUNTY** [3] - 192:5, 193:3, 194:3
**county** [1] - 20:20
**County** [3] - 20:22, 23:3, 23:4
**couple** [20] - 12:18, 17:22, 32:25, 48:18, 49:7, 60:4, 61:23, 65:11, 68:25, 71:10, 97:5, 110:23, 112:6, 112:15, 113:23, 121:16, 140:6, 166:10, 180:1
**court** [2] - 5:11, 7:19
**COURT** [1] - 1:1
**courteous** [1] - 163:9
**covered** [2] - 146:1, 157:21
**Cozumel** [9] - 127:18, 128:2, 128:5, 129:4, 131:6, 136:12, 137:4, 137:10, 142:8
**crash** [3] - 22:10, 22:14, 23:18
**cream** [1] - 74:25
**credit** [11] - 87:1, 87:6, 87:7, 87:8, 87:12, 88:2, 88:7, 88:10, 89:9, 130:5, 131:25
**crime** [1] - 24:10
**criminal** [1] - 49:22
**Cross** [2] - 177:24, 177:25
**CROSS** [1] - 180:9
**CROSS - EXAMINATION** [1] - 180:9
**crowded** [3] - 113:1, 113:5, 113:6
**cruise** [180] - 8:12, 10:1, 12:17, 12:19, 14:5, 16:20, 16:25, 27:16, 27:22, 28:13, 28:15, 28:19, 29:11, 29:13, 29:21, 30:22, 31:1, 31:16, 32:13, 32:16, 32:24, 33:15, 34:10, 35:4, 35:6, 35:15, 35:18, 42:6, 44:12, 44:16, 44:22, 45:6, 45:15, 45:21, 46:17, 47:10, 47:13, 47:18, 48:10, 50:21, 50:23, 50:25, 51:18, 51:21, 51:24, 52:4, 52:10, 52:13, 53:14, 54:20, 55:5, 55:6, 55:10, 55:13, 55:16, 55:19, 56:20, 56:24, 57:5, 57:9, 57:13, 57:17, 57:21, 58:8, 58:11, 58:16, 58:20, 58:24, 59:1, 59:4, 59:9, 59:13, 59:17, 59:19, 59:24, 60:4, 60:6, 61:2, 63:16, 63:20, 64:17, 65:17, 65:23, 66:2, 66:5, 67:17, 67:21, 68:9, 68:11, 68:13, 68:16, 68:17, 68:20, 68:24, 77:12, 77:15, 77:20, 78:1, 78:8, 78:13, 78:20, 78:24, 79:2, 79:19, 80:1, 80:4, 80:8, 80:11, 80:14, 80:18, 80:22, 81:2, 84:4, 84:6, 84:7, 84:9, 84:11, 84:14, 84:17, 84:24, 85:9, 85:19, 87:2, 87:4, 87:14, 87:23, 88:4, 88:11, 88:17, 89:14, 90:1, 90:4, 90:12, 90:13, 90:18, 90:20, 90:23, 91:17, 92:16, 95:18, 96:10, 96:20, 97:3, 98:24, 102:25, 106:7, 107:4, 107:18, 108:21, 111:1, 113:15, 131:5, 132:12, 132:15, 135:18, 140:8, 140:18, 140:20, 142:2, 142:22, 144:17, 147:25, 149:1, 151:24, 153:23, 160:19, 162:23, 163:6, 163:7, 167:3, 171:8, 178:4, 178:7, 179:17, 181:3, 181:4, 181:5, 181:21, 182:24, 187:19
**Cruise** [1] - 4:2
**CRUISE** [1] - 1:8
**cruising** [2] - 135:15, 137:9
**cry** [1] - 162:11
**crystal** [2] - 32:10, 32:14
**Crystal** [1] - 32:11
**curious** [2] - 35:1, 121:2
**current** [7] - 8:9, 8:15, 40:13, 42:3, 83:17, 83:20, 177:22
**custody** [1] - 24:16
**cut** [3] - 72:8, 132:7, 143:10
**cuts** [1] - 78:18
**cutting** [1] - 78:19

## D

**D-A-W-N-D-A** [1] - 36:7
**d/b/a** [1] - 1:8
**DADE** [3] - 192:5, 193:3, 194:3
**daily** [4] - 46:6, 77:1, 82:6
**damon** [2] - 52:12, 53:4
**Damon** [2] - 52:17, 54:2
**dangerous** [2] - 103:19, 104:5
**dark** [2] - 120:11, 120:16
**date** [12] - 50:9, 50:11, 50:18, 69:5, 69:6, 70:22, 71:4, 150:18, 152:18, 152:20, 153:6, 166:22
**DATED** [1] - 193:13
**daughter** [2] - 30:9, 32:8
**daughter 's** [1] - 32:9
**David** [8] - 32:2, 32:3, 32:4, 32:7, 32:11, 32:14, 32:16, 32:23
**Dawn** [20] - 27:8, 27:13, 27:15, 28:1, 28:3, 28:8, 28:13, 28:18, 30:1, 30:25, 31:3, 35:8, 35:10, 35:24, 36:1, 36:2, 36:4, 77:25, 78:8
**Dawn 's** [2] - 27:10, 30:8
**Dawnda** [9] - 35:23, 36:2, 36:3, 36:5, 36:6, 36:8, 36:12, 36:20, 37:2
**Dawnda 's** [1] - 36:22
**day's** [1] - 166:14

**days** [12] - 61:23, 62:3, 62:5, 68:25, 69:1, 140:18, 157:16, 159:3, 159:8, 161:13, 161:14, 161:21
**DDS** [2] - 56:4, 56:15
**dealing** [1] - 8:3
**Dear** [1] - 195:10
**debit** [10] - 85:11, 86:11, 87:19, 87:20, 87:24, 89:13, 89:15, 89:19, 132:16, 168:23
**deceased** [1] - 16:9
**deck** [3] - 99:9, 99:10, 105:8
**declined** [1] - 22:4
**deductible** [1] - 157:21
**DEFENDANT** [1] - 2:6
**defendant** [1] - 49:19
**Defendant** [1] - 1:9
**Defendant 's** [27] - 136:24, 144:6, 148:13, 149:2, 149:15, 150:1, 150:12, 151:1, 151:19, 152:6, 152:23, 153:16, 154:16, 155:4, 168:16, 168:25, 170:4, 170:19, 171:12, 172:2, 172:11, 172:19, 173:21, 174:7, 174:14, 174:21, 175:17
**DEFENDANT 'S** [1] - 3:2
**definitely** [1] - 162:4
**degenerative** [1] - 51:18
**degree** [1] - 18:13
**delay** [1] - 158:20
**Dental** [1] - 56:15
**dentist** [4] - 56:7, 56:8, 56:10, 56:12
**dentures** [1] - 56:2
**deponent** [1] - 195:11
**DEPOSITION** [1] - 1:17
**deposition** [14] - 4:3, 5:9, 5:15, 6:1, 49:12, 148:12, 178:12, 178:21, 178:25, 191:11, 193:5, 195:17, 195:18, 196:21
**Deposition** [2] - 1:21, 195:12
**depositions** [1] - 49:13
**depressant** [1] - 166:5
**depth** [1] - 166:1
**describe** [3] - 39:7, 66:14, 131:21
**described** [1] - 137:4
**desk** [8] - 107:10, 118:21, 131:15, 131:23, 132:4, 132:6, 134:10, 141:16
**details** [1] - 23:25
**device** [1] - 46:18
**diabetes** [3] - 51:5, 52:8, 61:13
**diagnosed** [1] - 64:15
**diagnosis** [1] - 65:25
**diary** [1] - 143:22
**difference** [1] - 81:17
**different** [17] - 5:16, 36:1, 41:11, 44:10, 45:14, 66:21, 75:9, 75:18, 130:19, 140:6, 157:22, 160:5, 164:9, 164:14, 164:15, 164:25, 183:16
**difficult** [2] - 7:19, 80:21
**difficulty** [5] - 77:16, 79:14, 79:22, 80:13, 102:17
**dining** [2] - 110:15, 110:19
**dinner** [20] - 28:16, 28:17, 32:20, 78:7, 93:2, 93:3, 93:5, 93:9, 93:12, 110:6, 110:9, 110:13, 110:21, 111:1, 111:2, 113:14, 113:21, 114:1, 114:9, 140:1
**diploma** [1] - 17:9
**DIRECT** [1] - 4:16
**direction** [1] - 147:2
**directly** [1] - 85:5
**disabled** [1] - 32:6
**disc** [1] - 51:18
**discovered** [1] - 21:21
**discuss** [1] - 139:18
**discussing** [1] - 81:1
**discussion** [2] - 6:9, 180:2
**disease** [1] - 51:18
**dispute** [4] - 175:7, 175:8, 175:10, 175:11
**distance** [1] - 46:22
**DISTRICT** [2] - 1:1, 1:1
**DIVISION** [1] - 1:2
**divorced** [1] - 13:14
**dizziness** [2] - 58:4, 58:7
**dock** [2] - 100:21, 109:18
**doctor** [18] - 54:8, 58:6, 58:23, 62:22, 62:23, 63:10, 84:1, 134:13, 134:18, 135:5, 142:19, 143:4, 157:8, 159:2, 159:6, 160:2, 160:13, 160:23
**doctors** [5] - 47:21, 55:1, 58:15, 59:16, 59:21
**doctors '** [2] - 82:25
**document** [4] - 153:20, 167:1, 169:3, 169:12
**documents** [2] - 148:11, 166:10
**dog** [2] - 48:19, 48:20
**Dollar** [1] - 29:18
**dominant** [2] - 49:4, 49:5
**done** [9] - 19:8, 30:4, 47:10, 143:18, 147:6, 160:6, 160:14, 160:17, 160:21
**door** [17] - 90:1, 90:4, 97:11, 120:19, 120:21, 121:3, 121:10, 131:15, 146:20, 146:23, 146:24, 147:4, 147:6, 168:5, 190:22, 191:1, 191:2
**down** [54] - 29:3, 29:8, 45:3, 91:19, 91:22, 92:24, 95:11, 95:17, 95:24, 96:5, 103:23, 107:9, 107:10, 118:6, 118:12, 120:9, 125:19, 126:17, 126:18, 129:8, 130:1, 130:2, 130:3, 131:8, 131:12, 131:18, 131:23, 134:17, 138:24, 138:25, 139:1, 139:6, 139:12, 141:10, 141:13, 142:6, 142:14, 142:16, 142:17, 143:5, 143:17, 146:10, 146:15, 153:1, 155:21, 156:9, 156:12, 156:13, 162:8, 164:2, 173:6, 183:4, 183:14
**downtown** [1] - 92:10
**Dr** [24] - 52:12, 52:17, 53:4, 53:6, 53:12, 65:5, 65:8, 65:17, 65:19, 66:2, 66:24, 70:20, 71:1, 71:3, 71:9, 71:16, 72:15, 72:17, 72:23, 73:15, 158:13, 158:15, 158:19, 158:23
**drank** [5] - 129:14, 148:1, 177:5, 189:3, 189:9
**drink** [69] - 89:2, 89:4, 89:5, 89:7, 89:22, 96:24, 97:9, 97:23, 98:2, 98:4, 98:5, 98:12, 98:16, 99:1, 99:4, 105:25, 106:3, 106:17, 110:2, 111:4, 111:9, 111:11, 111:22, 111:25, 112:5, 112:9, 113:4, 114:22, 128:1, 128:18, 128:22, 129:10, 129:12, 137:20, 137:23, 139:16, 139:22, 139:24, 139:25, 140:1, 140:7, 165:20, 165:21, 165:25, 167:18, 167:20, 168:8, 168:10, 168:11, 168:24, 169:17, 169:22, 171:9, 171:24, 173:2, 173:10, 173:15, 173:18, 176:1, 176:5, 186:12, 187:1, 188:15, 188:17, 188:23, 188:25, 189:6, 189:19
**drinking** [9] - 111:12, 112:5, 136:7, 165:17, 171:7, 181:19, 188:22, 188:23
**drinks** [27] - 89:25, 106:10, 106:15, 108:11, 111:2, 111:6, 111:11, 111:15, 113:23, 113:25, 114:4, 176:15, 176:19, 177:1, 177:6, 186:10, 186:16, 186:18, 186:21, 187:6, 188:8, 188:10, 188:21, 189:4, 189:8, 189:9, 189:21
**drive** [3] - 29:23, 79:16, 156:24
**driving** [1] - 79:22
**drop** [1] - 99:7
**dropped** [2] - 96:9, 98:23
**dropping** [4] - 100:2, 100:6, 100:8, 100:25
**drove** [3] - 91:24, 156:25, 157:1
**drug** [10] - 20:4, 20:13, 20:23, 21:1, 21:22, 24:3, 25:5, 25:8, 51:21, 135:25
**drugs** [3] - 25:15, 25:23, 26:2
**drunk** [1] - 181:16
**due** [4] - 45:15, 50:2, 55:7, 81:17
**Duke** [1] - 52:16
**duly** [2] - 4:14, 192:10
**during** [9] - 5:15, 88:16, 100:1, 100:24, 101:22, 102:10, 103:17, 132:15, 163:6
**duties** [1] - 47:18
**dying** [1] - 108:23

## E

**e)"...Any** [1] - 196:2
**earliest** [1] - 195:14
**early** [11] - 119:23, 123:19, 123:25, 125:2, 125:14, 125:22, 145:17, 146:13, 177:10, 181:3, 181:4
**earning** [1] - 48:5
**easier** [1] - 47:11
**eat** [15] - 78:2, 94:25, 95:23, 96:1, 97:3, 97:5, 104:24, 110:4, 114:22, 127:23, 128:24, 129:3, 129:6, 136:9, 137:19
**edge** [1] - 98:13
**education** [5] - 17:3, 17:12, 18:3, 18:16,

18:18
**effects** [2] - 64:3, 147:25
**eight** [3] - 44:6, 73:3, 129:18
**either** [9] - 38:11, 52:1, 54:18, 59:5, 59:16, 103:19, 136:12, 147:22, 188:20
**elbow** [1] - 76:23
**elevated** [1] - 94:12
**ELINGTON** [1] - 30:16
**Ellington** [1] - 30:15
**embarrassing** [2] - 162:14, 162:16
**emergency** [1] - 56:25
**employed** [1] - 37:11
**employee** [3] - 39:22, 193:8, 193:9
**employer** [4] - 23:16, 47:12, 47:17, 57:20
**employment** [2] - 40:10, 48:8
**encountered** [1] - 180:19
**end** [2] - 138:16, 146:8
**ended** [2] - 128:7, 145:18
**endocrinologist** [2] - 53:16, 55:17
**English** [1] - 66:15
**enter** [2] - 101:8, 145:9
**entered** [2] - 101:17, 196:3
**entering** [1] - 94:4
**entrance** [4] - 153:3, 184:12, 185:1, 186:5
**entranceway** [1] - 185:12
**entryway** [1] - 185:22
**Eric** [2] - 16:6, 25:13
**ERRATA** [1] - 196:1
**errata** [1] - 194:10
**especially** [1] - 5:4
**Esquire** [3] - 2:5, 2:8, 195:5
**estimate** [1] - 92:14
**evening** [6] - 108:20, 109:16, 129:21, 129:24, 130:11, 158:3
**event** [1] - 84:20
**eventful** [2] - 129:21, 155:16
**events** [1] - 137:3
**everyday** [1] - 60:10
**exacerbate** [1] - 166:8
**exact** [1] - 27:25
**exactly** [7] - 7:15, 20:8, 24:24, 95:19, 138:1, 139:5, 145:15
**EXAMINATION** [4] - 4:16, 180:9, 187:14, 190:3
**examination** [1] - 195:11
**examine** [1] - 22:5
**examined** [1] - 4:15
**excess** [1] - 41:1
**excursion** [7] - 118:15, 126:20, 127:11, 128:6, 128:7, 135:21, 136:2
**excursions** [1] - 109:8
**excuse** [4] - 42:10, 65:11, 135:3, 190:25
**exercise** [5] - 45:4, 54:13, 73:16, 80:2, 80:5
**exercises** [6] - 72:23, 73:2, 73:5, 73:9, 73:11, 73:20
**Exhibit** [64] - 136:18, 136:24, 144:6, 144:9, 148:12, 148:13, 149:1, 149:2, 149:5, 149:14, 149:15, 149:18, 149:23, 150:1, 150:4, 150:12, 150:24, 151:1, 151:4, 151:18, 151:19, 151:22, 152:5, 152:6, 152:10, 152:22, 152:23, 153:2, 153:15, 153:16, 153:19, 154:15, 154:16, 154:20, 154:25, 155:4, 155:8, 168:16, 168:20, 168:25, 169:4, 170:4, 170:7, 170:17, 170:18, 170:19, 171:12, 171:16, 172:2, 172:5, 172:11, 172:14, 172:19, 172:22, 173:21, 173:25, 174:7, 174:14, 174:17, 174:21, 174:24, 175:4, 175:17, 175:20
**exhibit** [2] - 150:15, 174:10
**exited** [1] - 116:8
**exiting** [3] - 94:4, 101:4, 101:5
**experience** [1] - 80:13
**experienced** [1] - 64:2
**experiencing** [2] - 54:21, 64:2
**Expires** [1] - 192:20
**expires** [1] - 194:21
**explain** [4] - 41:12, 44:25, 62:24, 75:5
**explained** [1] - 139:25
**extraction** [1] - 56:14
**extremities** [6] - 52:1, 52:4, 58:19, 58:23, 59:8, 59:10
**Eye** [1] - 64:21
**eye** [8] - 66:10, 66:11, 66:17, 67:9, 68:13, 182:25, 183:7
**eyeglasses** [2] - 64:5, 67:20
**eyes** [3] - 65:14, 66:6, 66:20
**eyesight** [2] - 68:2, 102:21

**F**

**F.R.C.P** [1] - 196:2
**face** [3] - 115:11, 115:12, 146:10
**facing** [3] - 147:3, 147:5, 147:8
**fact** [2] - 12:22, 180:21
**factors** [1] - 47:2
**faded** [1] - 74:18
**fair** [3] - 5:23, 70:2, 109:7
**fairly** [3] - 19:12, 27:15, 30:21
**fall** [17] - 119:4, 123:12, 124:14, 124:25, 126:6, 126:8, 145:16, 147:13, 158:7, 163:17, 163:21, 163:23, 164:18, 164:24, 177:2, 177:9, 177:18
**falling** [11] - 57:12, 120:1, 121:22, 122:10, 122:18, 122:21, 122:24, 123:22, 123:25, 124:3, 146:13
**falls** [1] - 164:22
**familiar** [2] - 180:12, 183:18
**family** [16] - 8:24, 9:21, 9:24, 15:15, 27:4, 29:22, 30:2, 30:7, 31:21, 32:11, 34:14, 35:2, 35:8, 93:15, 145:5
**Family** [1] - 53:8
**far** [15] - 11:17, 11:20, 19:15, 30:6, 35:12, 38:5, 44:20, 46:8, 50:14, 59:7, 79:2, 92:14, 163:23, 164:18, 164:24
**farsightedness** [1] - 64:16
**father** [5] - 14:8, 14:11, 16:5, 16:22, 25:13
**fathers** [1] - 27:4
**February** [29] - 8:12, 84:7, 92:5, 95:5, 97:16, 108:9, 108:16, 109:4, 109:13, 110:1, 113:22, 115:2, 115:6, 116:4, 116:9, 116:14, 117:16, 166:21, 167:6, 169:5, 171:2, 171:17, 172:6, 174:18, 174:25, 175:15, 175:21, 176:13, 189:22
**Federal** [1] - 2:4
**feeding** [1] - 69:9
**feelings** [2] - 155:23, 155:24
**feet** [10] - 43:17, 45:1, 116:19, 123:4, 123:11, 145:20, 146:14, 146:16, 183:12, 190:16
**fell** [13] - 118:13, 121:25, 123:18, 124:12, 125:15, 125:18, 125:23, 126:3, 144:25, 145:18, 146:21, 151:13, 163:10
**felt** [1] - 156:9
**Festival** [1] - 28:17
**few** [7] - 8:6, 31:20, 42:15, 69:1, 92:16, 161:13, 161:14
**fiancé** [4] - 10:6, 10:10, 10:19, 11:15
**field** [2] - 17:25, 19:2
**fifty** [1] - 27:14
**fifty-five** [1] - 27:14
**figure** [1] - 75:19
**figured** [3] - 138:12, 141:25, 157:15
**file** [1] - 195:18
**filed** [3] - 1:21, 49:16, 57:19
**fill** [1] - 61:5
**filled** [1] - 83:25
**filling** [1] - 61:1
**financially** [1] - 193:10
**fine** [6] - 4:19, 68:6, 71:21, 109:1, 135:16, 138:2
**fingernail** [1] - 129:1
**finish** [2] - 187:1, 187:6
**finished** [3] - 99:4, 101:3, 166:12
**first** [63] - 36:6, 52:19, 52:22, 62:17, 65:7, 65:16, 66:1, 84:10, 96:21, 97:6, 97:20, 101:22, 102:2, 102:6, 102:13, 102:16, 102:22, 103:4, 103:8, 103:13, 103:17, 104:6, 104:10, 104:16, 104:18, 105:23, 108:20, 109:9, 109:14, 110:25, 113:15, 114:23, 121:17, 121:18, 121:23, 122:2, 122:11, 122:13, 123:4, 126:8, 131:1, 137:9, 139:9, 141:18, 141:22, 142:6, 143:25, 147:24, 149:22, 156:5, 156:10, 157:6, 157:25, 168:5, 175:14, 175:16, 181:5, 182:21, 182:22, 182:23, 185:20, 187:19, 189:1
**Firstat** [14] - 23:17, 23:20, 23:22, 36:14, 37:11, 38:20, 38:23, 39:6, 39:12, 39:16, 39:19, 39:22, 40:11, 40:16
**FIRSTAT** [1] - 23:17
**Firstat 's** [1] - 39:7
**five** [18] - 7:3, 8:8, 11:7, 11:8, 14:19, 27:14, 67:14, 78:10, 111:18, 133:9, 140:23, 142:18, 157:16, 176:15, 176:17, 183:2,

183:4, 187:8
**five-four** [3] - 8:8, 183:2, 183:4
**floor** [7] - 104:3, 116:12, 124:11, 145:18, 164:2, 165:1, 185:16
**Floor** [1] - 2:7
**FLORIDA** [4] - 1:1, 192:4, 193:2, 194:2
**Florida** [6] - 1:20, 2:4, 2:8, 29:25, 192:19, 194:20
**flying** [1] - 94:4
**focus** [1] - 80:21
**focusing** [1] - 80:14
**follow** [3] - 35:1, 82:25, 187:12
**follow-up** [1] - 82:25
**follow-ups** [1] - 187:12
**following** [1] - 106:25
**follows** [1] - 4:15
**food** [6] - 48:20, 105:18, 106:1, 110:3, 113:14, 129:11
**foot** [4] - 120:3, 179:15, 183:13, 191:2
**foregoing** [3] - 193:6, 194:7, 196:20
**form** [20] - 159:16, 160:9, 180:24, 181:18, 182:11, 182:18, 183:9, 183:20, 183:25, 184:6, 184:13, 184:18, 185:3, 185:7, 185:25, 186:7, 187:3, 190:9, 190:18, 196:2
**formal** [3] - 5:10, 110:15, 110:19
**forms** [3] - 132:3, 132:11, 132:14
**forth** [1] - 194:10
**forty** [1] - 13:8
**forward** [2] - 49:8, 121:9
**four** [11] - 8:8, 66:18, 67:13, 73:3, 140:25, 141:1, 141:4, 161:21, 164:15, 183:2, 183:4
**Fourteenth** [1] - 2:7
**FOWLER** [1] - 2:6
**fractured** [1] - 145:13
**free** [3] - 5:5, 5:12, 114:7
**French** [3] - 93:6, 93:12, 93:17
**frequency** [2] - 44:11, 46:22
**Friday** [1] - 1:13
**friend** [9] - 35:12, 35:25, 94:13, 132:24, 142:9, 142:11, 162:15, 186:16, 186:22
**friends** [4] - 29:25, 35:2, 35:13, 36:25
**front** [1] - 134:10
**fruity** [14] - 98:5, 110:2, 168:10, 169:22, 171:9, 173:2, 188:23, 189:3, 189:6, 189:9, 189:13, 189:14, 189:20, 189:21
**full** [7] - 4:22, 7:8, 54:9, 54:11, 56:2, 88:12, 132:10
**full-time** [1] - 7:8
**Fun** [14] - 167:9, 168:8, 168:9, 169:16, 169:19, 171:3, 171:18, 172:8, 172:15, 172:24, 174:1, 174:11, 175:22, 175:25
**functionality** [1] - 165:7
**funds** [1] - 85:21
**FURTHER** [1] - 193:8


## G


**GALAXY** [1] - 99:18
**games** [1] - 112:6
**garden** [1] - 6:25
**Garden** [16] - 7:2, 7:7, 8:17, 9:12, 9:22, 11:12, 11:18, 14:24, 16:15, 23:10, 27:5, 27:8, 30:4, 30:9, 31:11, 31:22
**general** [3] - 15:24, 60:10, 63:1
**generally** [3] - 15:11, 39:8, 87:5
**gentleman** [3] - 47:4, 139:1, 141:20
**gift** [6] - 89:18, 93:13, 93:14, 107:8, 109:13, 140:10
**gifts** [2] - 89:21, 136:6
**gin** [1] - 189:17
**girl** [4] - 38:15, 41:14, 145:23, 145:25
**given** [3] - 20:12, 196:4, 196:21
**glass** [3] - 66:21, 140:2, 162:20
**glasses** [5] - 64:8, 64:11, 65:24, 102:24, 103:2
**gold** [4] - 145:7, 145:20, 146:15, 164:1
**golden** [1] - 38:3
**gosh** [1] - 163:9
**gotta** [3] - 77:4, 121:7, 123:8
**grab** [2] - 105:5, 191:1
**graduated** [1] - 17:6
**grandchildren** [6] - 10:25, 11:3, 11:10, 12:1, 12:3, 27:3
**granddaughter** [1] - 36:23
**granddaughters** [2] - 9:10, 10:7
**grandkids** [1] - 11:23
**granted** [1] - 90:8
**grass** [2] - 78:18, 78:19
**great** [3] - 26:25, 30:18, 137:12
**grew** [1] - 15:12
**ground** [1] - 122:12
**growing** [1] - 79:24
**guess** [13] - 15:23, 32:22, 34:2, 34:25, 44:15, 76:9, 143:3, 159:20, 166:24, 168:21, 172:1, 173:4, 183:23
**guessing** [1] - 120:6
**guest** [23] - 107:10, 109:2, 118:12, 118:20, 118:22, 118:24, 126:17, 126:18, 126:23, 127:6, 127:9, 127:20, 130:3, 131:5, 131:10, 138:7, 138:19, 139:8, 139:10, 139:15, 139:19, 141:8, 175:8
**Guest** [1] - 170:15
**guy** [6] - 78:18, 78:19, 138:20, 139:2, 142:24, 156:12
**guys** [2] - 31:19, 105:17


## H


**H-E-R-L-U-N-D** [1] - 27:12
**H-O-L-D-O-N** [1] - 31:13
**hair** [1] - 79:8
**half** [2] - 38:13, 41:21
**halfway** [1] - 156:25
**HALL** [7] - 1:4, 1:17, 4:13, 192:9, 193:5, 194:14, 196:25
**hall** [5] - 13:11, 33:8, 40:9, 187:11, 190:5
**Hall** [16] - 2:15, 4:2, 4:4, 4:9, 4:18, 4:23, 6:16, 6:17, 12:10, 32:2, 34:4, 166:25, 169:10, 195:5, 195:8, 195:10
**Hall's** [1] - 171:19
**hand** [14] - 48:20, 48:23, 48:25, 49:2, 49:4, 49:5, 49:6, 69:10, 82:2, 82:4, 118:6, 122:8, 192:11
**handed** [1] - 82:7
**hands** [6] - 44:3, 44:5, 44:8, 44:11, 44:18, 77:4
**happy** [2] - 5:6, 5:19
**hard** [1] - 162:16
**hardware** [6] - 75:18, 75:20, 81:13, 81:16, 81:18, 82:22
**Harrisonville** [8] - 11:11, 13:23, 38:4, 53:8, 53:9, 53:19, 53:22, 61:3
**head** [5] - 64:9, 145:21, 146:5, 146:9, 183:13
**healing** [1] - 74:22
**health** [9] - 36:20, 38:6, 39:15, 42:20, 51:1, 80:19, 177:22, 177:25, 178:6
**hear** [7] - 5:3, 9:18, 16:10, 28:21, 151:14, 163:16, 178:14
**heard** [3] - 5:2, 118:2, 136:14
**Heart** [1] - 64:21
**heart** [1] - 64:23
**Heather** [7] - 30:8, 30:10, 30:11, 30:12, 30:18, 30:21, 30:24
**height** [3] - 8:7, 183:4, 184:4
**heights** [1] - 164:10
**held** [2] - 6:9, 180:2
**Hello** [1] - 67:3
**hello** [2] - 107:20, 159:14
**help** [6] - 26:20, 46:18, 48:12, 136:16, 138:13, 178:11
**helpful** [1] - 162:7
**helping** [1] - 46:2
**hereby** [3] - 193:4, 194:6, 196:19
**herein** [1] - 196:23
**hereto** [1] - 194:10
**Herlund** [3] - 27:9, 27:12, 31:9
**hi** [2] - 107:16, 138:5
**high** [15] - 17:5, 17:8, 17:13, 17:16, 17:18, 18:19, 51:5, 52:8, 54:18, 163:3, 163:20, 177:19, 182:9, 183:7, 186:4
**High** [1] - 17:6
**higher** [1] - 145:21
**highest** [1] - 17:2
**Highway** [2] - 2:4, 8:17
**highway** [1] - 94:10
**hip** [1] - 146:4
**hit** [1] - 67:7
**hmm** [1] - 183:15
**hobbies** [1] - 78:2
**hold** [4] - 19:16, 45:11, 45:16, 50:13
**holding** [2] - 46:2, 46:23
**Holdon** [1] - 31:12
**hole** [2] - 143:10, 143:13
**holiday** [1] - 42:24
**Hollywood** [1] - 2:4
**Home** [1] - 38:3
**home** [23] - 8:22, 8:24, 9:2, 9:22, 16:14, 19:9, 36:18, 36:20, 37:16, 38:6, 70:12, 72:23, 73:8, 73:11, 73:20, 78:15, 86:19, 117:23, 143:4, 148:4, 179:7, 180:13, 180:20
**homes** [2] - 38:9, 40:20
**honest** [4] - 20:15, 135:17, 141:21, 164:12
**honestly** [18] - 24:12, 30:16, 70:1, 71:19, 90:2, 90:10, 93:24,

108:3, 109:15, 111:3, 119:7, 121:24, 123:1, 124:1, 127:25, 131:22, 156:9, 161:7
**hooking** [1] - 79:4
**hoped** [1] - 125:8
**hoping** [3] - 118:8, 133:24, 134:5
**hops** [1] - 94:15
**hospital** [1] - 22:3
**hospitalizations** [1] - 56:20
**hospitalized** [1] - 68:19
**hotel** [9] - 92:15, 93:20, 93:23, 93:25, 94:3, 95:11, 95:15, 96:2, 96:3
**hour** [5] - 41:6, 41:13, 41:15, 41:16, 166:15
**hours** [22] - 38:16, 40:23, 40:25, 41:2, 42:3, 42:4, 42:9, 42:15, 42:23, 43:19, 43:23, 44:5, 44:6, 69:1, 69:3, 69:4, 129:19, 140:23, 141:3, 141:5, 146:14, 162:6
**house** [3] - 15:22, 77:17, 183:17
**houses** [1] - 33:24
**hurt** [4] - 75:11, 75:13, 125:10, 152:4
**hurting** [1] - 63:9
**hygiene** [2] - 78:23, 79:3

## I

**Ibuprofen** [7] - 70:14, 140:14, 140:18, 140:24, 161:2, 161:11, 162:6
**idea** [8] - 43:14, 100:14, 108:7, 108:17, 109:20, 139:23, 181:10, 183:23
**identification** [27] - 136:25, 144:7, 148:14, 149:3, 149:16, 150:2, 150:13, 151:2, 151:20, 152:7, 152:24, 153:17, 154:17, 155:5, 168:17, 169:1, 170:5, 170:20, 171:13, 172:3, 172:12, 172:20, 173:22, 174:8, 174:15, 174:22, 175:18
**identify** [3] - 52:7, 60:7, 144:4
**illegal** [1] - 25:15
**illicit** [1] - 26:1
**image** [1] - 166:17
**immediately** [3] - 74:19, 122:21, 122:24
**important** [1] - 35:13
**IN** [2] - 195:8, 196:2
**inches** [3] - 74:17, 121:16, 183:13
**incident** [20] - 22:6, 24:4, 24:17, 124:7, 144:23, 151:10, 151:13, 151:23, 153:10, 153:13, 155:2, 155:10, 165:11, 176:15, 176:20, 177:14, 177:15, 177:18, 178:1, 184:17
**incidents** [3] - 57:8, 57:12, 57:16
**incision** [1] - 74:22
**including** [3] - 11:6, 52:5, 165:8
**income** [3] - 43:2, 43:11, 48:4
**indicate** [1] - 186:3
**indications** [1] - 182:15
**influence** [1] - 21:25
**information** [3] - 6:6, 6:15, 7:24
**injection** [3] - 83:11, 83:13, 83:14
**injections** [2] - 83:4, 83:18
**injured** [3] - 103:9, 111:6, 111:15
**injuries** [6] - 22:10, 22:11, 22:16, 25:19, 50:2, 59:9
**injury** [25] - 25:16, 25:17, 47:23, 59:5, 61:16, 69:6, 77:2, 77:13, 78:3, 80:17, 81:11, 82:18, 84:1, 125:7, 140:8, 140:13, 140:18, 158:16, 158:20, 158:24, 159:3, 159:7, 159:10, 159:24, 160:7
**inside** [16] - 97:11, 100:3, 100:9, 100:11, 100:15, 103:8, 115:7, 121:11, 131:15, 144:16, 146:2, 146:3, 146:5, 146:7, 146:16, 146:18
**instability** [2] - 58:11, 58:15
**instance** [1] - 7:14
**instead** [2] - 46:6, 76:23
**institutions** [1] - 86:15
**instructions** [1] - 4:25
**insurance** [14] - 39:15, 42:20, 50:1, 130:7, 130:8, 134:22, 142:20, 142:22, 157:4, 157:19, 177:22, 178:1, 178:3, 178:7
**interact** [1] - 138:2
**interacted** [1] - 138:5
**interaction** [5] - 131:13, 143:16, 143:23, 143:24, 163:1
**interested** [1] - 193:10
**interesting** [1] - 108:1
**interior** [1] - 97:13
**Internet** [2] - 85:2, 85:4
**interrogatories** [1] - 48:2
**involved** [2] - 21:8, 23:23
**ish** [1] - 93:21
**island** [2] - 135:23
**issue** [3] - 86:11, 88:19, 88:24
**issued** [1] - 87:20
**issues** [7] - 8:4, 66:16, 102:12, 102:20, 115:14, 116:21, 117:2
**Item** [1] - 169:19
**items** [1] - 89:18
**itself** [13] - 82:2, 84:4, 101:11, 101:17, 112:18, 115:7, 115:20, 120:12, 121:19, 122:2, 122:13, 123:5, 146:3

## J

**January** [4] - 42:5, 42:8, 42:16, 52:23
**Jardiance** [2] - 61:12, 61:13
**Jeannie** [1] - 2:10
**job** [18] - 9:16, 9:19, 9:20, 15:16, 15:17, 15:19, 19:11, 38:5, 38:7, 40:13, 40:16, 40:17, 43:21, 47:18, 48:9, 57:16, 68:22, 82:12
**jog** [2] - 169:12, 176:4
**Johnson** [3] - 20:22, 23:3, 23:4
**join** [1] - 30:24
**joining** [1] - 4:20
**journal** [1] - 143:22
**Joyce** [1] - 4:23
**judgment** [1] - 165:23
**July** [3] - 26:9, 192:12, 193:13
**july** [1] - 195:7
**June** [4] - 1:13, 4:4, 195:11, 196:21
**JURAT** [1] - 194:1

## K

**Kansas** [17] - 15:5, 15:9, 15:14, 15:24, 16:3, 18:4, 18:5, 18:19, 20:22, 23:3, 23:7, 28:25, 29:1, 39:4
**keep** [5] - 49:8, 73:15, 123:8, 140:2, 187:16
**Kenneth** [1] - 70:19
**kept** [2] - 73:14, 111:12
**key** [1] - 90:8
**kind** [21] - 14:4, 19:10, 28:12, 30:24, 33:25, 43:14, 69:12, 75:21, 89:13, 103:15, 105:4, 107:17, 107:21, 119:14, 120:14, 121:18, 134:9, 143:11, 145:20, 145:23, 168:8
**knee** [9] - 63:3, 63:4, 63:8, 63:9, 63:12, 68:5, 68:8
**knees** [3] - 52:5, 59:23, 63:15
**knock** [1] - 146:22
**know ..** [1] - 164:6
**knowledge** [3] - 23:22, 58:20, 64:14
**known** [1] - 36:8

## L

**L-U-S-E** [1] - 13:20
**lady** [1] - 131:11
**landscaping** [1] - 78:17
**large** [1] - 105:4
**Large** [2] - 1:20, 194:20
**larger** [1] - 166:17
**last** [27] - 7:7, 8:20, 10:13, 10:15, 10:17, 10:20, 13:9, 13:18, 14:17, 27:10, 30:15, 31:8, 33:6, 36:5, 36:7, 41:25, 66:18, 70:20, 71:3, 71:4, 71:8, 71:16, 73:5, 154:14, 154:19, 155:7, 176:7
**lasted** [1] - 161:19
**lastly** [2] - 5:25, 63:25
**lawn** [1] - 78:15
**lawsuit** [4] - 49:16, 49:19, 50:2
**lawyer** [1] - 181:22
**lawyer 's** [1] - 71:5
**layers** [1] - 165:1
**layout** [1] - 190:6
**lead** [1] - 120:14
**leading** [1] - 84:4
**least** [8] - 28:2, 160:23, 160:24, 163:19, 167:5, 177:5, 181:3, 189:10
**leave** [7] - 91:17, 95:14, 111:23, 112:5, 112:11, 113:4, 130:6
**led** [2] - 20:8, 190:7
**ledge** [4] - 104:2, 164:4, 164:12, 190:16
**Lee's** [1] - 67:25
**Leeton** [1] - 33:10
**LEETON** [1] - 33:10
**left** [24] - 15:4, 48:23, 48:25, 49:2, 49:3, 49:5, 63:3, 63:4, 63:7, 63:12, 68:5, 69:9, 77:6, 77:23, 104:22, 118:6, 120:24, 121:15, 122:8, 127:13, 156:21, 156:23, 186:23
**left-hand** [2] - 49:5, 122:8
**leg** [1] - 190:23
**legal** [1] - 71:8

**legs** [1] - 116:22
**less** [3] - 5:10, 26:13, 38:14
**level** [1] - 17:2
**levels** [1] - 164:15
**license** [1] - 18:13
**licensed** [2] - 18:14, 18:21
**licenses** [1] - 19:16
**life** [3] - 28:12, 35:14, 77:1
**lift** [1] - 103:23
**lifting** [2] - 48:14, 48:16
**ligation** [1] - 55:24
**Light** [1] - 26:17
**light** [12] - 78:3, 100:16, 117:15, 119:18, 119:19, 119:22, 119:25, 120:2, 122:3, 122:7, 146:25, 165:14
**lights** [6] - 117:9, 117:11, 119:11, 119:16, 165:7, 165:10
**limit** [2] - 88:7, 106:17
**limitations** [2] - 47:22, 78:22
**limited** [4] - 54:23, 55:2, 77:2, 77:19
**limiting** [5] - 46:20, 47:4, 49:2, 49:3, 77:8
**Lindsey** [7] - 10:14, 10:18, 16:6, 16:8, 16:11, 16:14, 25:13
**line** [2] - 96:11, 96:13
**Lines** [1] - 4:2
**LINES** [1] - 1:8
**lining** [6] - 28:16, 28:22, 29:15, 78:1, 78:5, 127:2
**lip** [2] - 117:22, 117:24
**liquid** [1] - 124:10
**liquor** [2] - 98:6, 176:4
**lit** [1] - 165:13
**litter** [1] - 48:19
**live** [11] - 9:2, 11:10, 11:18, 12:11, 16:15, 27:5, 33:9, 34:12, 34:15, 86:7
**lived** [4] - 7:1, 7:6, 8:19, 9:5
**lives** [5] - 11:11, 11:12, 30:9, 31:12, 31:23
**living** [12] - 9:25, 10:4, 11:15, 13:21, 15:23, 16:17, 16:22, 23:6, 23:10, 31:10, 32:5, 33:17
**loan** [1] - 86:19
**Lobby** [2] - 170:23, 170:24
**local** [1] - 30:6
**localized** [1] - 75:23
**locally** [1] - 85:13
**located** [8] - 67:24, 72:17, 95:18, 105:9, 146:5, 146:14, 169:13, 170:25
**location** [2] - 86:7, 170:23
**locations** [1] - 107:5
**look** [13] - 98:13, 99:8, 100:2, 101:18, 118:7, 124:19, 131:24, 132:2, 142:2, 143:8, 144:3, 148:8, 163:25
**looked** [13] - 91:8, 96:8, 96:22, 103:11, 123:10, 125:3, 125:12, 131:21, 132:25, 160:23, 176:3, 176:13, 182:21
**looking** [6] - 122:22, 122:25, 123:3, 179:4, 183:4, 183:13
**looks** [10] - 89:8, 145:7, 150:15, 167:13, 170:9, 172:7, 176:14, 176:16, 176:18, 189:11
**loss** [2] - 48:4, 77:8
**lost** [2] - 48:4, 166:14
**lower** [4] - 19:1, 52:4, 58:19, 58:23
**LPN** [5] - 18:16, 18:24, 40:14, 40:17, 43:3
**Luck** [17] - 3:10, 3:11, 167:14, 167:16, 167:21, 167:23, 168:7, 169:7, 169:13, 171:18, 172:7, 172:25, 173:5, 173:15, 174:1, 174:12, 175:22
**lucky** [1] - 146:8
**luggage** [4] - 99:8, 100:2, 100:25, 101:10
**lunch** [4] - 14:22, 97:3, 105:14, 113:13
**Luse** [1] - 13:20

## M

**ma'am** [55] - 6:21, 8:16, 8:23, 9:15, 9:22, 11:1, 13:10, 13:24, 16:4, 17:3, 23:16, 38:18, 49:5, 51:2, 52:8, 55:10, 64:6, 68:22, 70:18, 71:8, 81:10, 102:1, 102:15, 103:18, 104:17, 122:21, 123:12, 124:15, 133:23, 144:14, 145:4, 147:25, 148:16, 149:9, 153:4, 153:21, 154:22, 163:4, 164:19, 165:6, 165:18, 166:21, 169:9, 170:25, 172:16, 172:24, 174:5, 174:19, 175:2, 176:13, 177:23, 178:10, 179:7, 187:16, 191:4
**machine** [2] - 131:25, 143:7
**machines** [2] - 112:7, 112:15
**maiden** [1] - 13:19
**majority** [1] - 41:13
**male** [2] - 141:15, 141:16
**mall** [1] - 96:7
**mammogram** [1] - 54:11
**man** [3] - 38:16, 131:19, 131:20
**manage** [2] - 48:21, 69:8
**March** [37] - 8:12, 119:2, 123:19, 127:6, 130:12, 130:22, 131:1, 132:22, 134:4, 134:16, 135:2, 135:8, 135:10, 135:13, 135:14, 135:20, 137:5, 137:13, 137:17, 138:4, 138:8, 138:11, 138:16, 142:7, 142:15, 143:6, 145:17, 146:14, 148:21, 155:17, 156:15, 158:7, 158:11, 158:21, 177:10
**Margarita** [1] - 129:15
**mark** [11] - 136:18, 144:9, 148:10, 148:25, 149:5, 154:19, 168:19, 169:3, 170:7, 170:18, 172:14
**marked** [28] - 136:25, 144:7, 148:11, 148:14, 149:3, 149:16, 150:2, 150:13, 151:2, 151:20, 152:7, 152:24, 153:17, 154:17, 155:5, 168:17, 169:1, 170:5, 170:20, 171:13, 172:3, 172:12, 172:20, 173:22, 174:8, 174:15, 174:22, 175:18
**markets** [1] - 186:11
**markings** [1] - 182:14
**Marlboro** [4] - 26:16, 26:17, 26:19
**married** [4] - 13:12, 13:24, 30:12, 30:13
**matter** [1] - 195:14
**matters** [1] - 49:7
**maximum** [1] - 76:12
**meals** [1] - 111:4
**mean** [33] - 31:20, 34:16, 35:17, 37:19, 47:9, 60:9, 61:17, 85:1, 86:19, 98:11, 100:5, 103:24, 107:7, 107:11, 107:16, 107:17, 113:11, 114:7, 120:5, 123:15, 123:16, 137:25, 145:6, 148:2, 148:3, 161:18, 166:24, 168:4, 168:21, 171:5, 181:4, 182:22, 190:11
**mean ..** [1] - 139:17
**meaning** [3] - 39:23, 47:8, 49:19
**means** [2] - 84:19, 88:15
**meant** [1] - 159:21
**med** [5] - 129:25, 131:7, 131:12, 131:18, 139:6
**medical** [39] - 8:4, 26:20, 50:19, 58:3, 60:4, 125:15, 125:19, 126:15, 126:16, 130:15, 130:21, 130:25, 131:14, 131:17, 131:24, 132:22, 133:3, 134:4, 134:10, 134:12, 134:17, 135:10, 136:11, 138:10, 138:18, 141:11, 142:3, 142:7, 142:14, 143:5, 143:17, 155:17, 155:21, 157:3, 157:6, 159:12, 160:1, 160:6, 162:23
**medication** [10] - 18:21, 60:3, 60:7, 61:9, 61:11, 62:7, 74:25, 161:9, 162:2, 162:3
**medications** [3] - 60:7, 63:23, 64:1
**medicine** [9] - 62:9, 72:21, 83:24, 140:11, 157:24, 161:1, 161:4, 161:5, 161:18
**meet** [6] - 32:19, 32:23, 36:10, 37:9, 178:16, 178:19
**meeting** [2] - 8:1, 28:13
**Meloxicam** [6] - 62:8, 62:10, 62:15, 62:18, 62:24, 63:8
**members** [5] - 9:24, 27:5, 30:2, 32:12, 34:15
**memory** [2] - 169:12, 176:4
**Mendiola** [1] - 2:10
**mental** [1] - 80:19
**mentioned** [1] - 9:25
**met** [3] - 37:14, 168:1, 168:4
**Metformin** [1] - 60:11
**methamphetamine** [6] - 20:25, 21:2, 25:6, 25:9, 25:12, 26:1
**Mexico** [1] - 136:14
**Miami** [1] - 2:8
**MIAMI** [1] - 1:2
**middle** [4] - 117:20, 120:15, 145:8, 148:3
**midnight** [2] - 114:13, 181:15
**might** [3] - 56:7, 168:1, 179:18
**mile** [1] - 46:11
**miles** [2] - 11:19, 92:16

**military** [1] - 19:21
**milligrams** [6] - 60:12, 60:13, 60:16, 60:21, 61:24, 141:2
**mind** [1] - 35:22
**mine** [2] - 10:16, 35:25
**Minnesota** [9] - 6:22, 15:1, 15:3, 15:4, 15:11, 17:7, 29:22, 30:3, 34:13
**minute** [5] - 43:25, 80:25, 98:11, 124:18, 132:23
**minutes** [5] - 38:11, 73:7, 133:6, 133:10, 179:2
**miss** [1] - 68:23
**missed** [2] - 68:25, 69:3
**Missouri** [29] - 6:25, 7:2, 8:18, 9:12, 9:22, 11:11, 11:12, 11:16, 12:12, 13:23, 15:3, 15:5, 15:21, 29:4, 29:6, 31:12, 31:24, 33:10, 34:15, 53:9, 56:15, 61:4, 64:22, 67:25, 91:20, 91:22, 156:24, 157:2, 157:5
**mixed** [9] - 98:5, 98:7, 111:9, 168:11, 169:22, 171:9, 173:2, 176:1, 176:5
**Mobile** [1] - 99:20
**mom** [1] - 69:10
**mom's** [1] - 15:19
**moment** [3] - 9:25, 40:24, 40:25
**money** [4] - 90:25, 118:15, 127:2, 138:14
**month** [5] - 12:21, 30:20, 73:10, 73:11, 73:20
**months** [6] - 41:25, 62:16, 66:18, 67:13, 67:15, 71:3
**morning** [23] - 4:8, 4:10, 4:18, 95:2, 95:4, 118:11, 119:1, 119:2, 119:23, 123:19, 123:25, 125:2, 125:13, 125:14, 125:22, 127:6, 127:8, 127:13, 145:17, 146:13, 156:18, 177:10
**mortgage** [2] - 86:20, 86:22
**most** [1] - 76:9
**most..** [1] - 162:12
**motel** [1] - 92:8
**mother** [4] - 9:9, 16:17, 16:19, 26:24
**motion** [1] - 77:9
**motivated** [1] - 25:3
**move** [6] - 15:2, 15:9, 15:14, 15:20, 48:7, 108:23
**moved** [4] - 15:5, 15:15, 33:2
**Movement** [2] - 3:3, 136:20
**movement** [2] - 48:12, 136:17
**moving** [2] - 49:8, 190:14
**MR** [84] - 4:8, 4:10, 4:17, 6:13, 40:8, 67:2, 67:6, 81:9, 133:22, 137:1, 144:8, 148:15, 149:4, 149:17, 150:3, 150:14, 151:3, 151:21, 152:8, 152:25, 153:18, 154:18, 155:6, 159:15, 159:22, 160:9, 160:11, 168:18, 169:2, 170:6, 170:21, 171:14, 172:4, 172:13, 172:21, 173:23, 174:9, 174:16, 174:23, 175:19, 179:21, 179:25, 180:10, 180:24, 181:1, 181:18, 181:20, 182:11, 182:13, 182:18, 182:20, 183:9, 183:11, 183:20, 183:21, 183:25, 184:2, 184:6, 184:9, 184:13, 184:15, 184:18, 184:20, 185:3, 185:6, 185:8, 185:25, 186:1, 186:7, 186:9, 187:3, 187:5, 187:10, 187:15, 189:25, 190:4, 190:9, 190:13, 190:18, 190:20, 190:24, 191:4, 191:7, 191:8
**MRIs** [1] - 63:18
**multiple** [1] - 21:12
**musicals** [1] - 28:16
**must** [3] - 167:4, 171:6, 173:17
**mute** [2] - 67:5, 67:7

## N

**naked** [2] - 182:25, 183:7
**Name** [1] - 170:15
**name** [46] - 4:22, 10:13, 10:15, 10:17, 10:20, 12:9, 13:10, 13:16, 13:18, 13:19, 14:10, 22:21, 24:19, 27:10, 30:15, 31:6, 31:8, 31:25, 32:9, 33:6, 36:5, 36:6, 36:7, 53:23, 54:1, 64:25, 72:10, 72:12, 86:2, 88:25, 93:22, 108:6, 127:10, 130:17, 130:18, 131:9, 141:20, 166:25, 167:16, 169:9, 170:14, 171:20, 172:16, 172:24, 174:5, 175:5
**named** [1] - 49:18
**names** [1] - 6:18
**nature** [3] - 39:6, 39:7, 125:7
**navigate** [1] - 104:13
**near** [3] - 86:7, 93:25, 163:4
**nearby** [2] - 94:5, 96:7
**nearly** [1] - 106:19
**nearsightedness** [1] - 64:15
**necessarily** [2] - 58:2, 113:3
**neck** [1] - 51:15
**need** [9] - 5:11, 56:1, 103:2, 108:24, 113:3, 147:10, 161:21, 162:19, 166:17
**needed** [6] - 39:16, 66:21, 71:24, 113:3, 147:24, 160:25
**needing** [2] - 67:20, 121:11
**neighborhood** [3] - 92:12, 94:14, 94:18
**Nelson** [1] - 9:9
**nephews** [1] - 34:17
**neurologist** [1] - 55:14
**never** [8] - 12:2, 24:14, 57:23, 84:8, 92:25, 134:8, 143:18, 143:19
**new** [3] - 42:12, 111:25, 112:9
**New** [14] - 91:18, 91:20, 91:23, 91:25, 92:4, 92:7, 92:21, 92:22, 95:4, 96:6, 96:13, 137:16, 138:17, 156:16
**next** [26] - 58:1, 95:2, 95:4, 98:15, 98:16, 104:22, 104:23, 107:1, 109:15, 117:19, 118:24, 120:15, 126:12, 135:1, 135:8, 135:12, 141:7, 144:9, 148:16, 149:5, 152:9, 156:15, 164:1, 169:3, 171:15, 172:5
**nice** [2] - 107:18, 163:8
**Nicki** [2] - 10:6, 10:19
**niece** [1] - 30:8
**nieces** [1] - 34:16
**night** [45] - 92:1, 92:5, 92:23, 93:17, 93:20, 103:10, 110:7, 110:11, 110:20, 110:25, 111:16, 113:14, 113:17, 114:23, 115:2, 116:4, 117:3, 117:16, 117:20, 119:4, 120:16, 125:7, 125:14, 125:18, 125:22, 125:25, 126:3, 126:8, 145:16, 147:24, 148:4, 153:12, 157:1, 175:14, 176:20, 177:1, 181:5, 181:9, 181:23, 182:5, 187:18, 187:19, 188:7, 189:1
**nights** [1] - 140:6
**nine** [1] - 16:13
**NO** [2] - 1:3, 195:9
**nobody** [1] - 156:1
**non** [2] - 41:8, 41:17
**nonprescription** [2] - 25:23, 64:9
**normally** [1] - 7:25
**Notary** [3] - 1:19, 192:19, 194:20
**note** [2] - 129:23, 143:21
**notes** [3] - 130:20, 179:5, 193:7
**nothing** [9] - 47:14, 47:19, 49:3, 73:24, 74:2, 124:6, 124:8, 147:12, 180:25
**notice** [3] - 102:1, 102:7, 195:19
**Notice** [1] - 1:21
**noticed** [2] - 104:7, 183:5
**nowadays** [1] - 28:1
**nozzle** [1] - 180:23
**number** [2] - 62:3, 99:22
**numbers** [1] - 41:11
**numbness** [4] - 81:23, 82:1, 82:3, 82:16
**nurse** [16] - 17:4, 17:20, 17:23, 18:3, 18:14, 18:22, 36:18, 36:21, 37:2, 37:16, 37:20, 37:21, 37:23, 38:6, 40:11, 43:9
**Nursing** [7] - 23:17, 23:20, 36:14, 37:11, 38:3, 38:21, 40:11
**nursing** [8] - 17:12, 18:20, 19:2, 19:9, 37:16, 39:10, 39:16, 40:21

## O

**o'clock** [1] - 167:5
**O-L-S-O-N** [1] - 14:16
**OATH** [1] - 192:2
**oath** [3] - 5:8, 5:9, 195:12
**objected** [1] - 185:6
**objecting** [2] - 159:16, 159:19
**objection** [16] - 160:9, 180:24, 181:18, 182:11, 182:18, 183:9, 183:20, 183:25, 184:13, 184:18, 185:3, 185:25, 186:7, 187:3, 190:9, 190:18
**objects** [1] - 161:23
**obtain** [1] - 19:11
**obtained** [1] - 18:13
**obviously** [2] - 8:3, 180:12
**occasion** [2] - 102:13, 103:8
**occasionally** [3] - 41:15, 42:12, 47:1
**occasions** [1] - 147:19

**occupational** [1] - 83:21
**occur** [3] - 129:21, 129:23, 155:16
**occurred** [1] - 126:6
**OF** [12] - 1:1, 1:17, 2:3, 2:6, 192:2, 192:4, 192:5, 193:1, 193:2, 193:3, 194:2, 194:3
**offense** [1] - 20:14
**offered** [2] - 97:9, 161:6
**office** [4] - 38:23, 72:15, 157:22, 195:15
**officer** [3] - 22:19, 22:24, 196:3
**officer 's** [1] - 22:21
**official** [1] - 192:11
**often** [21] - 11:22, 11:25, 12:20, 27:15, 27:24, 28:1, 29:9, 30:19, 32:15, 32:22, 34:8, 34:11, 44:2, 44:7, 44:18, 46:4, 73:1, 74:4, 82:5, 140:17, 140:21
**Olathe** [1] - 16:1
**old** [5] - 10:8, 13:7, 27:13, 30:10, 32:3
**Old** [1] - 8:17
**Olsen** [1] - 14:15
**OLSEN** [1] - 14:15
**Olson** [1] - 14:12
**ON** [2] - 2:3, 2:6
**once** [14] - 12:21, 29:16, 30:20, 31:2, 32:17, 46:6, 46:21, 60:13, 60:15, 60:17, 60:22, 74:5, 145:9
**one** [77] - 5:13, 7:14, 8:25, 9:1, 11:11, 11:12, 11:13, 18:11, 28:21, 29:1, 32:8, 35:9, 35:17, 38:12, 38:15, 41:14, 41:16, 49:12, 53:17, 55:4, 58:2, 59:20, 69:22, 71:24, 72:1, 72:7, 73:20, 83:8, 87:7, 93:13, 94:7, 96:25, 97:1, 105:3, 107:3, 108:23, 109:14, 111:25, 112:9, 118:18, 120:6, 123:21, 129:12, 131:18, 134:11, 135:4, 140:5, 143:13, 143:25, 145:14, 150:7, 150:9, 151:5, 152:22, 154:10, 154:19, 154:22, 155:8, 156:5, 163:13, 167:5, 169:25, 171:15, 175:7, 175:16, 179:11, 185:12, 185:15, 185:20, 188:2, 189:10, 190:15
**one -time** [1] - 58:2
**ones** [2] - 51:4, 155:12
**open** [3] - 89:25, 121:3, 121:11
**opened** [2] - 121:3, 121:5
**operating** [2] - 21:25, 79:18
**operational** [1] - 165:10
**opinion** [3] - 125:6, 134:3, 164:12
**opportunity** [1] - 144:3
**oral** [5] - 55:24, 56:1, 56:3, 56:5, 56:14
**order** [2] - 111:10, 112:8
**original** [1] - 195:18
**Orleans** [14] - 91:18, 91:20, 91:23, 91:25, 92:4, 92:7, 92:21, 92:22, 95:5, 96:6, 96:14, 137:17, 138:17, 156:16
**ortho** [1] - 69:13
**orthopedic** [3] - 72:3, 72:14, 72:21
**orthopedics** [1] - 157:23
**orthopedist** [3] - 55:11, 62:20, 70:15
**Osteoarthritis** [2] - 62:25, 63:13
**osteoarthritis** [4] - 51:10, 51:25, 52:3, 63:1
**otherwise** [2] - 78:5, 131:3
**Ottawa** [2] - 16:1
**outer** [1] - 81:25
**outraged** [2] - 130:6, 156:1
**outside** [4] - 43:9, 100:17, 146:6, 146:16
**over -the -counter** [3] - 140:11, 161:4, 162:2
**Overland** [2] - 39:2, 39:4
**overtime** [4] - 41:4, 41:8, 41:18, 41:20
**own** [12] - 26:22, 26:23, 27:3, 43:6, 43:8, 66:15, 75:5, 86:25, 116:18, 124:24, 161:3, 188:15
**owned** [1] - 9:6
**Ozarks** [2] - 29:2, 29:3

## P

**P-E-N-T-L-I-N** [1] - 36:7
**P.A** [2] - 2:3, 2:6
**p.m** [20] - 1:14, 81:5, 81:8, 133:15, 133:18, 166:21, 167:21, 171:3, 172:6, 172:17, 172:23, 173:15, 173:25, 174:18, 175:1, 175:21, 180:5, 180:8, 191:10, 191:12
**PACE** [2] - 192:18, 193:17
**pace** [1] - 77:21
**Pace** [3] - 1:19, 193:4, 195:24
**pack** [1] - 26:13
**package** [13] - 3:11, 106:3, 106:11, 106:14, 106:15, 106:22, 168:13, 170:11, 173:11, 186:12, 188:15, 188:18
**PAGE** [3] - 2:15, 3:2, 194:1
**page** [8] - 148:11, 153:1, 153:15, 153:20, 154:20, 155:7, 194:10, 196:3
**Page** [1] - 2:24
**PAGE /LINE** [1] - 196:6
**pages** [2] - 193:6, 194:7
**paid** [4] - 39:11, 41:6, 90:24, 170:11
**pain** [22] - 22:12, 22:14, 22:18, 46:23, 47:5, 51:15, 59:13, 59:16, 61:22, 62:7, 62:9, 76:4, 76:7, 76:18, 77:8, 82:15, 83:12, 83:15, 161:1, 161:18, 162:2, 162:7
**painter** [1] - 128:25
**painting** [1] - 128:25
**pajamas** [1] - 148:24
**palsy** [2] - 45:3, 45:20
**pants** [2] - 118:6, 162:15
**papers** [1] - 72:8
**paramedics** [1] - 22:5
**paraphernalia** [5] - 20:4, 20:14, 20:23, 21:22, 24:3
**parents** [1] - 15:17
**park** [1] - 92:19
**Park** [2] - 39:2, 39:4
**part** [11] - 63:19, 82:12, 112:19, 146:3, 157:19, 163:18, 163:19, 173:10, 177:5, 177:7, 179:15
**PART** [1] - 196:2
**partake** [1] - 29:15
**particular** [22] - 14:21, 18:9, 19:12, 28:4, 35:13, 47:25, 53:7, 53:23, 54:5, 76:19, 76:25, 80:18, 82:15, 82:18, 84:13, 84:14, 84:16, 116:16, 134:2, 152:1, 154:25, 163:17
**parties** [2] - 193:9, 195:19
**parties '** [1] - 193:9
**party** [10] - 96:24, 97:8, 97:10, 97:12, 97:17, 97:19, 97:24, 98:10, 99:2, 195:18
**pass** [3] - 16:11, 16:19, 16:24
**passed** [1] - 26:24
**past** [4] - 28:7, 51:17, 55:9, 77:24
**path** [1] - 147:10
**patience** [1] - 166:13
**patient** [15] - 43:23, 43:25, 45:2, 45:16, 45:20, 45:23, 46:2, 46:5, 46:7, 46:12, 46:16, 48:15, 74:7, 77:7, 123:7
**Patricia** [1] - 9:9
**Paul** [2] - 6:22, 34:13
**PAULA** [2] - 192:18, 193:17
**Paula** [3] - 1:19, 193:4, 195:24
**pay** [12] - 41:4, 41:9, 41:18, 42:19, 42:20, 42:24, 85:9, 90:23, 90:24, 135:18, 166:14
**paycheck** [1] - 39:24
**payment** [6] - 88:16, 132:3, 132:11, 132:14, 143:6, 143:7
**pee** [1] - 100:5
**pen** [1] - 82:12
**Pentlin** [2] - 35:23, 36:7
**people** [8] - 20:18, 25:14, 48:13, 107:18, 113:8, 131:16, 138:23, 163:8
**per** [4] - 40:23, 42:1, 42:9, 71:5
**perception** [1] - 166:2
**perfect** [3] - 135:8, 137:12, 137:19
**perform** [4] - 72:24, 78:17, 78:23, 79:1
**performed** [3] - 19:8, 56:13, 158:21
**performing** [1] - 47:18
**perhaps** [2] - 39:15, 145:17
**period** [1] - 100:24
**person** [16] - 22:24, 35:3, 35:5, 37:13, 71:2, 71:5, 131:9, 131:13, 131:24, 132:12, 132:22, 141:17, 143:11, 143:17, 148:7, 183:1
**personal** [9] - 6:5, 6:15, 7:24, 50:2, 78:23, 79:2, 86:23, 161:22, 161:25
**personally** [1] - 47:3
**perspective** [4] - 48:17, 58:3, 161:22, 162:1
**Peter** [5] - 2:5, 4:9, 159:15, 179:25, 195:5
**pg** [13] - 3:4, 3:4, 3:5, 3:5, 3:6, 3:6, 3:7, 3:7, 3:8, 3:8, 3:9, 3:9, 3:10
**pharmacy** [1] - 61:3
**phone** [9] - 99:16, 99:17, 99:19, 99:22, 108:23, 123:8, 125:24, 126:2, 150:22
**phones** [1] - 114:20
**photo** [33] - 144:12, 144:14, 144:16,

144:20, 144:22, 145:1, 145:3, 145:8, 147:17, 148:10, 148:16, 148:25, 149:8, 149:10, 149:12, 149:18, 149:23, 150:4, 150:15, 150:19, 150:21, 151:4, 151:10, 151:22, 152:9, 153:3, 153:7, 153:21, 154:9, 154:14, 154:21, 155:7, 155:11
**Photo** [13] - 3:4, 3:4, 3:5, 3:5, 3:6, 3:6, 3:7, 3:7, 3:8, 3:8, 3:9, 3:9, 3:10
**photograph** [3] - 144:10, 149:6, 153:19
**photos** [4] - 125:23, 126:2, 144:3, 155:8
**physical** [10] - 59:2, 69:10, 71:22, 72:6, 72:7, 72:9, 72:22, 83:21, 86:6, 87:14
**physically** [5] - 43:15, 45:10, 45:11, 178:18, 178:19
**physician** [1] - 52:18
**picked** [4] - 42:11, 80:7, 95:10, 112:1
**picture** [3] - 145:21, 145:25, 164:1
**pictures** [5] - 99:13, 99:14, 143:25, 152:2, 153:8
**pills** [2] - 60:14, 60:16
**pink** [1] - 152:21
**pipe** [1] - 21:3
**pizza** [2] - 110:10, 113:13
**place** [10] - 33:18, 37:25, 67:23, 72:2, 81:1, 104:8, 135:1, 137:5, 157:6, 176:20
**plain** [1] - 66:15
**Plaintiff** [1] - 1:5
**PLAINTIFF** [1] - 2:3
**plan** [1] - 82:21
**planning** [1] - 143:20
**plans** [2] - 83:17, 83:20
**play** [4] - 79:24, 112:6, 112:15, 177:9
**plea** [2] - 20:9, 20:12
**point** [13] - 5:3, 5:11, 26:10, 99:5, 102:15, 102:21, 116:16, 117:3, 122:4, 147:2, 154:6, 183:12, 190:15
**pointed** [1] - 184:10
**police** [1] - 24:17
**pool** [1] - 110:6
**pools** [2] - 105:9, 107:8
**port** [10] - 92:14, 95:12, 95:18, 95:24, 96:5, 96:8, 100:21, 128:19, 128:22, 136:12
**portable** [2] - 167:25, 168:2
**position** [2] - 34:1, 163:16
**positioned** [1] - 145:19
**possession** [5] - 20:24, 87:1, 87:3, 87:14, 87:24
**post** [8] - 55:6, 66:5, 68:11, 68:12, 74:19, 151:10, 151:23, 152:17
**postsurgery** [4] - 149:12, 150:16, 152:16, 161:12
**power** [1] - 124:24
**practical** [2] - 18:14, 18:22
**pre** [3] - 50:22, 106:8, 152:16
**preface** [2] - 8:6, 58:2
**prefer** [2] - 162:1, 189:5
**preference** [1] - 26:15
**Premium** [14] - 167:9, 168:8, 168:9, 169:16, 169:20, 171:4, 171:19, 172:8, 172:16, 172:24, 174:2, 174:12, 175:23, 176:1
**prepare** [1] - 178:11
**prescribe** [1] - 62:21
**prescribed** [8] - 61:15, 61:20, 61:25, 62:24, 70:5, 83:25, 161:19, 161:20
**prescription** [9] - 25:16, 60:7, 61:9, 61:22, 62:6, 63:22, 64:10, 161:5, 162:2
**prescriptions** [2] - 61:1, 61:6
**present** [14] - 14:8, 47:21, 55:4, 56:24, 61:9, 62:7, 74:8, 77:1, 82:22, 104:18, 123:14, 145:1, 151:12, 155:1
**PRESENT** [1] - 2:10
**presently** [2] - 9:14, 79:21
**pressure** [4] - 51:5, 52:8, 54:18, 60:16
**presume** [1] - 137:13
**previous** [4] - 49:25, 59:23, 68:7, 155:11
**previously** [3] - 25:19, 51:25, 63:14
**price** [1] - 170:11
**prices** [1] - 139:16
**primary** [7] - 52:18, 52:21, 53:1, 53:12, 62:22, 62:23, 157:8
**printed** [1] - 72:8
**printouts** [1] - 71:23
**private** [3] - 7:25, 130:8, 142:21
**probation** [6] - 20:7, 20:9, 20:21, 22:19, 22:23, 23:2
**problem** [2] - 59:21, 139:21
**problematic** [1] - 66:12
**problems** [10] - 55:6, 59:23, 67:2, 67:19, 79:18, 101:1, 101:5, 105:22, 116:6, 116:18
**procedures** [1] - 56:16
**proceed** [1] - 195:18
**process** [1] - 46:2
**product** [1] - 186:11
**professional** [1] - 19:18
**program** [2] - 18:9, 170:10
**Progreso** [5] - 137:12, 137:20, 137:24, 138:4, 154:4
**prompted** [2] - 15:20, 63:8
**properties** [1] - 43:6
**provide** [5] - 4:25, 40:20, 89:6, 142:4, 165:14
**provided** [2] - 41:11, 47:12
**provider** [2] - 99:19, 177:23
**PROVIDES** [1] - 196:2
**psychological** [1] - 80:10
**Public** [3] - 1:19, 192:19, 194:20
**pull** [2] - 121:10, 162:15
**pulled** [5] - 109:18, 118:6, 127:17, 146:20, 147:4
**pulling** [2] - 56:5, 118:5
**purchase** [24] - 89:18, 89:24, 106:3, 106:8, 106:23, 108:11, 109:8, 109:10, 114:4, 140:11, 140:12, 168:14, 169:15, 170:9, 172:6, 172:23, 173:25, 174:17, 175:1, 175:8, 176:7, 178:3, 188:14, 188:21
**purchased** [16] - 108:19, 109:11, 167:8, 167:13, 169:17, 171:19, 172:7, 172:16, 174:11, 175:23, 176:14, 176:16, 176:19, 177:1, 188:8, 188:11
**purchases** [5] - 87:17, 89:1, 109:12, 176:12, 176:25
**purchasing** [3] - 171:3, 171:24, 173:14
**purpose** [3] - 83:11, 187:21, 187:24
**purse** [1] - 140:14
**pursuant** [1] - 1:20
**push** [2] - 121:4, 121:9
**put** [14] - 20:21, 24:16, 47:22, 66:15, 69:13, 69:22, 70:7, 76:22, 107:9, 107:11, 137:2, 144:10, 149:21, 150:10
**putting** [4] - 76:23, 101:9, 123:4, 123:10
**Pwalsh@1800askfree.com** [1] - 195:6

## Q

**quarry** [2] - 33:20, 33:22
**quarter** [3] - 93:6, 93:12, 93:17
**questioning** [1] - 189:11
**questions** [9] - 7:13, 8:5, 50:22, 179:22, 180:1, 187:11, 190:1, 190:21, 191:5
**quit** [2] - 26:8, 50:12
**quite** [3] - 9:18, 44:7, 106:20
**quitting** [2] - 26:20, 50:6

## R

**raised** [6] - 15:13, 182:17, 183:8, 183:23, 184:11, 184:25
**rate** [3] - 41:8, 41:18, 41:20
**rather** [1] - 155:10
**ray** [4] - 63:10, 63:12, 134:19, 150:10
**rays** [4] - 63:15, 142:19, 157:20, 157:22
**RE** [1] - 195:8
**read** [4] - 133:19, 191:8, 194:6, 196:20
**reading** [8] - 64:10, 64:12, 65:24, 66:21, 102:24, 103:2, 114:19, 195:17
**ready** [3] - 115:13, 116:3, 116:17
**real** [1] - 62:16
**realize** [1] - 182:9
**realized** [2] - 182:7, 183:22
**really** [9] - 4:24, 31:2, 31:15, 50:22, 136:4, 137:22, 162:25, 163:14, 188:20
**REASON** [1] - 196:6
**reason** [11] - 5:25, 14:21, 54:7, 55:25, 84:13, 84:16, 113:2, 145:3, 161:15, 177:19, 188:20
**reasonable** [1] - 148:7
**reasons** [3] - 56:21, 68:19, 196:4
**receipt** [13] - 3:10, 3:11, 3:11, 3:12, 3:12, 3:13, 3:13, 3:14, 3:14, 3:15, 3:15, 3:16, 3:16
**receive** [6] - 41:4, 41:9, 41:18, 43:2, 43:11, 83:4
**received** [3] - 18:15,

48:1, 57:23
**recently** [3] - 32:12, 33:2, 68:4
**recess** [4] - 40:5, 81:6, 133:16, 180:6
**recollection** [2] - 96:6, 116:11
**record** [41] - 4:7, 4:21, 6:5, 6:8, 6:10, 6:12, 6:14, 7:20, 20:19, 24:1, 40:4, 40:7, 40:9, 48:3, 81:5, 81:8, 131:3, 133:15, 133:18, 136:18, 143:21, 148:10, 150:25, 153:2, 154:25, 159:19, 166:21, 169:4, 170:8, 170:22, 171:16, 172:15, 174:25, 175:21, 176:24, 180:3, 180:5, 180:8, 185:7, 191:10, 193:7
**Record** [1] - 195:25
**recording** [2] - 130:24, 143:16
**records** [2] - 54:3, 170:9
**RECROSS** [1] - 190:3
**RECROSS - EXAMINATION** [1] - 190:3
**Red** [1] - 26:17
**REDIRECT** [1] - 187:14
**reduced** [1] - 162:8
**reducing** [1] - 162:7
**reference** [1] - 195:11
**refrigerator** [1] - 91:9
**refund** [3] - 118:16, 118:19, 118:25
**refunded** [3] - 126:19, 127:2, 127:10
**refunds** [1] - 118:16
**refused** [2] - 160:19, 161:9
**regard** [1] - 83:1
**regarding** [1] - 68:2
**regardless** [2] - 161:5, 188:11
**regimen** [1] - 61:9
**regular** [1] - 41:17
**regularly** [3] - 12:14, 31:14, 33:12
**rehabilitate** [1] - 73:13
**related** [6] - 50:22, 54:17, 54:20, 80:19, 81:18, 84:1
**relation** [1] - 152:12
**relations** [6] - 118:12, 126:17, 126:19, 126:23, 130:3, 138:20
**relationship** [1] - 14:4
**relative** [2] - 193:8, 193:9
**relieving** [1] - 83:15
**remainder** [1] - 43:20
**remedy** [1] - 70:12
**remember** [100] - 13:16, 13:18, 20:6, 20:11, 20:20, 22:1, 22:2, 22:8, 22:13, 23:1, 24:12, 25:11, 50:9, 50:16, 50:18, 52:15, 53:23, 54:4, 56:12, 57:6, 60:23, 61:19, 61:24, 62:5, 63:20, 65:8, 65:20, 65:22, 66:1, 70:1, 70:22, 71:4, 71:12, 71:15, 71:20, 72:9, 72:12, 90:2, 90:6, 90:7, 90:10, 92:8, 92:9, 93:3, 93:24, 94:7, 94:9, 95:1, 95:20, 96:7, 96:18, 98:14, 105:1, 105:16, 107:1, 107:5, 107:14, 108:22, 109:2, 109:17, 109:24, 110:12, 110:21, 110:24, 111:1, 111:3, 111:5, 111:14, 116:1, 117:14, 119:20, 119:21, 119:24, 119:25, 120:2, 121:2, 126:11, 126:15, 127:5, 127:9, 127:16, 129:13, 130:14, 130:18, 131:9, 132:5, 144:19, 145:15, 148:19, 152:12, 152:20, 153:6, 154:8, 155:20, 167:2, 170:24, 171:5, 179:3, 181:8, 189:2
**remind** [1] - 5:7
**Remote** [1] - 1:11
**remotely** [1] - 192:9
**remove** [1] - 82:22
**Renaissance** [1] - 28:17
**rental** [2] - 43:5, 95:14
**rented** [1] - 91:24
**repeat** [9] - 5:5, 9:17, 27:10, 27:19, 48:24, 67:8, 98:18, 126:7, 185:9
**rephase** [1] - 44:15
**rephrase** [1] - 159:23
**report** [5] - 3:3, 105:21, 136:17, 177:17, 193:5
**Report** [1] - 136:21
**reported** [4] - 58:6, 59:15, 59:20, 177:13
**REPORTER** [1] - 193:1
**reporter** [1] - 7:20
**Reporting** [1] - 2:10
**reporting** [3] - 54:25, 58:14, 58:22
**representative** [1] - 127:7
**representative 's** [1] - 127:10
**request** [2] - 45:14, 71:6
**requested** [2] - 47:17, 193:6
**require** [2] - 19:3, 45:23
**required** [2] - 44:2, 44:17
**requirement** [1] - 45:16
**reside** [1] - 6:24
**residence** [3] - 9:6, 9:12, 9:21
**residences** [1] - 9:21
**residential** [1] - 8:15
**resources** [1] - 142:3
**respect** [3] - 59:10, 68:22, 163:21
**rest** [11] - 75:9, 104:3, 143:12, 143:13, 157:1, 181:25, 182:8, 182:16, 183:6, 184:24, 185:17
**restaurant** [4] - 96:3, 105:8, 110:5, 129:7
**restrict** [1] - 106:22
**restroom** [6] - 101:4, 104:10, 116:23, 117:6, 119:5, 119:11
**result** [9] - 21:11, 21:18, 22:14, 23:18, 24:17, 47:22, 50:2, 158:25, 159:11
**resulting** [1] - 23:19
**results** [1] - 63:12
**Retained** [13] - 3:4, 3:4, 3:5, 3:5, 3:6, 3:6, 3:7, 3:7, 3:8, 3:8, 3:9, 3:9, 3:10
**retired** [1] - 37:6
**retirement** [1] - 42:25
**return** [1] - 126:9
**review** [2] - 178:11, 193:5
**ride** [1] - 136:3
**right -hand** [1] - 49:4
**right -handed** [1] - 82:7
**roads** [1] - 33:23
**rock** [2] - 33:20, 33:22
**rocks** [3] - 33:19, 33:23, 33:24
**role** [1] - 177:9
**Ron** [3] - 34:5, 34:6, 34:22
**Ronald** [3] - 34:4, 34:6, 34:7
**room** [21] - 56:25, 91:6, 91:10, 91:13, 93:2, 94:25, 98:17, 98:19, 110:10, 110:16, 110:19, 113:19, 113:24, 114:11, 114:15, 114:24, 114:25, 120:11, 121:19, 143:9, 145:24
**rooms** [1] - 183:17
**roughly** [3] - 45:9, 92:13, 181:8
**RPR** [5] - 1:19, 192:18, 193:4, 193:17, 195:24
**rubbing** [1] - 75:12
**RULE** [1] - 196:2
**run** [1] - 142:23

## S

**S-8** [1] - 99:18
**safe** [1] - 94:22
**safely** [1] - 104:13
**Sail** [2] - 88:19, 88:21
**sandwich** [2] - 110:6, 113:13
**saw** [15] - 14:18, 34:10, 53:11, 53:17, 54:4, 54:7, 65:11, 70:21, 71:5, 71:9, 71:16, 104:2, 124:3, 141:18, 182:24
**scale** [1] - 76:15
**scar** [8] - 74:11, 74:16, 74:18, 75:1, 75:3, 75:21, 76:6, 82:17
**scene** [2] - 21:4, 22:6
**scheduled** [3] - 66:25, 83:1, 106:7
**school** [7] - 17:5, 17:8, 17:13, 17:16, 17:19, 18:19, 19:4
**School** [1] - 17:6
**screen** [4] - 144:11, 144:12, 166:16, 171:22
**sea** [1] - 137:14
**seal** [1] - 192:11
**second** [12] - 124:2, 141:23, 142:14, 142:16, 148:20, 155:18, 156:5, 156:8, 156:11, 156:14, 185:15, 188:2
**section** [6] - 97:13, 112:25, 113:9, 113:10, 145:8, 145:9
**sections** [1] - 55:23
**security** [1] - 24:25
**see** [53] - 11:22, 11:25, 12:13, 12:23, 22:23, 27:21, 28:1, 28:3, 30:18, 31:14, 32:12, 33:14, 34:7, 34:8, 52:25, 94:4, 103:3, 104:10, 107:3, 107:8, 114:9, 115:23, 122:18, 123:13, 123:17, 123:22, 123:24, 132:10, 142:3, 142:19, 143:4, 143:6, 143:11, 144:11, 145:25, 155:1, 157:11, 158:2, 164:1, 164:14, 165:15, 167:11, 169:6, 171:22, 173:7, 173:9, 173:13, 174:2, 174:4, 175:2, 175:4
**seeing** [10] - 12:16, 12:20, 27:15, 32:15, 33:11, 53:4, 56:9, 65:7, 67:19, 135:5
**seek** [1] - 136:11
**selected** [2] - 84:14, 84:17
**self** [1] - 105:5
**self -service** [1] - 105:5
**sell** [1] - 89:17
**sending** [1] - 152:3
**sends** [1] - 75:21
**sensation** [3] - 75:22, 75:23, 76:4

**sense** [6] - 19:18, 28:12, 75:17, 92:18, 138:12, 141:25
**sensitive** [3] - 8:5, 75:3, 75:8
**sent** [1] - 63:10
**separate** [1] - 196:3
**separating** [2] - 185:2, 185:17
**serve** [1] - 89:17
**served** [2] - 19:20, 110:22
**service** [3] - 5:4, 105:5, 107:10
**services** [18] - 39:16, 40:21, 109:3, 118:22, 118:25, 127:6, 127:9, 127:20, 131:5, 131:10, 138:8, 139:9, 139:11, 139:15, 139:19, 141:8, 142:3, 175:9
**serving** [1] - 128:14
**set** [3] - 56:2, 148:11, 194:9
**setting** [1] - 49:11
**seven** [1] - 44:5
**several** [7] - 82:6, 85:17, 85:18, 163:9, 164:9, 164:25, 185:21
**shall** [3] - 195:17, 195:18, 196:3
**share** [3] - 16:14, 166:16, 188:10
**sharing** [1] - 155:15
**SHEET** [1] - 196:1
**Shield** [2] - 177:24, 177:25
**ship** [47] - 87:15, 89:25, 90:1, 91:17, 92:15, 92:20, 95:18, 96:10, 96:14, 96:20, 97:3, 97:13, 100:20, 103:16, 105:2, 106:4, 107:6, 107:12, 107:14, 109:18, 125:20, 127:14, 127:16, 127:21, 127:24, 128:2, 129:8, 129:9, 129:16, 129:20, 138:3, 141:5, 148:17, 154:6, 156:20, 159:12, 160:1, 160:7, 161:6, 161:10, 162:5, 167:3, 168:6, 170:25, 180:19, 182:24, 186:11
**Ship** [14] - 167:9, 168:8, 168:9, 169:16, 169:19, 171:4, 171:19, 172:8, 172:15, 172:24, 174:1, 174:11, 175:22, 175:25
**ship's** [1] - 181:22
**ships** [1] - 96:23
**shooed** [1] - 163:2
**shooter** [1] - 175:2
**shooting** [1] - 76:4
**shop** [4] - 89:18, 93:13, 107:8, 109:13
**shoplifting** [4] - 24:5, 24:11, 24:17, 25:3
**shops** [5] - 89:17, 89:22, 93:14, 128:22, 140:10
**shore** [10] - 109:8, 126:19, 127:3, 127:10, 128:4, 128:12, 129:4, 129:19, 129:22, 130:11
**short** [4] - 40:5, 81:6, 133:16, 180:6
**SHORTHAND** [1] - 193:1
**shortness** [2] - 55:2, 55:7
**shot** [7] - 140:1, 140:4, 175:13, 175:14, 189:10, 189:14, 189:20
**shots** [5] - 188:24, 189:1, 189:4, 189:5, 189:16
**show** [6] - 20:18, 94:16, 114:9, 130:2, 145:5, 152:3
**showed** [4] - 124:22, 126:25, 138:21
**shower** [48] - 79:13, 101:18, 101:24, 102:3, 102:7, 102:12, 103:3, 103:6, 103:25, 115:24, 116:2, 116:7, 116:13, 117:22, 120:4, 122:16, 123:20, 123:24, 124:2, 124:6, 145:14, 146:2, 146:3, 146:6, 146:7, 147:14, 164:4, 164:12, 179:7, 179:9, 179:12, 179:14, 180:13, 180:15, 180:19, 180:20, 181:25, 182:8, 182:16, 183:6, 184:24, 185:16, 185:17, 186:4, 187:25, 190:8
**showers** [1] - 179:18
**showing** [1] - 149:6
**shows** [8] - 107:9, 107:11, 136:21, 168:22, 172:10, 173:1, 174:13, 175:1
**shut** [2] - 146:20, 147:4
**siblings** [5] - 33:4, 34:3, 34:20, 34:21, 34:23
**sick** [1] - 42:24
**side** [7] - 43:6, 43:9, 64:3, 81:25, 96:22, 122:8, 180:18
**Sign** [2] - 88:19, 88:22
**sign** [2] - 89:12, 103:21
**signature** [1] - 195:13
**significant** [1] - 14:1
**signing** [1] - 195:17
**signs** [3] - 164:20, 164:25, 165:1
**Silver** [1] - 29:18
**similar** [1] - 160:4
**similarity** [1] - 180:20
**simple** [1] - 107:20
**simply** [1] - 183:23
**Sincerely** [1] - 195:20
**SINGER** [1] - 2:3
**single** [8] - 8:24, 9:21, 21:14, 22:10, 22:14, 23:23, 25:20, 57:2
**single-car** [1] - 57:2
**sister** [2] - 27:8, 35:24
**sister's** [2] - 50:10, 50:17
**sit** [1] - 160:8
**site** [4] - 38:5, 38:7, 43:21, 75:1
**sitting** [7] - 43:22, 44:20, 82:24, 100:21, 112:3, 112:4, 154:5
**six** [9] - 62:16, 65:9, 65:15, 66:6, 67:15, 71:3, 141:3, 141:5, 162:6
**sketchy** [1] - 137:22
**skip** [3] - 152:9, 152:22, 153:1
**sleep** [3] - 115:2, 115:6, 147:23
**sleeping** [1] - 147:21
**sleepy** [1] - 164:5
**sleepy..** [1] - 165:3
**slot** [2] - 112:7, 112:15
**slowly** [1] - 66:18
**small** [4] - 99:6, 190:10, 190:12, 190:15
**SMITH** [58] - 4:10, 4:17, 6:13, 40:8, 67:2, 67:6, 81:9, 133:22, 137:1, 144:8, 148:15, 149:4, 149:17, 150:3, 150:14, 151:3, 151:21, 152:8, 152:25, 153:18, 154:18, 155:6, 159:22, 160:11, 168:18, 169:2, 170:6, 170:21, 171:14, 172:4, 172:13, 172:21, 173:23, 174:9, 174:16, 174:23, 175:19, 179:21, 180:24, 181:18, 182:11, 182:18, 183:9, 183:20, 183:25, 184:6, 184:13, 184:18, 185:3, 185:6, 185:25, 186:7, 187:3, 187:15, 189:25, 190:9, 190:18, 191:7
**Smith** [4] - 2:8, 2:16, 4:11, 67:4
**smoke** [9] - 26:4, 26:11, 26:15, 112:11, 112:16, 112:17, 112:22, 113:3, 113:10
**smoked** [2] - 26:6, 112:13
**smoker** [2] - 108:4, 112:16
**smokes** [1] - 112:13
**smoking** [5] - 50:5, 50:12, 112:25, 113:9, 113:10
**snacks** [1] - 113:16
**soft** [9] - 69:18, 69:19, 69:20, 69:24, 70:3, 149:19, 150:10, 150:11, 152:21
**sole** [1] - 135:9
**someone** [8] - 27:21, 31:14, 33:11, 34:10, 49:19, 161:23, 161:25
**sometime** [1] - 153:13
**sometimes** [11] - 5:15, 25:14, 29:23, 82:6, 112:14, 138:22, 140:10, 141:24, 173:19, 187:7
**somewhat** [2] - 33:12, 74:18
**somewhere** [2] - 8:1, 181:11
**son** [9] - 10:6, 11:14, 12:6, 12:8, 14:7, 16:5, 31:5, 35:9, 152:3
**son's** [5] - 10:15, 10:17, 10:20, 25:13, 31:6
**sons** [3] - 9:9, 13:2, 27:3
**soon** [1] - 124:14
**sooner** [1] - 158:24
**sorry** [15] - 7:23, 9:17, 16:10, 27:18, 36:19, 48:24, 98:18, 117:25, 123:7, 128:21, 133:5, 151:14, 156:7, 162:18, 188:2
**sort** [16] - 20:9, 30:6, 33:25, 54:5, 59:13, 74:8, 76:3, 84:20, 88:24, 96:6, 98:15, 110:15, 131:25, 143:15, 152:21, 160:4
**South** [1] - 2:4
**southern** [1] - 29:4
**SOUTHERN** [1] - 1:1
**souvenir** [5] - 89:15, 96:25, 97:1, 128:8, 140:2
**speaking** [5] - 15:11, 39:8, 59:7, 87:5, 131:24
**special** [4] - 91:7, 140:1, 140:4, 171:6
**Special** [14] - 167:9, 168:8, 168:9, 169:16, 169:19, 171:4, 171:19, 172:8, 172:15, 172:24, 174:1, 174:11, 175:23, 175:25
**specialist** [1] - 72:21
**specialists** [1] - 53:15
**specific** [6] - 62:2, 63:2, 65:25, 107:5,

114:8, 150:18
**specifically** [5] - 48:7, 50:9, 50:16, 61:16, 108:18
**spelled** [1] - 65:2
**spend** [4] - 31:19, 43:16, 98:9, 156:25
**spent** [2] - 100:1, 102:10
**Spira** [7] - 52:13, 52:20, 52:25, 157:7, 157:17, 158:1, 177:24
**splint** [3] - 69:14, 149:21, 150:10
**sport** [1] - 80:8
**sports** [5] - 72:14, 72:21, 79:24, 157:23, 157:24
**sprained** [7] - 118:8, 118:13, 125:9, 126:25, 133:25, 134:5, 163:11
**SS** [2] - 193:3, 194:2
**St** [2] - 6:22, 34:13
**stability** [3] - 70:9, 116:18, 165:18
**staff** [2] - 131:24, 132:22
**staffing** [2] - 39:9, 39:10
**stand** [2] - 112:22, 113:9
**standi ng** [11] - 43:17, 44:21, 45:11, 58:12, 58:15, 59:21, 96:12, 113:8, 116:18, 143:9, 183:3
**start** [3] - 25:15, 62:14, 65:7
**started** [7] - 4:21, 25:12, 66:19, 80:4, 109:19, 118:10, 120:1
**STATE** [3] - 192:4, 193:2, 194:2
**State** [3] - 1:20, 192:19, 194:20
**state** [4] - 4:6, 4:22, 17:22, 23:6
**statement** [1] - 196:4
**STATES** [1] - 1:1
**stay** [2] - 92:7, 114:15
**stayed** [4] - 92:17, 130:1, 130:2, 135:21
**steal** [1] - 24:22
**Steglatro** [3] - 60:13, 60:24, 61:12
**stenographic** [1] - 193:7
**stenographically** [1] - 193:5
**step** [15] - 103:22, 104:8, 121:8, 121:18, 121:23, 122:1, 122:10, 164:11, 164:21, 179:11, 179:14, 179:15, 179:19, 180:15, 180:16
**stepped** [6] - 103:22, 119:22, 123:4, 180:12, 184:16, 185:21
**steps** [1] - 187:8
**steroid** [3] - 83:12, 83:14, 83:18
**Steve** [4] - 33:5, 33:11, 33:14, 33:17
**Steve 's** [1] - 33:6
**Stewart** [2] - 17:6, 17:7
**still** [31] - 11:22, 15:24, 16:7, 16:15, 16:17, 16:22, 23:10, 27:21, 30:2, 31:10, 36:12, 36:23, 38:20, 45:19, 45:23, 46:1, 52:25, 56:9, 70:2, 73:18, 74:14, 75:15, 81:12, 82:9, 87:8, 99:1, 100:16, 100:20, 120:16, 148:8, 151:23
**stocking** [1] - 149:20
**stocks** [1] - 43:11
**stood** [1] - 96:11
**stop** [5] - 76:11, 76:19, 146:11, 155:15, 157:3
**stopped** [1] - 105:16
**stops** [1] - 138:17
**store** [4] - 24:15, 24:19, 24:25, 135:25
**stories** [1] - 8:25
**straight** [4] - 17:11, 43:24, 147:6, 147:8
**Street** [2] - 39:3, 92:24
**street** [1] - 45:3
**strength** [1] - 66:21
**strenuous** [1] - 43:15
**stress** [2] - 54:13, 54:16
**strike** [4] - 15:9, 54:18, 155:10, 161:24
**struggled** [1] - 59:13
**struggling** [2] - 48:17, 79:1
**stuff** [16] - 44:13, 48:13, 54:15, 92:24, 93:14, 93:15, 98:17, 98:19, 98:21, 107:17, 107:24, 114:21, 128:8, 143:25, 145:5, 150:10
**stumble** [1] - 115:16
**stupid** [1] - 25:4
**styled** [2] - 4:1, 195:11
**subscribed** [1] - 194:17
**subsides** [1] - 76:10
**substance** [2] - 124:11, 196:2
**substantial** [1] - 161:24
**succeed** [1] - 83:14
**successful** [2] - 50:6, 101:13
**successfully** [2] - 115:19, 121:23
**sudden** [1] - 120:8
**sue** [1] - 49:20
**sued** [1] - 143:19
**suffered** [7] - 22:9, 51:25, 58:4, 58:7, 58:11, 58:18, 163:22
**suffering** [1] - 58:15
**sufficient** [1] - 165:14
**sugar** [1] - 60:14
**suggest** [1] - 195:14
**suing** [1] - 143:20
**suitable** [1] - 195:15
**Summit** [1] - 67:25
**supplement** [2] - 39:9, 39:10
**supposed** [1] - 143:20
**surgeon** [3] - 56:3, 64:25, 158:13
**surgeries** [1] - 68:15
**surgery** [41] - 55:20, 55:22, 55:24, 56:1, 56:5, 56:13, 61:17, 61:20, 62:4, 64:18, 64:20, 66:5, 66:6, 66:14, 67:1, 68:12, 68:14, 69:6, 69:21, 69:23, 69:25, 70:16, 71:22, 73:2, 74:12, 74:19, 74:23, 140:22, 149:11, 149:24, 150:9, 152:13, 152:17, 158:5, 158:10, 158:17, 158:20, 158:25, 159:4, 159:8
**surgical** [1] - 56:16
**surprised** [2] - 184:4, 184:8
**suspended** [1] - 23:19
**sweet** [1] - 163:8
**swelling** [1] - 118:10
**swipe** [1] - 143:7
**swiping** [1] - 132:1
**switch** [2] - 119:18, 122:7
**switched** [1] - 52:13
**sworn** [2] - 4:15, 192:10
**Sworn** [1] - 194:17
**symptomatic** [1] - 63:5
**symptoms** [7] - 54:17, 54:19, 55:7, 76:4, 80:18, 81:18, 82:15
**system** [1] - 54:21

## T

**T-Mobile** [1] - 99:20
**T.V** [1] - 114:18
**tab** [1] - 186:16
**tablets** [2] - 140:24, 141:4
**tall** [1] - 183:1
**tasks** [1] - 78:23
**tax** [1] - 173:8
**taxes** [1] - 39:23
**Tech** [5] - 18:4, 18:7, 18:8, 18:10, 18:19
**tech** [1] - 18:6
**technician** [1] - 18:21
**teeth** [4] - 56:6, 56:14, 79:6, 115:9
**telemedicine** [1] - 71:2
**telephone** [2] - 178:20, 195:15
**temporary** [1] - 22:13
**ten** [10] - 36:9, 43:25, 44:4, 93:21, 158:16, 159:3, 159:8, 176:19, 177:1, 177:6
**ten-day** [1] - 158:16
**ten-ish** [1] - 93:21
**ten-minute** [1] - 43:25
**tense** [1] - 75:7
**terms** [2] - 60:2, 188:3
**terrific** [2] - 6:4, 8:22
**test** [3] - 54:13, 54:16, 65:19
**testified** [7] - 49:8, 49:12, 49:22, 134:11, 178:17, 185:11, 186:25
**testifying** [4] - 5:10, 9:11, 9:15, 177:11
**testimony** [2] - 177:8, 181:2
**testing** [1] - 54:6
**THE** [37] - 2:3, 2:6, 4:1, 6:7, 6:11, 40:3, 40:6, 67:3, 67:4, 81:4, 81:7, 133:14, 133:17, 133:21, 159:20, 160:10, 179:24, 180:4, 180:7, 180:25, 181:19, 182:12, 182:19, 183:10, 184:1, 184:7, 184:14, 184:19, 185:4, 186:8, 187:4, 190:2, 190:10, 190:19, 190:22, 191:6, 191:9
**theaters** [1] - 28:17
**them ..** [1] - 196:4
**therapist** [4] - 72:6, 72:7, 72:22, 72:25
**therapist 's** [1] - 72:10
**therapy** [8] - 59:2, 71:22, 71:24, 71:25, 72:1, 83:21, 83:22, 149:21
**Thereupon** [33] - 40:5, 81:6, 133:16, 133:19, 136:24, 144:6, 148:13, 149:2, 149:15, 150:1, 150:12, 151:1, 151:19, 152:6, 152:23, 153:16, 154:16, 155:4, 168:16, 168:25, 170:4, 170:19, 171:12, 172:2, 172:11, 172:19, 173:21, 174:7, 174:14, 174:21, 175:17, 180:2, 191:11
**thereupon** [3] - 4:12, 6:9, 180:6
**they 've** [2] - 25:15, 25:16
**Thiazide** [1] - 60:12
**thinking** [1] - 137:8
**third** [3] - 11:12, 110:20, 112:21
**thirds** [1] - 112:23
**three** [7] - 11:5, 11:6, 11:9, 12:1, 41:25, 62:5, 161:20
**threshold** [69] - 101:10, 101:14, 102:3, 102:7, 102:8, 102:13, 103:3, 103:7, 103:20,

115:20, 115:23, 115:24, 116:2, 116:7, 116:13, 120:4, 121:18, 121:23, 121:24, 122:2, 122:11, 122:13, 122:17, 122:19, 123:5, 123:20, 123:22, 123:24, 124:2, 124:6, 145:12, 147:14, 147:18, 147:19, 163:4, 163:19, 177:19, 179:18, 181:23, 181:24, 182:2, 182:8, 182:9, 182:16, 182:24, 183:5, 183:8, 183:14, 183:15, 183:16, 183:22, 183:24, 184:3, 184:5, 184:11, 184:24, 184:25, 185:16, 185:22, 186:3, 186:4, 186:5, 190:7, 190:16
**thresholds** [7] - 104:5, 104:11, 104:14, 104:17, 123:13, 123:18, 185:11
**threw** [1] - 112:9
**thrill** [1] - 100:7
**throughout** [1] - 63:2
**tickets** [1] - 188:16
**tile** [1] - 145:9
**timeframe** [1] - 5:17
**timeframes** [1] - 5:16
**tingling** [1] - 82:3
**tiny** [3] - 117:23, 143:9, 164:2
**tired** [4] - 148:3, 148:4, 148:7, 166:8
**title** [2] - 40:13, 40:17
**titles** [1] - 40:16
**TO** [1] - 195:5
**today** [19] - 4:20, 5:3, 5:10, 6:1, 9:11, 9:15, 43:18, 44:5, 49:11, 49:13, 67:13, 70:4, 82:24, 159:25, 160:8, 166:14, 177:8, 178:17, 178:25
**today's** [1] - 178:12
**together** [9] - 14:20, 28:5, 28:8, 31:19, 32:19, 73:9, 91:20, 114:17, 196:22
**toilet** [19] - 100:9, 100:12, 100:16, 100:20, 100:23, 101:9, 101:15, 101:22, 102:3, 102:6, 102:11, 105:17, 118:1, 123:2, 147:5, 147:6, 147:9, 187:22, 190:6
**took** [39] - 10:1, 35:15, 36:22, 43:25, 52:20, 60:11, 60:19, 71:25, 72:2, 98:17, 98:19, 98:20, 98:21, 99:13, 126:1, 128:10, 135:1, 137:4, 143:25, 144:4, 144:14, 144:16, 144:20, 145:3, 149:10, 149:22, 151:5, 151:23, 152:14, 153:6, 153:21, 154:9, 154:21, 155:9, 155:11, 161:18, 176:20, 195:18
**total** [9] - 11:6, 11:7, 11:8, 69:2, 69:4, 111:14, 173:6, 176:22, 176:25
**touch** [6] - 75:3, 75:17, 75:21, 76:6, 81:15, 81:16
**touristy** [1] - 93:14
**towards** [6] - 81:25, 120:11, 121:3, 121:5, 123:2, 147:5
**towel** [6] - 145:1, 147:15, 147:18, 151:12, 151:16, 154:25
**town** [6] - 29:17, 135:24, 136:1, 136:3, 163:12
**training** [1] - 18:2
**transaction** [8] - 169:4, 170:8, 170:22, 171:16, 172:15, 174:4, 174:24, 175:21
**Transaction** [10] - 3:12, 3:12, 3:13, 3:13, 3:14, 3:14, 3:15, 3:15, 3:16, 3:16
**transactional** [1] - 166:20
**transcribed** [1] - 195:12
**transcript** [6] - 193:6, 193:6, 194:7, 195:12, 195:18, 196:20
**transpired** [1] - 130:21
**transport** [2] - 92:17, 92:20
**transportation** [1] - 95:11
**transported** [1] - 22:3
**travel** [6] - 28:18, 38:8, 85:2, 91:16, 91:19, 188:3
**travels** [1] - 76:1
**Travis** [5] - 52:12, 52:17, 53:4, 53:6, 53:12
**Travis's** [1] - 54:2
**treated** [12] - 51:1, 51:9, 51:13, 51:14, 51:20, 53:15, 53:24, 55:10, 55:13, 55:17, 60:3, 141:22
**treating** [3] - 52:9, 62:20, 70:15
**treatment** [10] - 51:17, 52:3, 52:21, 53:1, 53:12, 61:22, 68:2, 71:9, 157:3, 157:20
**trial** [2] - 49:9, 49:23
**tried** [2] - 175:7, 175:8
**trip** [7] - 84:19, 104:10, 104:16, 115:16, 116:2, 178:3, 190:7
**tripped** [5] - 117:22, 117:24, 145:13, 177:20, 184:3
**trips** [1] - 190:16
**trouble** [4] - 67:10, 77:3, 82:19, 118:5
**true** [3] - 193:6, 194:8, 196:23
**truth** [1] - 5:9
**try** [10] - 7:16, 47:10, 73:12, 75:19, 76:22, 89:21, 159:23, 166:16, 175:10, 175:11
**trying** [7] - 24:22, 46:13, 49:20, 73:14, 73:22, 107:3, 120:14
**tub** [5] - 179:11, 179:12, 179:15, 180:16, 180:18
**tubal** [1] - 55:23
**turkey** [1] - 27:1
**turn** [7] - 73:14, 77:4, 84:3, 117:9, 119:11, 119:15, 119:19
**turned** [1] - 122:3
**turning** [4] - 73:15, 119:21, 123:8, 191:1
**twenty** [2] - 7:3, 14:19
**twenty-five** [1] - 7:3
**twice** [3] - 28:23, 31:2, 60:12
**twisting** [2] - 73:22, 73:25
**two** [37] - 8:25, 9:9, 9:10, 10:7, 10:22, 10:25, 11:6, 11:15, 13:2, 25:10, 27:3, 28:4, 28:8, 32:11, 32:18, 36:10, 37:24, 38:9, 40:20, 43:19, 43:23, 46:8, 53:5, 55:23, 62:5, 81:11, 90:20, 91:3, 91:6, 91:22, 112:23, 116:19, 132:23, 140:24, 147:19, 166:15, 185:11
**two-thirds** [1] - 112:23
**Tylenol** [2] - 161:2, 161:11
**type** [23] - 8:22, 20:23, 26:14, 34:1, 51:15, 70:3, 80:7, 87:11, 89:15, 91:1, 98:4, 98:5, 98:6, 99:17, 106:22, 109:24, 143:6, 167:24, 176:4, 179:7, 179:9, 184:25, 189:14
**types** [2] - 18:16, 18:18
**typical** [4] - 76:7, 76:9, 76:10, 76:12
**typically** [1] - 42:1

## U

**unable** [1] - 45:4
**unclear** [1] - 5:17
**under** [11] - 5:8, 12:4, 21:25, 76:23, 77:5, 124:24, 171:19, 172:16, 172:24, 174:5, 195:12
**undergone** [2] - 55:20, 55:22
**underneath** [3] - 75:16, 75:20, 75:22
**undersigned** [1] - 192:8
**understood** [8] - 5:22, 31:21, 42:14, 44:1, 45:13, 61:18, 66:4, 138:7
**unexpectedly** [1] - 163:3
**UNITED** [1] - 1:1
**unless** [1] - 113:5
**unlimited** [6] - 106:14, 106:16, 106:19, 111:21, 114:7, 173:10
**unlocked** [1] - 90:4
**unpacked** [1] - 103:15
**Unruh** [13] - 70:19, 70:20, 71:1, 71:3, 71:9, 71:16, 72:17, 72:23, 73:15, 158:13, 158:15, 158:19, 158:23
**Unruh's** [1] - 72:15
**unwanted** [1] - 64:2
**unwrapped** [1] - 138:21
**up** [74] - 15:12, 20:18, 26:10, 28:13, 29:23, 30:2, 32:19, 33:18, 33:23, 33:24, 35:1, 42:12, 42:13, 43:24, 45:11, 46:2, 76:4, 79:24, 80:7, 82:25, 84:5, 95:2, 103:23, 107:8, 110:5, 112:1, 115:19, 116:18, 117:20, 117:21, 118:4, 118:6, 119:5, 119:8, 119:10, 119:12, 119:15, 120:10, 120:14, 120:15, 120:18, 121:11, 124:8, 124:23, 125:4, 125:5, 126:5, 126:12, 126:14, 128:7, 130:1, 130:2, 134:9, 137:2, 138:19, 144:10, 144:12, 145:18, 145:21, 146:4, 146:8, 147:23, 148:3, 148:6, 162:15, 164:3, 165:13, 172:22, 173:24, 183:3, 184:8, 186:19, 187:18
**upper** [3] - 52:1, 59:8, 59:10
**ups** [1] - 187:12
**upset** [1] - 141:21
**upstairs** [1] - 142:25
**urgent** [1] - 157:12
**usually..** [1] - 123:16

## V

**vacation** [4] - 29:20, 42:23, 78:12, 173:17
**VALOR** [106] - 8:12, 10:1, 12:17, 12:20, 14:5, 16:20, 16:25, 27:16, 28:15, 29:10, 29:13, 29:21, 30:22, 31:1, 32:13, 32:23, 33:15, 34:9, 35:4, 35:5, 35:16, 42:6, 44:12, 44:16, 44:22, 45:6, 45:15, 45:20, 46:17, 47:10, 47:13, 48:10, 50:21, 50:22, 50:25, 51:18, 51:21, 51:24, 52:10, 53:14, 54:20, 55:5, 55:6, 55:9, 55:19, 57:5, 57:9, 57:13, 57:16, 57:21, 58:8, 58:11, 58:16, 58:19, 58:24, 59:1, 59:4, 59:9, 59:13, 59:17, 59:19, 59:24, 60:6, 61:2, 63:15, 63:19, 65:17, 65:23, 66:2, 67:17, 67:21, 68:8, 68:13, 68:15, 68:23, 77:15, 78:13, 78:24, 79:19, 80:1, 80:8, 80:11, 80:15, 80:22, 84:6, 84:9, 84:25, 85:19, 87:2, 87:18, 88:4, 88:11, 88:16, 89:1, 90:5, 90:13, 95:8, 96:17, 97:16, 97:21, 102:22, 103:18, 104:19, 108:21, 151:8, 166:22
**vantage** [1] - 183:12
**variety** [1] - 26:18
**Vaughan** [15] - 35:19, 37:8, 37:17, 90:14, 90:17, 91:16, 91:19, 98:1, 124:15, 126:1, 188:4, 188:14, 189:2, 189:22
**Vaughan 's** [1] - 90:23
**vehicle** [5] - 21:12, 21:16, 21:25, 91:24, 95:14
**venture** [1] - 94:21
**vicinity** [3] - 102:12, 103:20, 116:7
**Vicodin** [4] - 61:21, 61:25, 62:4, 161:13
**video** [1] - 4:3
**Video** [1] - 1:11
**Videographer** [1] - 2:10
**VIDEOGRAPHER** [13] - 4:1, 6:7, 6:11, 40:3, 40:6, 67:4, 81:4, 81:7, 133:14, 133:17, 180:4, 180:7, 191:9
**VIDEOTAPED** [1] - 1:17
**view** [6] - 101:24, 116:12, 122:12, 124:6, 147:9, 147:13
**Visa** [6] - 87:12, 87:13, 88:3, 88:6, 88:10, 134:21
**visible** [2] - 74:14, 103:7
**vision** [6] - 66:8, 66:16, 66:19, 67:16, 117:2, 122:18
**visit** [31] - 32:21, 40:20, 65:16, 66:1, 71:9, 72:5, 93:16, 101:22, 102:1, 102:2, 102:6, 102:16, 102:22, 103:14, 103:17, 104:6, 104:14, 104:18, 105:23, 108:2, 108:8, 109:5, 127:20, 134:10, 134:13, 134:18, 138:7, 138:10, 138:15, 141:7, 157:25
**visited** [10] - 29:10, 29:14, 98:15, 99:7, 103:4, 107:6, 111:6, 116:13, 128:9, 138:4
**visiting** [2] - 108:18, 109:2
**visitors** [1] - 186:11
**visits** [3] - 78:1, 147:20, 157:12
**visual** [2] - 65:19, 65:22
**Vo** [4] - 18:4, 18:7, 18:10, 18:19
**vo** [1] - 18:8
**Vo-Tech** [4] - 18:4, 18:7, 18:10, 18:19
**vo-Tech** [1] - 18:8
**vocation** [1] - 109:22
**vocational** [2] - 18:7, 18:16
**voyage** [3] - 109:19, 138:16, 163:6
**vs** [1] - 4:2

## W

**wages** [1] - 39:11
**wait** [3] - 7:16, 143:3, 158:16
**waited** [1] - 159:8
**waiter** [1] - 110:22
**waiters** [1] - 110:18
**waiting** [1] - 96:11
**waived** [1] - 195:17
**wake** [2] - 126:14, 187:18
**walk** [22] - 45:2, 45:16, 46:8, 46:11, 46:13, 46:17, 47:4, 48:13, 74:6, 74:8, 76:20, 98:12, 101:10, 102:18, 112:6, 115:7, 120:11, 124:24, 129:8, 147:10, 168:5, 168:6
**walked** [11] - 46:22, 92:25, 103:16, 107:2, 107:6, 107:7, 107:10, 107:12, 109:5, 128:8, 128:12
**walker** [1] - 46:14
**walking** [25] - 29:17, 45:3, 45:6, 45:12, 45:24, 46:21, 54:23, 55:1, 55:7, 58:12, 58:16, 59:21, 70:8, 101:1, 101:13, 102:12, 105:22, 107:13, 115:14, 115:16, 116:6, 123:11, 148:8, 165:19
**walks** [2] - 46:5, 46:8
**wall** [5] - 132:7, 143:10, 143:12, 143:14, 180:23
**Walmart** [7] - 24:20, 24:22, 25:3, 61:3, 61:6, 86:8, 86:9
**WALSH** [26] - 4:8, 159:15, 160:9, 179:25, 180:10, 181:1, 181:20, 182:13, 182:20, 183:11, 183:21, 184:2, 184:9, 184:15, 184:20, 185:8, 186:1, 186:9, 187:5, 187:10, 190:4, 190:13, 190:20, 190:24, 191:4, 191:8
**Walsh** [4] - 2:5, 2:17, 4:9, 195:5
**wants** [2] - 123:7, 196:3
**warn** [1] - 184:23
**warning** [5] - 103:21, 164:11, 164:20, 164:25, 165:1
**warnings** [1] - 182:14
**wash** [1] - 77:5
**washed** [2] - 115:10, 115:12
**waste** [1] - 156:10
**watch** [6] - 103:22, 104:8, 109:23, 114:18, 164:11, 164:21
**watching** [2] - 43:22, 130:2
**water** [4] - 114:24, 124:10, 162:20, 180:21
**ways** [1] - 77:5
**weakness** [3] - 58:18, 58:23, 116:22
**wear** [6] - 64:5, 69:11, 69:20, 69:24, 74:4, 74:8
**wearing** [3] - 64:8, 70:3, 74:4
**weather** [2] - 47:1, 47:3
**website** [1] - 85:6
**week** [9] - 32:17, 40:23, 40:25, 41:2, 42:1, 42:9, 46:6, 46:21, 74:5
**weekend** [1] - 11:24
**weekends** [2] - 41:23, 42:1
**weekly** [1] - 28:2
**weeks** [5] - 12:18, 65:9, 65:15, 66:7, 71:10
**weight** [3] - 8:9, 8:11, 54:15
**weird** [1] - 112:21
**welcome** [8] - 96:23, 96:24, 97:7, 97:10, 97:12, 98:10, 98:16, 99:2
**welcoming** [3] - 97:17, 97:19, 97:24
**WHITE** [1] - 2:6
**white** [1] - 143:9
**whole** [5] - 7:16, 15:15, 72:20, 145:24, 173:19
**wife** [1] - 13:16
**window** [3] - 132:4, 132:5, 132:7
**wine** [2] - 174:19, 174:25
**Winner 's** [15] - 167:14, 167:16, 167:21, 167:23, 168:7, 169:6, 169:13, 171:18, 172:7, 172:25, 173:5, 173:15, 174:1, 174:12, 175:22
**Winners** [2] - 3:10, 3:11
**WITNESS** [23] - 67:3, 133:21, 159:20, 160:10, 179:24, 180:25, 181:19, 182:12, 182:19, 183:10, 184:1, 184:7, 184:14, 184:19, 185:4, 186:8, 187:4, 190:2, 190:10, 190:19, 190:22, 191:6, 192:11
**witness** [3] - 4:14, 196:3, 196:4
**woke** [10] - 95:2, 117:20, 119:5, 119:10, 121:11, 125:4, 125:5, 126:5, 126:12, 147:23
**woken** [3] - 119:8, 119:15, 148:6
**woman** [3] - 118:20, 131:19, 190:11
**wonderful** [1] - 67:1
**Woo** [2] - 175:1
**word** [1] - 75:19
**words** [2] - 66:15, 75:5
**wore** [1] - 83:16
**workday** [1] - 43:16
**worker 's** [2] - 57:19, 57:23
**works** [3] - 33:18, 36:14, 39:14
**workup** [2] - 54:9, 54:12
**world** [1] - 107:25
**worries** [1] - 60:25
**worse** [4] - 159:7, 159:10, 159:13, 159:25
**wrap** [6] - 70:7, 134:9, 135:4, 156:2, 160:24, 163:13
**wrapped** [1] - 69:16
**wraps** [1] - 135:25
**wreck** [2] - 23:24, 25:20
**wrist** [60] - 46:23,

47:5, 47:23, 48:12, 59:13, 59:16, 61:16, 62:4, 68:12, 68:17, 68:18, 70:4, 70:8, 70:13, 70:16, 71:22, 73:13, 73:23, 73:25, 74:9, 74:11, 75:9, 76:8, 76:24, 77:2, 77:13, 78:3, 80:17, 81:11, 81:13, 81:19, 81:22, 81:24, 82:18, 83:2, 83:5, 84:1, 103:9, 111:7, 111:15, 118:7, 118:14, 124:20, 126:25, 127:1, 132:25, 134:3, 138:21, 138:22, 140:12, 145:13, 148:25, 149:19, 150:5, 150:16, 152:13, 158:10, 159:25, 163:11
**wrists** [1] - 59:5
**write** [3] - 82:9, 82:11
**writing** [1] - 82:7
**written** [1] - 143:21

## X

**x-ray** [4] - 63:10, 63:12, 134:19, 150:10
**x-rays** [4] - 63:15, 142:19, 157:20, 157:22

## Y

**yard** [1] - 78:15
**year** [11] - 18:11, 18:12, 20:7, 20:8, 31:20, 32:25, 52:19, 52:22, 71:12, 71:15, 71:17
**yearly** [1] - 29:12
**years** [20] - 7:3, 7:4, 7:7, 8:20, 9:6, 14:19, 15:4, 15:6, 16:13, 17:23, 18:9, 25:10, 36:9, 39:19, 40:15, 53:5, 54:8, 65:11, 85:17, 85:18
**Years** [1] - 38:3
**young** [1] - 38:16
**yourself** [5] - 37:3, 46:13, 49:15, 149:8, 178:11
**YOURSELF** [1] - 195:11
**Yucatán** [7] - 135:24, 136:7, 136:10, 136:13, 137:11, 154:4

## Z

**zip** [6] - 28:16, 28:22, 29:15, 78:1, 78:5, 127:2
**zoo** [1] - 28:16
**Zoom** [1] - 5:4