Carnival

Sail & Sign POS

Voyage VA20200229005
Receipt # 1110333

| Date/Time | Location /Description | Receipt | Folio | Total Charges |
|---|---|---|---|---|
| 2/29/2020 1:57:35 PM | OVATION THEATRE STD | 1110333 | 8328(K) | $0.00 |

| Qty | Items | Total Charges |
|---|---|---|
| 1 | Presale CHEERS | $259.75 |
| 1 | 100% BON VOYAGE | ($259.75) |
| | Gratuity | $0.00 |
| | Extra Tip | $0.00 |
| | Tax | $0.00 |
| | Grand Total | $0.00 |

N/A

Guest Name BARBARA HALL

Guest Signature

EXHIBIT 17
Witness: B. Hall
Date: 6/29/21
Stenographer: Paula Pace, RPR