**Ship Name:** VALOR **Voyage Number:** VA20200229005

Carnival

# Medical Staff Interaction Log

| Date & Time | Name & Cabin Number | Phone Call or Direct Encounter | Nature of Request | Advice or Treatment Given | Response to Advice | Medical Staff Signature & Printed Name |
|---|---|---|---|---|---|---|
| 03/04/2020 1505h | Barbara hall 8429 | Direct encounter | The guest stated that she fell down on her bathroom 3 days ago and she acquired a right forearm trauma. She asked how much it will cost for doctors consultation. Informed the guest the possible charges | Advised the guest to be seen by the doctor for treatment and further evaluation | The guest stated that she will just see the doctor back home, she stated that she is also a nurse and she stated that its already happen 3 days ago | Joseph cagumbay, RN 539547 |
| | | Phone Call ☐<br>Direct Encounter ☐ | | | | |
| | | Phone Call ☐<br>Direct Encounter ☐ | | | | |

Rev.00 – 12/30/2016

EXHIBIT A

Cagumbay 6/2/21

Huseby.com