Case 1:21-cv-20557-BB Document 43-5 Entered on FLSD Docket 01/05/2022 Page 1 of 55



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-20557-BLOOM/Otazo-Reyes

BARBARA HALL,

Plaintiff,

v.

CARNIVAL CORPORATION,

Defendant.

_______________________/

THE VIDEO-RECORDED VIDEOTELECONFERENCE
DEPOSITION OF JOSEPH CAGUMBAY, RN

DATE: WEDNESDAY, JUNE 2, 2021

TIME: 8:24 A.M. - 10:54 A.M.

TAKEN BY: THE PLAINTIFF

PLACE: VIA ZOOM/REMOTE

REPORTED BY: LYSSA D. URBAN, Stenograph Shorthand Reporter and Notary Public, State of Florida at Large

Case 1:21-cv-20557-BB Document 43-5 Entered on FLSD Docket 01/05/2022 Page 4 of 55



Page 10

2020?

MR. SMITH: Objection to form.

THE WITNESS: I think it's -- yeah, March 4, 2020, yeah, because I ask this one -- I ask -- this medical interaction log to Mr. Smith so, therefore, I -- I check the -- I check my notes there. I check my statement in the medical interaction log.

BY MR. WALSH:

Q Okay. And is there an interaction listed for Barbara Hall?

A Again, sir.

Q Is there an interaction listed for Barbara Hall?

A Yes, sir.

Q Tell me what it says.

A Based on my medical interaction log, the date is March 4, 2020, 15:05 hours, military time. Her name is Barbara Hall with a cabin number 8429. It is a direct encounter with me. So her nature of regress, the guest stated that she fell down in her bathroom three days ago. She acquired right forearm trauma.

She asked how much it will cost for doctor's consultation. So informed the guest the possible charges. So my advice is to -- I advised her that -- the guest to be seen by the doctor for treatment and further evaluation, and her response, on my advice, the guest stated or a verbal

Page 11

host stated that she will just see the doctor back home. She stated that she's also a nurse and she stated that it's already happened three days ago. That is all, sir.

Q You told her about the possible charges, right?

A Yes, sir. Because since she asked again how much it will cost, the doctor's consultation. We can see the possible charges, it's because we have the list, so that's why we know.

Q And did you tell her -- did she ask -- did -- did you tell her that it was $500 to see the doctor?

A Again, sir.

Q Did you tell her it was $500 it would cost her to see the doctor?

A Absolutely, no, sir; I didn't tell that one.

Q Well, how -- how much is it to see the doctor?

A I -- unfortunately, sir, it's more than a year already that -- that I'm not -- I didn't work in the Carnival, but you can check with them, you can ask the Carnival, sir, if they have the -- they have the list how much the doctor's consultation.

For now, I -- I don't remember already because it's more than a year that I -- I did not work onboard so somehow I forgot it. So just to be -- to be honest with you, just ask Carnival, they know how much it will cost for the doctor's consultation.

Page 12

Q You said absolutely not $500?

A Yes, sir. No.

Q It's less than that?

A Yes. Less than -- for doctor's consultation, it will not -- as far as I know, it would not reach $500. As far as I know, it's $100 or more, $125. But to be sure, just ask Carnival with that.

Q Did you tell Barbara Hall she had to pay in order to be seen?

A Absolutely, no, sir. We in the medical center, we are nurses, we're not -- we're not dealing with the payment.

Q But you did tell her -- well, what do you mean you don't deal with the payments? Don't you have to pay to --

A Yes, with the --

Q -- wait --

A With -- with regards with the payment, sir, we nurses or we people on the medical team onboard, we're not dealing with any payment. On how will they pay, you know, how they would pay later on, we don't know. Some of them, they're using their credit cards, some of them debit cards or Sail & Sign Cards, but on how they will pay it later on, we don't know already.

Q So if I come down to the medical center --

A Yes.

Q -- you won't charge me anything to be seen by a

Page 13

doctor?

A Absolutely no, sir. We will not charge you. As long as you complete a consultation form, the reason of your visit, you can go directly to the doctor any time.

Q Well, then, what are the charges all about? The charges are -- are they optional?

MR. SMITH: Objection to form.

THE WITNESS: Sir, the -- we have -- we have charges but we are not demanding immediately for the payment before the payment. You can seek -- you can seek medical attention any time, but with regards with the payment, no.

BY MR. WALSH:

Q Are you saying -- hold on one second. I'll get right back.

A Okay.

(A brief recess was taken.)

MR. WALSH: Hello, I'm back. Can you --

MR. SMITH: Hello.

MR. WALSH: -- hear me?

MR. SMITH: Yes.

THE WITNESS: Yes, sir. Yes.

MR. WALSH: Hello. Can you hear me?

MR. SMITH: We can hear you.

THE WITNESS: We can hear you.