# Carnival

MS BARBARA HALL
Ship: CARNIVAL VALOR
Cabin: 8429
Booking Number: 9WQD46

Cabin Section: 39
Sail Date: 02/29/2020
Printed On: 06/04/2020 09:11:18 PM
Page: 1 of 3

ACCOUNT #4613

Folio 8328 *MS BARBARA HALL
(* Responsible party)

| Date | Time | Location/Description | Folio | Charges | Credits |
|---|---|---|---|---|---|
| 02/29/2020 | 12:12 PM | REFUND TAXES, FEES & PORT EXPENSES | 8328 | | $9.40 |
| 02/29/2020 | 01:06 PM | CHEERS! - CASINO BAR | 8328 | $0.94 | |
| 02/29/2020 | 01:14 PM | CHEERS! - CASINO BAR | 8328 | $0.15 | |
| 02/29/2020 | 01:28 PM | CHEERS! - CASINO BAR | 8328 | $0.94 | |
| 02/29/2020 | 01:57 PM | THEATRE | 8328 | $0.00 | |
| 02/29/2020 | 01:57 PM | INTERNET | 8328 | $0.00 | |
| 02/29/2020 | 03:04 PM | CHEERS! - LOBBY BAR | 8328 | $0.94 | |
| 02/29/2020 | 03:45 PM | CHEERS! - CASINO BAR | 8328 | $0.89 | |
| 02/29/2020 | 05:45 PM | CHEERS! - CASINO BAR | 8328 | $0.89 | |
| 02/29/2020 | 06:27 PM | CHEERS! - CASINO BAR | 8328 | $0.89 | |
| 02/29/2020 | 06:35 PM | CHEERS! - CASINO BAR | 8328 | $0.89 | |
| 02/29/2020 | 07:42 PM | CHEERS! - CASINO BAR | 8328 | $0.89 | |
| 02/29/2020 | 07:54 PM | CHEERS! - CASINO BAR | 8328 | $0.89 | |
| 02/29/2020 | 08:31 PM | CHEERS! - DINING ROOM WINE | 8328 | $0.89 | |
| 02/29/2020 | 09:11 PM | DINING ROOM WINE SERVED IN MAIN DINI | 8328 | $6.93 | |
| 02/29/2020 | 10:30 PM | CHEERS! - CASINO BAR | 8328 | $0.89 | |
| 03/01/2020 | 11:09 AM | CHEERS! - CASINO BAR | 8328 | $0.00 | |
| 03/01/2020 | 12:50 PM | CHEERS! - CASINO BAR | 8328 | $0.00 | |
| 03/01/2020 | 01:40 PM | CHEERS! - CASINO BAR | 8328 | $0.00 | |
| 03/01/2020 | 03:22 PM | CHEERS! - CASINO BAR | 8328 | $0.00 | |
| 03/01/2020 | 04:12 PM | CHEERS! - CASINO BAR | 8328 | $0.00 | |
| 03/01/2020 | 05:35 PM | FUN SHOPS | 8328 | $30.00 | |
| 03/01/2020 | 06:09 PM | CHEERS! - CASINO BAR | 8328 | $0.00 | |
| 03/01/2020 | 08:12 PM | CHEERS! - CASINO BAR | 8328 | $0.00 | |
| 03/01/2020 | 08:20 PM | CHEERS! - CASINO BAR | 8328 | $0.00 | |
| 03/01/2020 | 08:40 PM | CHEERS! - CASINO BAR | 8328 | $0.00 | |
| 03/01/2020 | 08:49 PM | SHORE EXCURSION PRESALE CREDIT | 8328 | | $179.98 |
| 03/01/2020 | 08:54 PM | CHEERS! - LOBBY BAR | 8328 | $0.00 | |
| 03/01/2020 | 08:54 PM | CHEERS! - LOBBY BAR | 8328 | $0.00 | |
| 03/01/2020 | 09:24 PM | CHEERS! - LOBBY BAR | 8328 | $0.00 | |
| 03/01/2020 | 09:55 PM | CHEERS! - CASINO BAR | 8328 | $0.00 | |
| 03/02/2020 | 12:57 AM | CHEERS! - LOBBY BAR | 8328 | $0.00 | |
| 03/02/2020 | 01:14 PM | SHORE EXCURSIONS | 8328 | $59.98 | |
| 03/02/2020 | 05:08 PM | CHEERS! - CASINO BAR | 8328 | $0.00 | |
| 03/02/2020 | 05:59 PM | FUN SHOPS | 8328 | $10.00 | |
| 03/02/2020 | 06:08 PM | FUN SHOPS | 8328 | $3.97 | |