Carnival

Sail & Sign POS

Voyage VA20200229005
Receipt # 191122144

| Date/Time | Location /Description | Receipt | Folio | Total Charges |
|---|---|---|---|---|
| 2/29/2020 10:30:56 PM | WINNERS LUCK BAR | 191122144 | 8328(S) | $0.89 |

| Qty | Items | Total Charges |
|---|---|---|
| 1 | Funship Special Premium | $9.95 |
| 1 | C H E E R S! DSCT 100% | ($9.95) |
| | Gratuity | $0.00 |
| | Extra Tip | $0.00 |
| | Tax | $0.89 |
| | Grand Total | $0.89 |

N/A

Guest Name BARBARA HALL

Guest Signature