MARK A. YOUNG

318 La Foret Drive ● Morganton, North Carolina 28655 ● M 305 | 926-7113

# CURRICULUM VITAE

***Profession*** Architectural and Civil Engineer

***Registration*** P.E. ( Professional Engineer ) Florida and North Carolina
E.I.T. State of Florida

***Education*** **University of Miami**
Masters of Science Occupational Ergonomics and Safety –
Industrial Engineering * ( Candidate )
Bachelor of Science Architectural Engineering
Bachelor of Science Civil Engineering

***Experience*** **Mark A. Young - Accident Reconstruction**, Morganton, NC
2007 - Present - Consulting Engineer and Architect
1992 - 1993 and 1994 - 2007, Miami, FL

**Citrus County**, Florida
2019 - 2020 - Engineering Division Director / County Engineer, Dept. of Public Works, Engineering Division

**City of Raleigh**, North Carolina
2018 - 2019 - Engineering Supervisor, CIP, Roadway Design and Construction Division – Engineering Services

**City of Morganton**, North Carolina
2007 - 2018 - City Engineer, Development and Design Services Department

**University of Miami**, Coral Gables, FL
Fall Semester, 1995 - 2006 - Professor
Spring Semester, 1994

**Benedict Engineering Company, Inc.**, Tallahassee, FL
1993 - Sr. Engineer, Project Team Leader, Project Engineer II

**Howard, Needles, Tammen & Bergendoff ( HNTB )**, Miami, FL
1991 - Airport Engineer I

**Accident Reconstruction Analysts, Inc.**, Miami, FL
1985 - 1991 - Associate and Consulting Engineer

**Dana Corporation - Spicer Heavy Axle Division**, Morganton, NC
1983 - 1984 - Draftsman - Process Engineering & Tool Design
1981 - Machine Operator

**Dana Corporation - Dana Employees Athletic Association**, Fort Wayne, IN
1973 - 1978 - Poster Artist and Draftsman

***<u>Teaching Experience</u>***

University of Miami, College of Engineering, Department of Civil and Architectural and Environmental Engineering, Coral Gables, FL
Assistant Faculty Advisor - ASCE Student Chapter
Professor Practitioner and Professor
- Surveying ( Transportation Engineering I )
- Transportation Engineering II
- Geometric Design
- Traffic Engineering
- Advanced Highway Design
- Special Problems - Highway Design and Construction Cost Estimation
- Mechanics of Solids I ( Statics )
- Honors Mechanics of Solids I ( Statics )
- I.M.P.A.C.T. Lab Experience
- Fundamentals of Engineering ( FE ) Exam Statics Review Session

Lecturer - Surveying
Teaching Assistant - Surveying Lab
Lecturer - Transportation and Highway Design
Lecturer – Fundamentals of Engineering ( FE ) Review
Guest Lecturer – School of Architecture
Guest Lecturer – Dept. of Industrial Engineering

Western Piedmont Community College, Morganton, NC
Professor - Wastewater Collections

Burke County Public Schools, Junior and Senior High Schools, Morganton, NC
Substitute Teacher for Math and Science

***Conferences, Seminars, and Workshops***

CARSP Conference 2018, Canadian Association of Road Safety Professionals, Victoria, British Columbia, Canada – June 2018.

Human Factors in Transportation, 51st Annual Workshop, Transportation Research Board of the National Academies, Washington, D.C. – January, 2018.
- *When Autonomous Vehicles and People Meet – Planning for the Pedestrian/AV Interaction*

CARSP Conference 2017, Canadian Association of Road Safety Professionals, Toronto, Ontario, Canada – June 2017.

Human Factors in Transportation, 50th Annual Workshop, Transportation Research Board of the National Academies, Washington, D.C. – January, 2017.
- *Can Considerations of Human Factors Issues Solve Operational Problems at Roundabouts?*

Designing Cities 2016, NACTO ( National Association of City Transportation Officials, Seattle, Washington – September, 2016.

Evaluation of Slip and Fall Resistance of Flooring Systems, JPCL ( Journal of Protective Coatings and Linings ) and SSPC ( The Society For Protective Coatings ) Webinar Education Series – January, 2016.

Human Factors in Transportation, 49th Annual Workshop, Transportation Research Board of the National Academies, Washington, D.C. – January, 2016.
- *Whodunit?: Human Factors of Forensic Analysis*

5th International Symposium on Highway Geometric Design, Transportation Research Board ( TRB ), Vancouver, British Columbia, Canada – June, 2015.

Pedestrian Crossing Assessments, Institute for Transportation Research and Education ( ITRE ) and the North Carolina Department of Transportation ( NCDOT ), Hickory, NC – March, 2015.

Human Factors in Transportation, 48th Annual Workshop, Transportation Research Board of the National Academies, Washington, D.C. – January, 2015.
- *Look Right! Look Left! Where? Accommodating Pedestrians at Alternative Intersections*

2014 NC Bike Summit, University of North Carolina at Greensboro, Greensboro, North Carolina – October, 2014.
*****Presenter**

Urban Bikeway Design Guide Hands-On Workshop, NACTO ( National Association of City Transportation Officials ), Charlotte, North Carolina – October, 2014.

North Carolina Complete Streets Summit, NCDOT and The University of North Carolina Highway Safety Research Center, Charlotte, North Carolina – July, 2014.

24th Canadian Multidisciplinary Road Safety Conference, Canadian Association of Road Safety Professionals, Vancouver, British Columbia, Canada – June, 2014.
*****Presenter:** *"Small Town Approach to Complete Streets"*

4th International Conference on Roundabouts, Transportation Research Board of the National Academies, Seattle, Washington – April, 2014.

Human Factors in Transportation, 47th Annual Workshop, Transportation Research Board of the National Academies, Washington, D.C. – January, 2014.
- *Apps for Drivers: Is it Really the Wild Wild West ?*

Canadian Multidisciplinary Road Safety Conference XXIII, Canadian Association of Road Safety Professionals and Transport Canada, Montreal, Quebec, Canada – May, 2013.

Human Factors in Transportation, 46th Annual Workshop, Transportation Research Board of the National Research Council, Washington, D.C. – January, 2013.
- *Pedestrian and Bicycle Accommodations at Modern Roundabouts*

Canadian Multidisciplinary Road Safety Conference XXII, Canadian Association of Road Safety Professionals and Transport Canada, Banff, Alberta, Canada – June, 2012.

Human Factors in Transportation, 45th Annual Workshop, Transportation Research Board of the National Research Council, Washington, D.C. – January, 2012.

- *Human Factors in the Courtroom: Current Applications*

Canadian Multidisciplinary Road Safety Conference XXI, Canadian Association of Road Safety Professionals and Transport Canada, Halifax, Nova Scotia, Canada – May, 2011.

Human Factors in Transportation, 44th Annual Workshop, Transportation Research Board of the National Research Council, Washington, D.C. – January, 2011.

- *Managing and Improving Safe Mobility of Seniors: Identifying Interventions That Work*

RSA – Making Your Roads Safer, U.S. Department of Transportation, Federal Highway Administration and North Carolina Department of Transportation ( NCDOT ), Hickory, North Carolina – August, 2010.

Canadian Multidisciplinary Road Safety Conference XX, Canadian Association of Road Safety Professionals and Transport Canada, Niagara Falls, Ontario, Canada – June, 2010.

General Overview of the 2009 MUTCD, American Association of State Highway and Transportation Officials, American Traffic Safety Services Association and the Institute of Transportation Engineers, February, 2010.

Human Factors in Transportation, 43rd Annual Workshop, Transportation Research Board of the National Research Council, Washington, D.C. – January, 2010.

- *Walk- and Roll-ability: Measuring Sidewalk Usability*

Canadian Multidisciplinary Road Safety Conference XVIII, Canadian Association of Road Safety Professionals and Transport Canada, University of Saskatchewan, Saskatoon, Saskatchewan, Canada, – June, 2009.

Human Factors in Transportation, 42nd Annual Workshop, Transportation Research Board of the National Research Council, Washington, D.C. – January, 2009.
- *Visual Clutter in the Roadside Environment*

Canadian Multidisciplinary Road Safety Conference XVII, Canadian Association of Road Safety Professionals and Australasian College of Road Safety, Whistler, British Columbia, Canada – June 2008.

Developing a Pedestrian Safety Action Plan, Workshop, Federal Highway Administration and North Carolina Department of Transportation Division of Bicycle and Pedestrian Transportation, Greensboro, NC – June, 2008.

Human Factors in Transportation, 41st Annual Workshop, Transportation Research Board of the National Research Council, Washington, D.C. – January, 2008.
- *Roundabouts: Shared Use by Pedestrians and Drivers*

Canadian Multidisciplinary Road Safety Conference XVII, Canadian Association of Road Safety Professionals and Transport Canada, Ecole Polytechnique de Montreal, Montreal, Quebec, Canada – June 2007.

Human Factors in Transportation, 40th Annual Workshop, Transportation Research Board of the National Research Council, Washington, D.C. – January, 2007
- *Driver Vision and Behavior During Dusk and Darkness*

Canadian Multidisciplinary Road Safety Conference XVI, Canadian Association of Road Safety Professionals and Transport Canada, University of Manitoba, Winnipeg, Manitoba, Canada – June, 2006.

Human Factors in Transportation, 39th Annual Workshop,
Transportation Research Board of the National
Research Council, Washington, D.C. – January, 2006
- *Applied Human Factors Principles in Emerging Methods for Safety*

Canadian Multidisciplinary Road Safety Conference XV,
Canadian Association of Road Safety Professionals and
Transport Canada, University of New Brunswick,
Fredericton, New Brunswick, Canada – June, 2005.

Human Factors in Transportation, 38th Annual Workshop,
Transportation Research Board of the National
Research Council, Washington, D.C. – January, 2005
- *Slowing Drivers Down*

Canadian Multidisciplinary Road Safety Conference XIV,
Canadian Association of Road Safety Professionals and
Transport Canada, University of Ottawa, Ottawa, Ontario,
Canada – June, 2004.

Human Factors in Transportation, 37th Annual Workshop,
Transportation Research Board of the National
Research Council, Washington, D.C. – January, 2004
- *Rear End Crashes*

Canadian Multidisciplinary Road Safety Conference XIII,
Canadian Association of Road Safety Professionals and
Transport Canada, University of Calgary, Banff, Alberta,
Canada – June, 2003.

Human Factors in Transportation, 36th Annual Workshop,
Transportation Research Board of the National
Research Council, Washington, D.C. – January, 2003
- *Intersections: Crossroads to Safer Driving ?*

EDC Reconstruction, Engineering Dynamics Corporation
- November, 2002.

Canadian Multidisciplinary Road Safety Conference XII
Canadian Association of Road Safety Professionals and Transport Canada, University of Western Ontario, London, Ontario, Canada – June, 2001.

Human Factors in Transportation, 34th Annual Workshop, Transportation Research Board of the National Research Council, Washington, D.C. - January, 2001
- *What Causes Accidents and How to Prevent Them*

Human Factors in Transportation, 33rd Annual Workshop, Transportation Research Board of the National Research Council, Washington, D.C. – January, 2000
- *Signs That Confuse, Signs That Distract – The Impact Of Official and Commercial Signs on Driver Behavior and Performance*

Canadian Multidisciplinary Road Safety Conference XI, Canadian Association of Road Safety Professionals and Transport Canada, Halifax, Nova Scotia, Canada – May, 1999.

Human Factors in Transportation, 32nd Annual Workshop, Transportation Research Board of the National Research Council, Washington, D.C. - January, 1999
- *Visual Perception: A Tutorial*

Human Factors in Transportation, 31st Annual Workshop, Transportation Research Board of the National Research Council, Washington, D.C. - January, 1998
- *Driver Expectancy and Design Consistency*

EDC Simulations, Engineering Dynamics Corporation
- November, 1997

Masters Candidate, Occupational Ergonomics and Safety, Department of Industrial Engineering, College of Engineering, University of Miami, Coral Gables, Florida - August, 1997 to Present

- *Evaluation and Redesign of a Wet / Dry Vacuum Warning Label* ( IEN 557 )
- *Methods of Control* ( IEN 558 )
- *Hazard Analysis of the Trucking Industry* ( IEN 559 )
- *Perception, Identification, Judgement, and Reaction Time Values Applicable to the Driving Task* ( IEN 658 )
- *Application of Human Reliability Analysis Techniques in the Evaluation of Causative Factors for Collision Events on Our Roadway System*

Human Factors in Transportation, 30th Annual Workshop, Transportation Research Board of the National Research Council, Washington, D.C. - January, 1997

- *Emerging Trends in Driver Behavior: The Aggressive Driver and Risk-Taking Youth*
- *Occupant Protection*

Street Access / Traffic Modification Symposium, Metropolitan Dade County, Metropolitan Planning Organization, Frederic R. Harris, Inc. and the University of Miami School of Architecture and College of Engineering, Miami, Florida - July, 1996

Human Factors in Transportation, 29th Annual Workshop, Transportation Research Board of the National Research Council, Washington, D.C. - January, 1996

- *Driver Behavioral Adaptation*
- *Roadway Lighting Design for the Older Road User*

*Accident Frequency As A Function Of Traffic Condition At Traffic Light Intersections*, by Dr. Motasem Al-Turk, Traffic Engineering Division, Nebraska Department of Roads, Seminar for the Department of Civil and Architectural Engineering, College of Engineering, University of Miami - November, 1995

Trial Demonstration In A Products Case, Plaintiff Expert Witness, The Masters In Trial, American Board of Trial Advocates ( ABOTA ), New Orleans, LA
- October, 1993

Trial Demonstration In A Products Case, Defense Expert Witness, The Masters In Trial, American Board of Trial Advocates ( ABOTA ), Jacksonville, FL
- October, 1993

Tire Failure Investigation and Analysis, Seminar by Thomas P. Baker, Baker Tire Analysis, at BEC, Tallahassee, FL
- July, 1993

Trial Demonstration Expert Witness - *Farrell et al. vs. Strong Line, Inc. et al.*, National Institute for Trial Advocacy, University of Florida Law School, Gainesville, Florida
- May, 1993.

Truck Inspection, Joint Florida and Georgia Trucking Associations, Jacksonville, Florida – April, 1993.

Accident Reconstruction Photogrammetry, Seminar by the Society of Automotive Engineers (SAE), Dearborn, Michigan – September, 1990.

Accident Reconstruction II , Northwestern University Traffic Institute, Evanston, Illinois – November, 1988.

Accident Reconstruction I , Northwestern University Traffic Institute, Evanston, Illinois – December, 1986.

***Seminars Given***

The Ninth International Conference on Management of Technology , IAMOT ( International Association for the Management of Technology ) 2000, Management of Technology - The Key to Prosperity in the Third Millenium, Miami, Florida – February, 2000.
***** Conference Coordinator**

Photography to Assist the Forensic Engineer / Accident Reconstructionist, Photography Workshop given to Allstate Claims Managers and Adjusters and to their Body Shop Managers on Minor Impact - Soft Tissue ( M.I.S.T. ) Claims and Cases at the Allstate - Miami South Office, Miami, Florida – March, 1997.

Practical Applications of Mathematical Trigonometric Functions in Surveying and Engineering, Seminar for Senior High School Students at Palmer Trinity School, Miami, Florida – March, 1996 and November, 1996

The Role of the Accident Reconstruction / Forensic Engineering Expert in Assisting Insurance Claim Adjusters and Examiners with an *Introduction to Accident Types, Vehicle Restraint Systems and Injury Causation and Potential*, Progressive Insurance Company, Orlando, Florida – June, 1993.

Documenting Roadway Evidence for Use in Perspective Graphics, Photography Seminar for the County Attorney's Office - Dade County, Miami, Florida – 1985.

***Professional Activities & Awards***

Chi Epsilon Excellence In Teaching Award 1998-1999, University of Miami College of Engineering
ASCE ( American Society of Civil Engineers ) Outstanding Service in Engineering Education Award
Canadian Association of Road Safety Professionals ( CARSP )
Team Member, RSA ( Road Safety Audit ) Team for Asheville Road Safety Audit #1 – Tunnel Road North, Asheville, NC
Team Member, RSA ( Road Safety Audit ) Team for Asheville Road Safety Audit #2 – Patton Avenue West, Asheville, NC
Team Member, Road Safety Review Team for NCDOT Division 14 – Summer 2015 Henderson County: US 64 & US 25 North, Hendersonville, NC
Member, Civil Engineering and Geomatics ( Surveying ) Technology Advisory Committee, Western Piedmont Community College,
Morganton, North Carolina ( Appointed December 2009 )
Member, Western Piedmont Bicycle / Pedestrian ( WPBP ) Steering Committee – GHMPO / URPO
Member, Technical Coordinating Committee ( TCC ), Greater Hickory Metropolitan Planning Organization ( GHMPO ) and Unifour Rural Planning Organization ( URPO )
Member, Comprehensive Transportation Plan ( CTP ) Steering Committee – GHMPO / URPO
Member, Western North Carolina Passenger Rail Committee
Member, National Society of Architectural Engineers
Member, Alpha Lambda Delta National Honor Society
Member, Golden Key National Honor Society
Member, Tau Beta Pi National Engineering Honor Society
Member, Chi Epsilon National Civil Engineering Honor Society
Dean's List
President's Honor Roll
COF Scholarship Recipient
Huffman-Cornwell Scholarship Recipient
University of Miami Presidential Scholarship Recipient

***Testifying and Case Experience***

Deposition and / or Trial

Florida — Counties of Broward, Collier, Dade, Escambia, Hillsborough, Palm Beach, Pinellas, and Sarasota

South Carolina — City of Charleston

Cases

Alabama, Arkansas, Florida, Georgia, Illinois, Indiana, Kansas, Louisiana, Michigan, Minnesota, Mississippi, New Jersey, New York, North Carolina, Ohio, Oklahoma, Pennsylvania, South Carolina, Texas, Virginia, West Virginia

***Representative Projects***

**Airport :**

Consulting Architect / Engineer for Project Books for Airside Projects at Miami International Airport - Dade County Aviation Department, HNTB, Miami, FL.

Cargo Apron for Building No. 2205 and Apron-Edge Taxilane - Phase I.

Apron and Taxilanes for the Northwest Cargo Area - Phase I.

Cargo Aprons for Western U-Module Cargo Buildings - Phase I.

Consulting Architect / Engineer for Project Books for Landside Projects at Miami International Airport - Dade County Aviation Department, HNTB, Miami, Florida.

Cargo Building No. 2205 - Phase I.

Engineering Study of Modular-Bay System Construction for Cargo Buildings Using Pre-Cast Members and With / Without Roof-top Parking

**Architectural :**

Dana ( Morganton ) Plant Layout.

Design of Parish Hall and Classroom Building for St. Charles Catholic Church, Morganton, NC

Florida Room Addition for a South Florida Residence

Redesign for Renovation and Reconstruction of South Florida Residence after Hurricane Andrew Destruction

HVAC ( Heating, Ventilating, and Air-Conditioning ) System Design for Small Commercial Building - University Project.

Architectural Code Compliance Cases

**Civil :**

CPM / PERT Scheduling for the Construction of a Highway Bridge - University Project.

Mobile Home Trailer Park Layout, Morganton, NC.

Alternative Geometric Designs for Roads, Highways, Bridges, and Appurtenances for Accident Reconstruction Cases.

Traffic and Transportation Design, Construction, Maintenance, Control and Operation Aspects of Accident Reconstruction Cases.

Parking Lot Design

**Forensic Engineering / Accident Reconstruction / Biomechanics / Human Factors / Ergonomics :**

Motor Vehicle Accidents

Human Factors / Ergonomics

Biomechanical Aspects of Accident Reconstruction
- Occupant Kinematics
- Injury Potential
- Injury Causation

Seat Belt Analysis
- Safety Restraint System Analysis including Air Bag Deployment or Failure
- Seat Belt Usage, Availability and Functionability
- Seat Belt Failures

Multiple Vehicle Accidents
- Chain Reaction Accidents
- Accident Sequence Analysis

Bus Accidents
- Bus and Automobile
- Bus and Pedestrian

Single Vehicle Accidents
- Tire Failure Investigation and Analysis
- Mechanical Failure / Vehicle Defect
    - Recalls, Complaints and Studies
- Phantom Vehicle
- Rollovers and Vaults
- Run-Off the Road
    - Driver Fatigue, Sleep Deprivation or Drug and Alcohol Influence
    - Roadside Objects and Hazards - Roadside Recovery Area

Tractor-Trailer Accidents
- Tractor-Trailer and Train
- Tractor-Trailer and Tractor-Trailer
- Tractor-Trailer and Automobile
- Multiple Tractor-Trailers or Multiple Automobiles
- Tractor-Trailer and Pedestrian
- Rollovers
- Jackknife Accidents
- Improper Loading, including Overloading, and Its Effects
- Underride Accidents
- ICC and Motor Carrier Standards

Automobile Accidents
- Automobile and Train
- Automobile and Tractor-Trailer
- Automobile and Transit Bus
- Automobile and Automobile
- Multiple Automobiles
- Automobile and Pedestrian
- Automobile and Animals ( ex. Horses )
- Rollovers
- Headlight / Taillight / Brake Light / Turn Signal Indicator Usage at Time of Accident
    - Lightbulb Filament Analysis
- Drawbridge
- Vehicle Crashworthiness
- FMVSS and SAE Standards Compliance

Bicycle Accidents
- Bicycle and Automobiles / Trucks
- Drawbridge

Motorcycle / ATV / ATC Accidents
- Motorcycle and Train
- Headlight and Helmet Usage
    - Lightbulb Filament Analysis

Pedestrian Accidents
- With Motor Vehicles and Trains
- Slip and Fall
- Trip and Fall

Railroad Crossing Accidents
- Line of Sight Obstructions
- Stopping Sight Distance
- Condition of Crossing including Improper Grades on Approaches
- Low-Bed Tractor-Trailers hung up on the tracks
- Signal Light Aiming
- Signage and Marking
- Roadway Approach Design

Traffic and Transportation Engineering Related Accidents
- Roadway Design, Construction, Maintenance, Operation or Control Defects
    - Water Ponding on Roads
- Alternative Geometric Designs for Roads, Highways, Bridges and Appurtenances
- Traffic Control Devices
    - Roadway Signage and Marking
    - Warrants for Traffic Control Devices
    - Traffic Light Phasing and Sequencing
- Construction and School Zone Accidents

Architectural Related Accidents
- Code Compliance
    - SFBC, fire codes, etc.
- Airport
- Construction and Construction Materials
    - Slip and Fall Accidents
- Restaurant and Hotel Lobby Layouts
- Premises Issues

Industrial and Commercial Accidents
- Safety Warnings
- Design Standards
- OSHA Regulations
- Workplace Safety
- Forklift Loading and Unloading Operations Accidents

Maritime
- Cargo and Passenger Vessels
  - Slip and Falls / Trip and Falls
  - Lifting / Handling Incidents
- Crew and Passenger Injury Incidents
  - Pool Deck Incidents
  - Waterslides and Pools
  - Storage Rooms
  - Doorways and Thresholds
  - Automatic Doors
  - Watertight Doors and Fire Screen Doors
  - Galley Incidents
  - Restaurant Incidents
  - Hallway and Corridor Incidents
  - Stairway Incidents
  - Casino, Nightclub, and Theater Incidents
  - Crew Cabins
  - Passenger Cabins
  - Lighting and Illumination Related Incidents
- Dock, Gangway, and Port Facilities Design

Automotive Design
- Ford Pinto Rear-Seat Latch Design

Miscellaneous
- Triathlon Course Set-Up