# Movement Report

| Photo | Name | CrewId | Stateroom | DOB | AGE | ID Type | Booking No | Nationality | Gender | Contact | Activity | ActivityCount | Port | Location | Date/Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | BARBARA HALL | | 8429 | 09/07/1963 | 56 | Birth Certificate | 9WQD46 | USA | F | 8162099772 | Ashore | 1 | COZUMEL | Deck 0 Aft Gangway Port Side | 3/2/2020 10:08:29 AM |
| | | | | | | | | | | | OnBoard | 1 | COZUMEL | Deck 0 Forward Gangway Port Side | 3/2/2020 3:07:50 PM |
| | | | | | | | | | | | Ashore | 2 | PROGRESO | Deck 0 Marshaling area, Aft Port side | 3/3/2020 9:35:16 AM |
| | | | | | | | | | | | OnBoard | 2 | PROGRESO | Deck 0 Aft Gangway Port Side | 3/3/2020 3:26:09 PM |
| | | | | | | | | | | | Ashore | 3 | NEW ORLEANS | Deck 0 Aft Gangway Port Side | 3/5/2020 8:57:56 AM |