[redacted]

| | | | | |
|---|---|---|---|---|
| **Guest – Female**<br>**Age: 63 years**<br>**D.O.A: 06/07/18**<br>**T.O.A: 03:00 PM**<br>**AR – 2147**<br>**USCG notified - 2692 prepared.** | Guest alleged, while she was inside her cabin bathroom (1-203), accidentally tripped and fell backward on right hand, thus she sustained 'Distal radial and likely ulnar fractures right wrist'.<br>As per Ship Physician, injured guest sustained 'Distal radial and likely ulnar fractures right wrist'.<br>PO Figueroa of USCG Sector Jacksonville was notified who advise to submit USCG-2692 | Failure to check/monitor | The accident has been evaluated and no corrective action deemed necessary. |  |

[redacted]

Carnival

# Carnival Conquest

## SUMMARY OF ACCIDENT REPORT – January 2019

| GUEST / CREW | ACCIDENT / INJURY BRIEF DESCRIPTION | IMMEDIATE CAUSE & ROOT CAUSE | CORRECTIVE ACTION & LONG RANGE SUGGESTION FOR IMPROVEMENTS | DEPT RESP. ACCD. AREA | REMARKS/ PHOTO |
|---|---|---|---|---|---|
| [redacted] | | | | | |

[redacted]

| | | | | | |
|---|---|---|---|---|---|
| **Guest : Female**<br>**Age: 50 years**<br>**DOA: 01/21/19**<br>**TOA: 08:30 AM**<br>**AR002455**<br>**CQ8011919** | Injured guest claimed that, while she was inside the bathroom of her cabin and was stepping backward after brushing her teeth she apparently tripped over the rim of the shower area resulting her to lost balance and fell backward hitting the back portion of her head against the wall of the shower area causing pain. | IM: Failure to identify Hazard/Risk<br><br>RC: Poor judgment. | The area of accident was inspected with no necessary corrective action required. | **HSKP** |  |

[redacted]

Carnival

# CARNIVAL VALOR

## ACCIDENT SUMMARY FOR HESS STEERING COMMITTEE MEETING – June 30, 2017

| Guest/Crew | Brief Accident Description | Root Cause | Corrective Action | Photo |
|---|---|---|---|---|
| [redacted] | | | | |

[redacted]

| | | | | |
|---|---|---|---|---|
| Guest: Female<br>Age: 67y/o<br>DOA: 06/25/17<br>TOA: 8:00 PM<br>Voyage: VA4062217<br>AR002197 | Guest alleged that while she was inside the cabin bathroom, she tripped on the shower threshold upon stepping backwards and fell hitting the back of her head first on the wall and landed on her buttocks. | Failure to identify hazard or risk | No corrective action necessary |  |

[redacted]

Carnival

**CARNIVAL VALOR**

**<u>SUMMARY OF ACCIDENT REPORTS</u>:**

**VOYAGE: VA05030617, VA5031117 DATE: March XX, 2017:**

| Guest / Crew | Brief Accident Description | Root Cause | Corrective Action | Photos |
|---|---|---|---|---|
| [redacted] | | | | |
| **Guest: Female**<br>**Age: 70 yrs**<br>**DOA: 03/09/17**<br>**TOA: 10:30 PM**<br>**Voyage: VA5030617**<br>**AR002114** | Guest claimed that while she was stepping out of the shower in the bathroom of her cabin, her left foot caught the shower threshold, as a result she lost her balance, fell forward and landed on floor on her both knees and both elbows and sustained contusion injury to both her knees and contusion and abrasive injury to both her elbows. | Poor Judgement | No corrective action required. |  |
| [redacted] | | | | |