UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CIV-20557-BLOOM

BARBARA HALL,

Plaintiff,

v.

CARNIVAL CORPORATION,

Defendant.
_______________________________________/

**PLAINTIFF, BARBARA HALL'S,**
**INDEX TO**
**RESPONSE/OPPOSITION TO DEFENDANT'S STATEMENT OF MATERIAL FACTS/**
**ADDITIONAL MATERIAL FACTS FORECLOSING ENTRY OF SUMMARY JUDGMENT**
**AND**
**RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

| Exhibit | DE |
| --- | --- |
| Plaintiff's Deposition | 43-1 |
| Angela Vaughn Deposition | 43-3 |
| Corporate Representative Deposition | 43-4 |
| Joseph Cagumbay Deposition | 43-5 |
| Kenneth Unruh, MD Deposition | 43-7 |
| Plaintiff's Movement Details | 58-1 |
| Mark Young, PE Report | 58-2 |
| Angela Vaughn Deposition – Photograph | 58-3 |
| David Martyn, PE Deposition | 58-4 |
| Defendant's Supplemental Answers to 2nd Interrogatories | 58-5 |
| Defendant's Accident Summaries Photographs | 58-6 |
| USCG Report of Marine Casualty – Jane O'Bryan | 58-7 |
| Plaintiff's 10:30pm Drink Receipt | 58-8 |

Dated: January 31, 2022
Miami, Florida

/s/ *Eduardo J. Hernandez*
EDUARDO J. HERNANDEZ
Florida Bar No.: 061451
ehernandez@ejh-law.com
EDUARO J. HERNANDEZ, LLC
10691 N. Kendall Drive - Suite 109
Miami, Florida 33176
Tel.: (305) 567-0910
Fax.: (786) 454-8905

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 31st day of January, 2022, via Email to all Counsel on the attached Service List.

**EDUARDO J. HERNANDEZ, LLC**
10691 N. Kendall Drive - Suite 109
Miami, Florida 33176
Tel.: (305) 567-0910
Fax.: (786) 454-8905

*/s/ Eduardo J Hernandez*
EDUARDO J. HERNANDEZ
Florida Bar No.: 061451
ehernandez@ejh-law.com

**SERVICE LIST**

**Peter G. Walsh**
Florida Bar No. 970417
pwalsh@1800askfree.com
DAVID W. SINGER & ASSOC., P.A.
1011 South Federal Highway
Hollywood, Florida 33020
Tel.: (954) 920-1571
Fax.: (954) 926-5746

**Eduardo J. Hernandez**
Florida Bar No. 061451
ehernandez@ejh-law.com
EDUARDO J. HERNANDEZ, LLC
10691 N. Kendall Drive - Suite 109
Miami, Florida 33176
Tel.: (305) 567-0910
Fax.: (786) 454-8905

**Attorneys for Plaintiff**

**Christopher Smith**
Florida Bar No. 607363
csmith@fowler-white.com
FOWLER, WHITE, BURNETT, P.A.
1395 Brickell Avenue – 14th Floor
Miami, Florida 33131
Tel.: (305) 789-9200
Fax.: (305) 789-9201

**Attorneys for Defendant**