UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-CIV-20557-BLOOM

BARBARA HALL,

Plaintiff,

v.

CARNIVAL CORPORATION,

Defendant.
_______________________________________/

**PLAINTIFF, BARBARA HALL'S,**
**REQUESTED VOIR DIRE**

Plaintiff, BARBARA HALL, by and through undersigned counsel, respectfully requests that the Court allow undersigned counsel 15-20 minutes to voir dire the juror venire. Alternatively, Plaintiff requests that the Court include the following in its voir dire:

1) Does anyone have a problem with an injured person seeking compensation in Court

2) Does anyone have feelings against personal injury lawsuits, personal injury plaintiffs, or personal injury lawyers

3) Does anyone feel that if someone is injured, he/she should just suck it up and not pursue a claim

4) Is anyone not okay with the fact that in our system of justice, an injured person can only be made whole with money

5) This is a civil case and a plaintiff's burden of proof is only preponderance of the evidence/greater weight of the evidence. This means that if Plaintiff's proves her case by just 50.01%, she wins

6) This is different than in a criminal case where the burden of proof is beyond a reasonable doubt

7) Does anyone have a problem with the fact that a plaintiff's burden of proof in a civil case such as this is a lesser burden of proof and he/she just needs to tip the scales in his/her favor ever so slightly

8) Does anyone feel that a physical injury must be visible

9) Does anyone disagree with the fact that an injured person may have good and bad days

10) Does anyone have a problem with the concept that a company may be held liable for a danger on its premises of which it knows

11) Does everyone agree that a company's premises should be free of dangers to the extent practicable

12) Does anyone not agree that if a company knows or learns of a danger, it should take steps to remedy that danger

13) This case involves a lawsuit against a cruise line. Does anyone feel favorably for the cruise lines such that he/she cannot be impartial

Dated: March 18, 2022
Miami, Florida

*/s/ Eduardo J. Hernandez*
EDUARDO J. HERNANDEZ
Florida Bar No.: 061451
ehernandez@ejh-law.com
EDUARO J. HERNANDEZ, LLC
10691 N. Kendall Drive - Suite 109
Miami, Florida 33176
Tel.: (305) 567-0910
Fax.: (786) 454-8905

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 18th day of March, 2022, via Email to all Counsel on the attached Service List.

**EDUARDO J. HERNANDEZ, LLC**
10691 N. Kendall Drive - Suite 109
Miami, Florida 33176
Tel.: (305) 567-0910
Fax.: (786) 454-8905

*/s/ Eduardo J Hernandez*
EDUARDO J. HERNANDEZ
Florida Bar No.: 061451
ehernandez@ejh-law.com

**SERVICE LIST**

**Peter G. Walsh**
Florida Bar No. 970417
pwalsh@1800askfree.com
DAVID W. SINGER & ASSOC., P.A.
1011 South Federal Highway
Hollywood, Florida 33020
Tel.: (954) 920-1571
Fax.: (954) 926-5746

**Eduardo J. Hernandez**
Florida Bar No. 061451
ehernandez@ejh-law.com
EDUARDO J. HERNANDEZ, LLC
10691 N. Kendall Drive - Suite 109
Miami, Florida 33176
Tel.: (305) 567-0910
Fax.: (786) 454-8905

**Attorneys for Plaintiff**

**Christopher Smith**
Florida Bar No. 607363
csmith@fowler-white.com
FOWLER, WHITE, BURNETT, P.A.
1395 Brickell Avenue – 14th Floor
Miami, Florida 33131
Tel.: (305) 789-9200
Fax.: (305) 789-9201

**Attorneys for Defendant**