UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-CIV-20557-BLOOM

BARBARA HALL,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

## PLAINTIFF, BARBARA HALL'S, TRIAL WITNESS LIST

Plaintiff, BARBARA HALL, by and through undersigned counsel, hereby files her Trial Witness List as follows:

| # | Witness | Direct | Cross |
|---|---|---|---|
| 1) | Plaintiff<br>c/o Eduardo J. Hernandez, LLC | 60-75 | |
| 2) | Angela Vaughn (Depo)<br>401 N. Pennsylvania Avenue<br>East Lynne, Missouri 64743 | 35 | |
| 3) | Corporate Representative (Depo)<br>(Suzanne Vasquez)<br>c/o Defendant | 30 | |
| 4) | Joseph Cagumbay (Depo)<br>c/o Defendant | 25 | |
| 5) | Kenneth Unruh, MD (Depo)<br>3652 College Blvd - Suite 100B<br>Leawood, Kansas 66211 | 60 | |
| 6) | Mark Young<br>318 La Foret Drive<br>Morganton, North Carolina 28655 | 45-60 | |
| 7) | Records/Bills Custodian<br>Kansas City Orthopaedic Institute<br>3651 College Blvd - Suite 100B<br>Leawood, Kansas 66211 | 5-10 | |

Case No. 21-CIV-20557-BLOOM
Page 2

8) Records/Bills Custodian     5-10
Orthopaedic & Sports Medicine Consultants
3652 College Blvd - Suite 100B
Leawood, Kansas 66211

9) Records/Bills Custodian     5-10
Johnson County Imaging
(Element Medical Imaging)
11717 W 112th Street
Overland Park, Kansas 66210

10) Records/Bills Custodian     5-10
Advent Surgery Center
23401 Prairie Star Parkway - Suite 200
Lenexa, Kansas 66227

Dated: March 25, 2022
      Miami, Florida

   /s/ *Eduardo J. Hernandez*
EDUARDO J. HERNANDEZ
Florida Bar No.: 061451
ehernandez@ejh-law.com
EDUARO J. HERNANDEZ, LLC
10691 N. Kendall Drive - Suite 109
Miami, Florida 33176
Tel.: (305) 567-0910
Fax.: (786) 454-8905

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 25th day of March, 2022, via Email to all Counsel on the attached Service List.

**EDUARDO J. HERNANDEZ, LLC**
10691 N. Kendall Drive - Suite 109
Miami, Florida 33176
Tel.: (305) 567-0910
Fax.: (786) 454-8905

   /s/ *Eduardo J Hernandez*
EDUARDO J. HERNANDEZ
Florida Bar No.: 061451
ehernandez@ejh-law.com

## SERVICE LIST

**Peter G. Walsh**
Florida Bar No. 970417
pwalsh@1800askfree.com
DAVID W. SINGER & ASSOC., P.A.
1011 South Federal Highway
Hollywood, Florida 33020
Tel.: (954) 920-1571
Fax.: (954) 926-5746

**Eduardo J. Hernandez**
Florida Bar No. 061451
ehernandez@ejh-law.com
EDUARDO J. HERNANDEZ, LLC
10691 N. Kendall Drive - Suite 109
Miami, Florida 33176
Tel.: (305) 567-0910
Fax.: (786) 454-8905

**Attorneys for Plaintiff**

**Christopher Smith**
Florida Bar No. 607363
csmith@fowler-white.com
FOWLER, WHITE, BURNETT, P.A.
1395 Brickell Avenue – 14th Floor
Miami, Florida 33131
Tel.: (305) 789-9200
Fax.: (305) 789-9201

**Attorneys for Defendant**