UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CIV-20557-BLOOM

BARBARA HALL,

      Plaintiff,

v.

CARNIVAL CORPORATION,

      Defendant.

_____/

## JOINT STATEMENT AND WITNESS LIST FOR VENIRE

The Parties, by and through undersigned counsel and pursuant to the Court's Instructions, hereby state:

## Statement of Case

On March 1, 2020, Barbara Hall was a passenger aboard Carnival Cruise Line's ship, VALOR.  Ms. Hall claims that on the first night of a 5-day cruise, as she attempted to enter the bathroom in her cabin, she tripped over a ledge separating the shower from the remainder of the bathroom.  She claims that she suffered an intra-articular and displaced fracture of the right wrist and had to undergo surgery.

Ms. Hall claims that Carnival was negligent and that her fall was caused because the shower ledge was unreasonably high, of the same color as the remainder of the bathroom floor, and could not be seen because of the shower curtain.  Ms. Hall also claims that Carnival refused to provide her medical care because she was unable to pay.

Carnival denies Ms. Hall's claims.  Further, Carnival claims that Ms. Hall declined Carnival's offer to see a doctor and instead chose to seek medical treatment once she returned home from her cruise.  Carnival claims that the shower ledge was an open and obvious feature, which was necessary to keep water from spilling out onto the bathroom floor. It was not a

Case No. 21-CIV-20557-BLOOM
Page 2

dangerous condition. Carnival claims that Ms. Hall tripped and fell because she was intoxicated

by alcohol and not paying proper attention to her surroundings.

### Witness List For Venire

1) Barbara Hall — Garden City, Missouri

2) Angela Vaughn — East Lynne, Missouri

3) Kenneth Unruh, MD — Leawood, Kansas

4) Mark Young — Morganton, North Carolina

5) Suzanne Vasquez — Carnival corporate representative, Miami, Florida
   or Monica Borcegue

6) Joseph Cagumbay, RN — Shipboard nurse, Philippines

7) Lewis Eastlick, MD — Plantation, Florida

8) David Martyn — Houston, Texas

Dated: March 28, 2022
        Miami, Florida

 /s/ *Eduardo J. Hernandez*                          */s/Christopher Smith*
EDUARDO J. HERNANDEZ                        CHRISTOPHER B. SMITH
Florida Bar No. 061451                              Florida Bar No. 0121925
ehernandez@ejh-law.com                            csmith@fowler-white.com
EDUARDO J. HERNANDEZ, LLC
10691 N. Kendall Drive - Suite 109            CHRISTOPHER E. KNIGHT
Miami, Florida 33176                               Florida Bar No. 607363
Tel.: (305) 567-0910                               cknight@fowler-white.com
Fax.: (786) 454-8905
                                                   VICTOR J. PELAEZ
**Attorneys for Plaintiff**                         Florida Bar No. 78359
                                                   vpelaez@fowler-white.com

FOWLER, WHITE, BURNETT, P.A.
1395 Brickell Avenue – 14th Floor
Miami, Florida 33131
Tel.: (305) 789-9200
Fax.: (305) 789-9201

**Attorneys for Defendant**