UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-CIV-20557-BLOOM

BARBARA HALL,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

**PLAINTIFF, BARBARA HALL'S,
TRIAL WITNESS LIST**

Plaintiff, BARBARA HALL, by and through undersigned counsel, hereby files her Trial Witness List as follows:

| | | Direct | Cross |
|---|---|---|---|
| 1) | Plaintiff<br>c/o Eduardo J. Hernandez, LLC | 60-75 | 60-90 min. |
| 2) | Angela Vaughn (Depo)<br>401 N. Pennsylvania Avenue<br>East Lynne, Missouri 64743 | 35 | 30-45 min. |
| 3) | Corporate Representative (Depo)<br>(Suzanne Vasquez)<br>c/o Defendant | 30 | 30-45 min. |
| 4) | Joseph Cagumbay (Depo)<br>c/o Defendant | 25 | 45-60 min. |
| 5) | Kenneth Unruh, MD (Depo)<br>3652 College Blvd - Suite 100B<br>Leawood, Kansas 66211 | 60 | 60-75 min. |
| 6) | Mark Young<br>318 La Foret Drive<br>Morganton, North Carolina 28655 | 45-60 | 60 min. |
| 7) | Records/Bills Custodian<br>Kansas City Orthopaedic Institute<br>3651 College Blvd - Suite 100B<br>Leawood, Kansas 66211 | 5-10 | 10 min. |

| | | | |
|---|---|---|---|
| 8) | Records/Bills Custodian<br>Orthopaedic & Sports Medicine Consultants<br>3652 College Blvd - Suite 100B<br>Leawood, Kansas 66211 | 5-10 | 10 min. |
| 9) | Records/Bills Custodian<br>Johnson County Imaging<br>(Element Medical Imaging)<br>11717 W 112th Street<br>Overland Park, Kansas 66210 | 5-10 | 10 min. |
| 10) | Records/Bills Custodian<br>Advent Surgery Center<br>23401 Prairie Star Parkway - Suite 200<br>Lenexa, Kansas 66227 | 5-10 | 10 min. |

Dated: March 25, 2022
      Miami, Florida

   /s/ *Eduardo J. Hernandez*
EDUARDO J. HERNANDEZ
Florida Bar No.: 061451
ehernandez@ejh-law.com
EDUARO J. HERNANDEZ, LLC
10691 N. Kendall Drive - Suite 109
Miami, Florida 33176
Tel.: (305) 567-0910
Fax.: (786) 454-8905

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 25th day of March, 2022, via Email to all Counsel on the attached Service List.

**EDUARDO J. HERNANDEZ, LLC**
10691 N. Kendall Drive - Suite 109
Miami, Florida 33176
Tel.: (305) 567-0910
Fax.: (786) 454-8905

   /s/ *Eduardo J Hernandez*
EDUARDO J. HERNANDEZ
Florida Bar No.: 061451
ehernandez@ejh-law.com

## SERVICE LIST

**Peter G. Walsh**
Florida Bar No. 970417
pwalsh@1800askfree.com
DAVID W. SINGER & ASSOC., P.A.
1011 South Federal Highway
Hollywood, Florida 33020
Tel.: (954) 920-1571
Fax.: (954) 926-5746

**Eduardo J. Hernandez**
Florida Bar No. 061451
ehernandez@ejh-law.com
EDUARDO J. HERNANDEZ, LLC
10691 N. Kendall Drive - Suite 109
Miami, Florida 33176
Tel.: (305) 567-0910
Fax.: (786) 454-8905

**Attorneys for Plaintiff**

**Christopher Smith**
Florida Bar No. 607363
csmith@fowler-white.com
FOWLER, WHITE, BURNETT, P.A.
1395 Brickell Avenue – 14th Floor
Miami, Florida 33131
Tel.: (305) 789-9200
Fax.: (305) 789-9201

**Attorneys for Defendant**