UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

BARBARA HALL,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.

CASE NO. 21-cv-20557-BB
Judge Beth Bloom

**DEFENDANT'S WITNESS LIST**

<u>Witnesses Defendant Expects To Present At Trial</u>:

1.     Barbara Hall
    c/o Plaintiff's counsel

    Live and/or by Deposition

    Defendant's Estimated Direct Time: 45 min - 1 hr

    Plaintiff's Estimated Time: 60-75 – Plaintiff will call in her case

Knowledge of the incident and the surrounding circumstances and events leading up to and following the incident.

2.     Angela Vaughn
    401 North Pennsylvania Avenue
    East Lynne, MO  64743

    Live and/or by Deposition

    Defendant's Estimated Direct Time: 1 hr

    Plaintiff's Estimated Time: 35 min – Plaintiff will call in her case

Plaintiff's friend and traveling companion on subject voyage who has knowledge of the incident and the surrounding circumstances and events leading up to and following the incident.

3.     Joseph Cagumbay, R.N.

CASE NO. 21-cv-20557-BB

- 2 -

        c/o Carnival Corporation
        3655 N.W. 87th Avenue
        Miami, FL 33178

        Live or by Deposition

        Defendant's Estimated Direct Time: 30-45 min

        Plaintiff's Estimated Time: 25 min – Plaintiff may call in her case

CCL shipboard nurse who has knowledge of the incident and events following the incident.

4.     Suzanne Vazquez, Esq. and/or Monica Borcegue
        as Corporate Representative of Carnival
        c/o Carnival Corporation
        3655 N.W. 87th Avenue
        Miami, FL 33178

        Live

        Defendant's Estimated Direct Time: 45 min-1 hr

        Plaintiff's Estimated Time: 30-45 min – Plaintiff notes her objection to a corporate representative other than S. Vazquez testifying.

CCL Corporate Representative who has knowledge concerning the allegations of Plaintiff's Complaint, knowledge of the circumstances surrounding and following the incident, and Carnival's investigation and any applicable policies and procedures.

5.     David Martyn, P.E., CSP
        3403 North Sam Houston Parkway West
        Suite 350
        Houston, TX 77086

        Live

        Defendant's Estimated Direct Time: 30-45 min

        Plaintiff's Estimated Cross Time: 60 min

Defendant's engineering/causation expert witness.

6.     Lewis Eastlick, M.D.
        4101 N.W. 4th Street
        Suite 407

    Plantation, FL 33317

    Live

    Defendant's Estimated Direct Time: 30-45 min

    Plaintiff's Estimated Cross Time: 45-60 min

Defendant's orthopedic hand surgery expert witness.

7.     Kenneth Unruh, MD
    3651 College Boulevard
    Leawood, KS 66211

    By Deposition

    Defendant's Estimated Direct Time: 1 hr

    Plaintiff's time: 60 min, Plaintiff will call in her case

Plaintiff's treating physician

<u>Witnesses Defendant May Call if the Need Arises:</u>

8.     Dmytro Sukhomlin
    c/o Carnival Corp.
    3655 N.W. 87th Avenue
    Miami, FL 33178

    Defendant's Estimated Direct Time: 30 min

    Plaintiff's Estimated Cross Time: 25-30 min

May have knowledge of interactions with Plaintiff in a guest care capacity following the alleged incident.

9.     Denis Nourmoukhametov
    c/o Carnival Corporation
    3655 N.W. 87th Avenue
    Miami, FL 33178

    Defendant's Estimated Direct Time: 30 min

    Plaintiff's Estimated Cross: 25-30 min

CASE NO. 21-cv-20557-BB

     May have knowledge of interactions with Plaintiff in a guest care capacity following the alleged incident.

     10.    Any Records Custodian or other witness necessary to establish the authenticity or other foundation for any documents produced in discovery in this matter.

     11.    Any witness listed on Plaintiff's Trial Witness List.

     Defendant reserves the right to amend and supplement its witness list upon proper notice to Plaintiff.

     Respectfully submitted,

s/ Christopher B. Smith
Christopher E. Knight
Fla. Bar No. 607363
Email: cknight@fowler-white.com

Victor J. Pelaez
Fla. Bar No. 78359
Email: vpelaez@fowler-white.com

Christopher B. Smith
Fla. Bar No. 121925
Email: csmith@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:   (305) 789-9201

C:\Users\CBS\ND Office Echo\VAULT-PSUM8Z6D\Defendant's Witness List 4870-2197-7368 v.1.docx