UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CIV-20557-BLOOM

BARBARA HALL,

Plaintiff,

v.

CARNIVAL CORPORATION,

Defendant.
_______________________________________/

**PLAINTIFF, BARBARA HALL'S,**
**UNOPPOSED MOTION TO ALLOW ELECTRONIC EQUIPMENT AT TRIAL**

Plaintiff, Barbara Hall ("Plaintiff"), by and through undersigned counsel and pursuant to the Federal Rules of Civil Procedure and Local Rules, hereby files this, her Unopposed Motion to Allow Electronic Equipment at Trial, and states as follows:

1. This matter is scheduled to commence trial on April 11, 2022.

2. As part of her case, Plaintiff anticipates playing video depositions, presenting exhibits, and other presentations.

3. Plaintiff has retained AP Visuals and will be assisted by Alain Porven and/or Ivan Vega. Presentation and witness coordination will necessitate the following equipment:

**Equipment**

| Owner/Presenter | Equipmemt | Make | Model |
|---|---|---|---|
| Alain Porven | Cell Phone | Apple | Iphone 12 |
| Alain Porven | #1 Laptop | MSI | GL75 Leopard |
| Alain Porven | #2 Laptop | Apple | MacBook Pro 2016 |
| Alain Porven | PA Seaker | Behringer | EuroLive B205D |
| Alain Porven | Mouse | Logitech | M325 |
| Alain Porven | HDMI Cables | Monoprice | n/a |
| Alain Porven | Extension Cords | Home Depot | na |
| Alain Porven | Presentation Clicker | Logitech | R400 |
| Alain Porven | Switch/splitter | Rocket fish | 2x1 |
| Ivan Vega | Cell Phone | Apple | Iphone 13 pro |
| Ivan Vega | #1 Laptop | Apple | MacBook Pro 15" |
| Ivan Vega | #2 Laptop | HP | Omen 15" |
| Ivan Vega | External Hardrives | Western Digital | n/a |
| Ivan Vega | External Monitor | HP | 24" inch |
| Ivan Vega | Switch/splitter | Rocket fish | 2x1 |

4. Further, counsel desires to have a laptop and power cord (Dell 5000 Series) present for trial needs and may be assisted by Robin Vasquez, who needs a mobile phone (Apple Iphone) for witness coordination.

WHEREFORE, Plaintiff respectfully moves the Court for an Order allowing laptops, monitors, iPads, mobile phones, and related components/cords in the Courtroom during trial.

**LOCAL RULE 7.1(A)(3) CERTIFICATION**

Undersigned counsel certifies that he has conferred, in writing, with defense counsel who does not object to the requested relief.

Dated: April 2, 2022
Miami, Florida

_/s/ *Eduardo J. Hernandez*___
EDUARDO J. HERNANDEZ
Florida Bar No.: 061451
ehernandez@ejh-law.com
EDUARDO J. HERNANDEZ, LLC
10691 N. Kendall Drive - Suite 109
Miami, Florida 33176
Tel.: (305) 567-0910
Fax.: (786) 454-8905

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 2nd day of April, 2022, via Email to all Counsel on the attached Service List.

**EDUARDO J. HERNANDEZ, LLC**
10691 N. Kendall Drive - Suite 109
Miami, Florida 33176
Tel.: (305) 567-0910
Fax.: (786) 454-8905

_*/s/ Eduardo J Hernandez*___________
EDUARDO J. HERNANDEZ
Florida Bar No.: 061451
ehernandez@ejh-law.com

**SERVICE LIST**

**Peter G. Walsh**
Florida Bar No. 970417
pwalsh@1800askfree.com
DAVID W. SINGER & ASSOC., P.A.
1011 South Federal Highway
Hollywood, Florida 33020
Tel.: (954) 920-1571
Fax.: (954) 926-5746

**Eduardo J. Hernandez**
Florida Bar No. 061451
ehernandez@ejh-law.com
EDUARDO J. HERNANDEZ, LLC
10691 N. Kendall Drive - Suite 109
Miami, Florida 33176
Tel.: (305) 567-0910
Fax.: (786) 454-8905

**Attorneys for Plaintiff**

**Christopher Smith**
Florida Bar No. 607363
csmith@fowler-white.com
FOWLER, WHITE, BURNETT, P.A.
1395 Brickell Avenue – 14th Floor
Miami, Florida 33131
Tel.: (305) 789-9200
Fax.: (305) 789-9201

**Attorneys for Defendant**