**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-20557-CIV-BLOOM/OTAZO-REYES**

BARBARA HALL,

Plaintiff,

v.

CARNIVAL CORPORATION,

Defendant.
_________________________________/

**NOTICE OF OUTCOME OF SETTLEMENT CONFERENCE**

THIS CAUSE came before the undersigned for a Settlement Conference held on April 13, 2022, pursuant to the Court's Order of Referral to Magistrate Judge for Remote Settlement Conference, issued by the Honorable Beth Bloom [D.E. 96]. All parties and counsel were in attendance.

The undersigned is pleased to report that **this cause has been settled in its entirety**.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of April, 2022.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Beth Bloom
Counsel of Record