UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

BARBARA HALL,

Plaintiff,

v.

CARNIVAL CORPORATION,

Defendant.

CASE NO. 21-cv-20557-BB
Judge Beth Bloom

**JOINT NOTICE OF SETTLEMENT AND MOTION FOR THE COURT TO RETAIN JURISDICTION OVER SETTLEMENT**

Plaintiff, Barbara Hall, and Defendant, Carnival Corporation (collectively, the "Parties"), jointly notify this Court that they have reached an agreement to settle all claims in this lawsuit with each of the Parties to bear its and her own attorneys' fees and costs. The terms and conditions of the settlement are confidential. The Parties jointly request 45 days to conclude this matter and respectfully request that this Court retain jurisdiction to enforce the settlement during this time. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

In particular, the Parties request that this Court retain jurisdiction to permit sufficient time for Plaintiff to execute a General Release, for Defendant to tender the settlement payment, and for the settlement funds to clear all banking channels. The Parties estimate that a period of 45 days will suffice to finalize the settlement and will work expeditiously to finalize same as soon as possible.

WHEREFORE, the Parties respectfully request that this Court enter an order retaining jurisdiction over this matter for a period of 45 days to enforce the settlement and grant any other relief the Court deems just and proper.

Dated: April 14, 2022.

Respectfully submitted,

/s/Eduardo J. Hernandez
EDUARDO J. HERNANDEZ
Fla. Bar No. 061451
Email: ehernandez@ejh-law.com
EDUARDO J. HERNANDEZ, LLC
10691 N. Kendall Drive - Suite 109
Miami, Florida 33176
Tel.: (305) 567-0910
Fax.: (786) 454-8905
*Attorneys for Plaintiff*

/s/Victor J. Pelaez
Victor J. Pelaez
Fla. Bar No. 78359
Email: vpelaez@fowler-white.com
FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201
*Attorneys for Defendant*